

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **00-6180**

18 U.S.C. §1001

**CR-FERGUSON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **MAGISTRATE JUDGE** |
| Plaintiff, ) | **SNOW** |
| vs. ) | |
| ) | |
| DENNIS STEWART, ) | |
| ) | |
| Defendant. ) | |
| _____ / | |

INFORMATION

The United States Attorney charges that:

On or about June 22, 1995, in Broward County, in the Southern District of Florida, and elsewhere, in a matter within the jurisdiction of the Department of Housing and Urban Development, a department of the United States, the defendant,

DENNIS STEWART,

knowingly and wilfully made and caused to be made materially false statements and representations on a "HUD-1" settlement statement pertaining to the sale of property described as 6802 N. 50th Street, Tampa, Florida, in that the HUD-1 falsely represented that the borrower



remitted cash in the amount of $6,831 and that the seller received proceeds in the amount of $74,589.66, at settlement, whereas, as the defendant well and truly knew, the borrower made no such payment and the seller received no such proceeds from the sale.

In violation of Title 18, United States Code, Section 1001.


*Guy O'Connor*
GUY A. LEWIS
UNITED STATES ATTORNEY


ROGER H. STEFIN
ASSISTANT U. S. ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA    CASE NO. _____

v.                          **CERTIFICATE OF TRIAL ATTORNEY*** 

DENNIS STEWART              **Superseding Case Information**:

**Court Division**: (Select One)
New Defendant(s)    Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)

   I    0 to 5 days     _X_      Petty       ___
   II   6 to 10 days    ___      Minor       ___
   III  11 to 20 days   ___      Misdem.     ___
   IV   21 to 60 days   ___      Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? _X_ Yes ___ No

                              _____
                              ROGER H. STEFIN
                              ASSISTANT UNITED STATES ATTORNEY
                              Court Bar No. 0287334

*Penalty Sheet(s) attached                              REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __DENNIS STEWART__     No.: _____

Count # I:
FALSE STATEMENTS ON A HUD-1 SETTLEMENT STATEMENT; in violation of 18:1001

*Max Penalty: 5 YEARS' IMPRISONMENT and $250,000 FINE

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96