AO 455 (REV. 5/85) Waiver of Indictment

FILED by _____ D.C.

MAY 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF F.A FT. LAUD.

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DENNIS STEWART

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6180

CR-FERGUSON
MAGISTRATE JUDGE
SNOW

I, DENNIS STEWART, the above named defendant, who is accused of FALSE STATEMENTS ON A HUD-1 SETTLEMENT STATEMENT, in violation of Title 18, United States Code, Section 1001, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DENNIS STEWART
Defendant.

_____
JANE MOSKOWITZ, ESQ.
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE