FILED by _____ D.C.

MAY 2 9 2001

CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF F.A FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6180-CR-Ferguson

UNITED STATES OF AMERICA

     vs

DENNIS STEWART

<u>ARRAIGNMENT INFORMATION SHEET</u>

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on May 29, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: ON BOND |
| | |
| | Telephone: |
| DEFENSE COUNSEL: | Name: Jane Moscowitz |
| | Address: |
| | |
| | Telephone: |
| BOND SET/CONTINUED: | $ |

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this 29th day of May ,2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. 01-027

cc: Copy for Judge
    U. S. Attorney