FILED by _____ D.C.

MAY 2 9 2001

CLARENCE MADDOX
CLERK U S DIST. CT.
S.O. F F A FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6180-CR-WDF

**UNITED STATES OF AMERICA,**

v.

*Dennis Stewart*

**NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
**OF RECORD**

COMES NOW Jane W. Moscowitz, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: May 29, 2001

Attorney  Jane W. Moscowitz
Address   100 S.E. 2d Street #3700
City  Miami   State FL  Zip 33131
Telephone  305-379-8300
Florida Bar No.  586498
Fax No.  305-379-4404

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____