FILED by ___ D.C.

MAY 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55782-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-6180-CR-WDF
                          )   REPORT COMMENCING CRIMINAL
       -vs-   STEWART     )          ACTION
                          )
DENNIS L. ~~~~~           )
            Defendant

*********************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".   SELF SURR.

(1) Date and Time of Arrest: 5-29-01          am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FALSE STATEMENT TO H.U.D.

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12-20-55

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ 50,000  PERS SURETY
Who set Bond: _____

(7) Remarks: _____

(8) Date: 5-29-01  (9) Arresting Officer: _____

(10) Agency: USMS              (11) Phone: _____

(12) Comments: _____