MAY 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6180-CR-Ferguson

UNITED STATES OF AMERICA

      Plaintiff,

v.

DENNIS STEWART
      Defendant.

_____/

**ORDER ON INITIAL APPEARANCE**
Language  English
Tape No.  01- *O27*
AUSA    Roger Stefin
Agent

The above-named defendant having surrendered on May 29, 2001, having appeared before the court for initial appearance on May 29, 2001 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

    **ORDERED** as follows:

1. _____ *Jane Moscowitz* _____ appeared as permanent/temporary counsel of record.
Address _____ Zip
Code: _____ Telephone: _____ 2. _____
_____ appointed as permanent counsel of record.
Address: _____ Zip
Code: _____ Telephone: _____ 3. The
defendant shall attempt to retain counsel and shall appear before the court at _____ on ___
_____.

4. Arraignment/Preliminary/Removal/Identity hearing is set for_____ at___ before Judge_____ .
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
_____ A
detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____ at___ before Judge_____ .
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: *$50,000.00 - Personal Surety*
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
✓a. Surrender all passports and travel document to the Pretrial Services Office.
✓b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month
    in person; other: _____ *as directed* _____ c.
Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

(j) Comply with the following additional special conditions of this bond: _Travel Extended to the Continental United States._

_____ This

bond was set: At Arrest _____

On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 29th day of May, 2001.

Lurana S. Snow

**U. S. MAGISTRATE JUDGE**
**LURANA S. SNOW**

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation