UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6180-CR-FERGUSON

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

DENNIS STEWART, (B)
          Defendant.
_____/

MINUTES CHANGE OF PLEA



FILED by _____ D.C.

SEP 10 2001

On September 10, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Jane Moscowitz, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) ONE (1) of the Information. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until **11/30/01** at 9:30 a.m.,

(X)    and the defendant was allowed to remain on present bond until then;

( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )    and the defendant was remanded to the custody of the U.S. Marshal.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Stephen Franklin</u>
Clerk <u>Deloris McIntosh</u>