UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA     CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

Defendant.

_____/

NIGHT BOX
FILED
NOV -8 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## AGREED MOTION TO CONTINUE SENTENCING

The defendant, DENNIS STEWART, through undersigned counsel, respectfully moves to continue the sentencing hearing in his case, which is now scheduled for November 30, 2001 at 9:30 a. m. As grounds for this Motion, the defendant states:

1. On September 11, 2001, Dennis Stewart pleaded guilty to a one count information charging him with making a false statement in a matter within the jurisdiction of the United States in violation of 18 U.S.C. § 1001. The Court scheduled sentencing for November 30 at that time.

2. Mr. Stewart is cooperating with the government in an ongoing investigation which has not yet come to fruition. Mr. Stewart would like for the Court to have all relevant information before it when he is sentenced.

3. Moreover, friends and family of Mr. Stewart want to attend the sentencing hearing. They have reported that they are having difficulty arranging flights to Fort Lauderdale for November 30, 2001.

4. The Assistant United States Attorney assigned to this matter, Roger Stefin, agrees to a postponement of the sentencing date of 60 days.



U.S. v. STEWART                                                                       00-6180-CR-FERGUSON

WHEREFORE, defendant Dennis Stewart respectfully requests that the Court postpone sentencing for 60 days.

                                  Respectfully submitted,

                                  Moscowitz Moscowitz & Magolnick
                                  1111 Brickell Avenue, Suite 2050
                                  Miami, FL 33131
                                  Tel: (305) 379-6700
                                  Fax: (305) 379-4404

                              By: _____
                                  Jane W. Moscowitz
                                  FL Bar No.: 586498

U.S. v. STEWART                                                    00-6180-CR-FERGUSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Agreed Motion to Continue Sentencing has been served by U.S. Mail this ___ day of November 2001 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

_____
Jane W. Moscowitz, Esq.

1257/Object.psi