UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA         CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

   Defendant.
_____/

**NIGHT BOX FILED NOV -8 2001 CLARENCE MADDOX CLERK, USDC/SDFL/FTL**

### NOTICE OF CHANGE OF ADDRESS AND NAME CHANGE

PLEASE TAKE NOTICE that Moscowitz Starkman & Magolnick, P.A. has changed its offices and name to the following:

**MOSCOWITZ MOSCOWITZ & MAGOLNICK, P.A.**
Barclays Financial Center
1111 Brickell Avenue, Suite 2050
Miami, Florida 33131
(305) 379-8300 telephone
(305) 379-4404 facsimile

Please direct all future documents to this address.

Respectfully submitted,

MOSCOWITZ MOSCOWITZ
& MAGOLNICK, P.A.
Barclays Financial Center
1111 Brickell Avenue, Suite 2050
Miami, Florida 33131
Telephone No.: (305) 379-8300
Facsimile No.: (305) 379-4404

By:_____
   Jane W. Moscowitz

CASE NO: 00-6180-CR-FERGUSON

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this ___ day of November, 2001 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

_____
/Jane W. Moscowitz