UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



UNITED STATES OF AMERICA

CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

    Defendant.
_____/    **ORDER**

    **THIS CAUSE** has come before the Court upon defendant Dennis Stewart's Unopposed Motion to continue sentencing. The Court having reviewed the motion, the record, and being otherwise duly advised, it is hereby:

*DENIED.*

    **ORDERED AND ADJUDGED** that defendant Stewart's motion IS ~~GRANTED. Mr. Stewart may have a 60-day extension. The new sentencing date will be _____ at _____.~~

    **DONE AND ORDERED** in Chambers this *16th* day of November, 2001.

                                      */s/ Wilkie D. Ferguson, Jr.*
                                      WILKIE D. FERGUSON, JR.
                                      UNITED STATES DISTRICT JUDGE

<u>Conformed copies to</u>:
Counsel of Record