SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _HH_ D.C.

NOV 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # ____00-6180-CR-WDF____

DEFENDANT__DENNIS STEWART, (B)____    JUDGE____Wilkie D. Ferguson, Jr.,____

Deputy Clerk____Deloris McIntosh____    DATE____November 30, 2001____

Court Reporter__Jerry Reeves__    USPO_Donald Jefferson_

AUSA__Roger Stefin____    Deft's Counsel____Jane Moscowitz, Esq.,____

COUNTS DISMISSED____All Others____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.  _10 Days to Appeal_

_____ Sentencing cont'd until___/  /___ at_____**AM** / PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | __ | 33 | 1 |
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |

| ~~Supervised Release~~ Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | __ | 1 |

Comments_Defendant should not incur Any further debt; Provide access to financial Records_

Assessment $__50__    Fine $_N/A_

Restitution /Other __$ 81,420.66__

_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

__X__ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _4/1/02_

Commitment Recommendation: _____

20