UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA            CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

   Defendant.
_____/

**UNOPPOSED MOTION FOR JUDICIAL RECOMMENDATION ON DESIGNATION**

   Defendant, Dennis Stewart, through undersigned counsel, hereby requests the entry of an order or the modification of his Judgment and Commitment Order to reflect a judicial recommendation that he be designated to serve his sentence at FCI Estil. As grounds therefor, Stewart states:

   1. Defendant Dennis Stewart was sentenced by the Court on November 30, 2001 to a term of 33 months.

   2. At the sentencing, the government and the defendant asked that the defendant remain free on bond, as he is cooperating with the government in a recently indicted case, and the Court agreed.

   3. The parties indicated to the Court that they intended to return to the Court with a Rule 35 Motion to reflect the defendant's cooperation but that it was premature to do so at that point.

   4. The Court set a surrender date for the defendant of April 1, 2002.

   5. Mr. Stewart seeks to serve his sentence at FCI Estil, a federal institution located in

CASE NO: 00-6180-CR-FERGUSON

the State of South Carolina, as that is the institution closest to where Mr. Stewart's wife and small children live.

6. While a judicial recommendation does not bind the Bureau of Prisons, it is the policy of the Bureau of Prisons to seek to accommodate judicial recommendations regarding designation.

7. The government has no objection to this request.

WHEREFORE, Dennis Stewart requests the entry of an order and/or the modification of his Judgment and Commitment Order to reflect the Court's recommendation that he be designated to serve his sentence at FCI Estil.

                 Respectfully submitted,

                 Moscowitz Moscowitz & Magolnick
                 1111 Brickell Avenue, Suite 2050
                 Miami, FL 33131
                 Tel: (305) 379-8300
                 Fax: (305) 379-4404

                 By: _____
                    Jane W. Moscowitz
                    FL Bar No.: 586498

CASE NO: 00-6180-CR-FERGUSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion for Judicial Recommendation on Designation has been served by U.S. Mail this __13__ day of December 2001 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

_____
Jane W. Moscowitz, Esq.