

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA          CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

    Defendant.
_____/          **ORDER**

**THIS CAUSE** has come before the Court upon defendant Dennis Stewart's Unopposed Motion For Judicial Recommendation On Designation. The Court having reviewed the motion, the record, and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** that defendant Stewart's motion IS **GRANTED**. The Court recommends that Mr. Stewart be designated to serve his sentence at FCI Estil, and if that recommendation cannot be accommodated, the Court recommends that Mr. Stewart be designated to an institution as near to Mr. Stewart's home as possible (i.e., SOUTH CAROLINA). The Court's Judgment and Commitment Order issued on November 30, 2001 is hereby amended to include the Court's recommendation.

    **DONE AND ORDERED** in Chambers this 17th day of December, 2001.

                                                     WILKIE D. FERGUSON, JR.
                                                     UNITED STATES DISTRICT JUDGE

Conformed copies to:
Counsel of Record