UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA      CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

    Defendant.

_____/

NIGHT BOX FILED
FEB 27 2002
CLARENCE MADDOX
CLERK, USDC/SDF/FTL

### UNOPPOSED MOTION TO POSTPONE SURRENDER

The defendant, DENNIS STEWART, through undersigned counsel, respectfully moves to postpone Mr. Stewart's surrender date, which is now scheduled for April 1, 2002, so that he may complete his cooperation and have his Rule 35 hearing before he begins his term of incarceration. As grounds for this Motion, the defendant states:

1. On September 11, 2001, Dennis Stewart pleaded guilty to a one count information charging him with making a false statement in a matter within the jurisdiction of the United States in violation of 18 U.S.C. § 1001.

2. This Court held a sentencing hearing in this matter on November 30, 2001 at which time the Court sentenced Mr. Stewart to a term of 33 months and set a surrender date of April 1, 2002.

3. Mr. Stewart has been cooperating with the government since entering into his plea agreement in June 2000. He has spent many hours assembling information for and being debriefed by government counsel and agents. As the prosecutor informed the Court at the Sentencing, it is anticipated that the government will file a Rule 35 Motion.

4. Mr. Stewart is expected to testify in the case entitled, <u>United States v. Waters</u>, Case



U.S. v. STEWART                                              00-6180-CR-FERGUSON

No. 01-6280-Cr-Gold. That case, which was filed on November 11, 2001, is not yet scheduled for trial.

5. Thus, Mr. Stewart has not yet completed his cooperation. It is, therefore, not time for the government to file the anticipated Rule 35 motion, as the Court would not have before it all the relevant information necessary to determine the appropriate reduction in sentence.

6. If Mr. Stewart were to surrender on April 1, 2002 as scheduled, he might be deprived of the benefit of the government's Rule 35 motion. Therefore, Mr. Stewart seeks a delay of 120 days so that he may complete his cooperation.

7. Moreover, if Mr. Stewart is incarcerated, it will be substantially more difficult for the government to obtain his assistance in its trial preparation of the Waters case.

8. The Assistant United States Attorney assigned to this matter, Roger Stefin, agrees to a postponement of the surrender for 120 days.

WHEREFORE, defendant Dennis Stewart respectfully requests that the Court postpone surrender for 120 days, i.e., until August 1, 2002.

Respectfully submitted,

Moscowitz Moscowitz & Magolnick
1111 Brickell Avenue, Suite 2050
Miami, FL 33131
Tel: (305) 379-6700
Fax: (305) 379-4404

By: _____
Jane W. Moscowitz
FL Bar No.: 586498

U.S. v. STEWART                                                                                     00-6180-CR-FERGUSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Agreed Motion to Continue Sentencing has been served by U.S. Mail this ____ day of February 2002 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

                                                          _____
                                                          Jane W. Moscowitz, Esq.

1257/postpone surrender