

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA     CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

    Defendant.                    **PROPOSED ORDER**
_____/

    **THIS CAUSE** has come before the Court upon defendant Dennis Stewart's Unopposed Motion To Postpone Surrender. The Court having reviewed the motion, the record, and being otherwise duly advised, it is hereby:

    **ORDERED AND ADJUDGED** that defendant Stewart's motion IS **GRANTED**. The defendant Dennis Stewart shall have a postponement on the scheduled surrender date until August 1, 2002.

    **DONE AND ORDERED** in Chambers this 7th day of March, 2002.

                                                   WILKIE D. FERGUSON, JR.
                                                 UNITED STATES DISTRICT JUDGE

<u>Conformed copies to</u>:
Counsel of Record