UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA          CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

Defendant.
_____/



## UNOPPOSED MOTION TO POSTPONE SURRENDER

The defendant, DENNIS STEWART, through undersigned counsel, respectfully moves to postpone Mr. Stewart's surrender date, which is now scheduled for August 1, 2002, so that he may have his Rule 35 hearing before he begins his term of incarceration. As grounds for this Motion, the defendant states:

1. On September 11, 2001, Dennis Stewart pleaded guilty to a one count information charging him with making a false statement in a matter within the jurisdiction of the United States in violation of 18 U.S.C. § 1001.

2. This Court held a sentencing hearing in this matter on November 30, 2001 at which time the Court sentenced Mr. Stewart to a term of 33 months and set a surrender date of April 1, 2002. Pursuant to a previous motion to delay surrender, the Court agreed to move the date to August 1, 2002.

3. Mr. Stewart has been cooperating with the government since entering into his plea agreement in June 2000. He has spent many hours assembling information for and being debriefed by government counsel and agents. The information and assistance that Mr. Stewart provided resulted in the prosecution and guilty plea of Richard Waters in Case Number 01-6280-



CASE NO: 00-6180-CR-FERGUSON

CR-GOLD. Mr. Waters pleaded guilty on June 17, 2002 and his sentencing is set for August 26, 2002.

4. As the prosecutor informed the Court at the Sentencing, the government will file a Rule 35 Motion. Now that Mr. Waters has pleaded guilty, it is anticipated that the government will soon file its motion.

5. It will then be necessary for the Court to hold a hearing regarding the sentence reduction. Given that it is already July, it will be difficult to have that hearing and still have Mr. Stewart surrender August 1, 2002. If Mr. Stewart is required to surrender before the re-sentencing hearing, it will be an unnecessary expense for the government to transport him to the Court for the hearing and will require him to use the prison transportation system.

6. Moreover, a date of September 1, 2002 will best accommodate Mrs. Stewart and her two young daughters, as they will be moving to Pittsburgh while Mr. Stewart is incarcerated.

8. The Assistant United States Attorney assigned to this matter, Roger Stefin, agrees to a postponement of the surrender until September 1, 2002.

WHEREFORE, defendant Dennis Stewart respectfully requests that the Court postpone surrender until September 1, 2002.

Respectfully submitted,

Moscowitz Moscowitz & Magolnick
1111 Brickell Avenue, Suite 2050
Miami, FL 33131
Tel: (305) 379-6700
Fax: (305) 379-4404

By: _____
Jane W. Moscowitz
FL Bar No.: 586498

2

CASE NO: 00-6180-CR-FERGUSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Agreed Motion to Continue Sentencing has been served by U.S. Mail this __2__ day of July 2002 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

_____
Jane W. Moscowitz, Esq.

1257/postpone surrender2