UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6180-CR-FERGUSON

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
v.                               )
                                 )
DENNIS STEWART,                  )
                                 )
                                 )
            Defendant.           )
_____)

NIGHT BOX
FILED

JUL 1 5 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

GOVERNMENT'S MOTION PURSUANT TO
RULE 35, F.R.CR.P

        COMES NOW, the United States of America, by and through the
undersigned Assistant United States Attorney, and moves to reduce
the sentence of DENNIS STEWART, pursuant to Rule 35, F.R.CR.P.. In
support thereof the government states:

        1.  On or about November 30, 2001, the defendant was sentenced
to 33 months' incarceration, stemming from his plea of guilty to the
offense of False Statements on a HUD Settlement Statement, in
violation of Title 18, United States Code, Section 1001.

        2.  The defendant has provided substantial cooperation in the
investigation and prosecution of others who have committed an
offense.  The details of said cooperation will be made known at a




hearing in regards to this matter.

Wherefore, the United States respectfully requests that the foregoing motion be granted.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

ROGER H. STEFIN
Assistant United States Attorney
Florida Bar No. 287334
500 East Broward Blvd, Suite 700
Fort Lauderdale, Florida  33394
(954) 356-7255, ex. 3558
Fax. No. (954) 356-7336

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed this ___ day of July 2002, to: Jane Moscowitz, Esq., 100 SE 2nd Street, 37th Floor, Miami, FL 33131.

_____
ROGER H. STEFIN
Assistant United States Attorney