UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA     CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

      Defendant.
_____/

### EMERGENCY UNOPPOSED MOTION TO POSTPONE SURRENDER

The Defendant, Dennis Stewart, through undersigned counsel, respectfully moves to postpone Mr. Stewart's surrender date, which is now scheduled for August 1, 2002, so that he may have his Rule 35 hearing before he begins his term of incarceration. The motion is filed on an emergency basis due to the fact that the scheduled surrender date is just one week away. As grounds for this Motion, the Defendant states:

     1. On September 11, 2001, Dennis Stewart pleaded guilty to a one count information charging him with making a false statement in a matter within the jurisdiction of the United States, in violation of 18 U.S.C. § 1001.

     2. This Court held a sentencing hearing in this matter on November 30, 2001 at which time the Court sentenced Mr. Stewart to a term of 33 months and set a surrender date of April 1, 2002. Pursuant to a previous motion to delay surrender, the Court agreed to move the date to August 1, 2002.

     3. Mr. Stewart has been cooperating with the government since entering into his plea agreement in June 2000. He has spent many hours assembling information for and being debriefed by government counsel and agents. The information and assistance that Mr. Stewart



CASE NO: 00-6180-CR-FERGUSON

provided resulted in the prosecution and guilty plea of Richard Waters in Case Number 01-6280-CR-GOLD. Mr. Waters pleaded guilty on June 17, 2002 and his sentencing is set for August 26, 2002.

4. The government has filed a Rule 35 Motion, asking this Court to hold a hearing and to reduce Mr. Stewart's sentence.

5. If Mr. Stewart is required to surrender before the re-sentencing hearing, it will be an unnecessary expense for the government to transport him to the Court for the hearing and will require him to use the prison transportation system.

6. Moreover, a date of September 1, 2002 will best accommodate Mrs. Stewart and her two young daughters, as they will be moving to Pittsburgh while Mr. Stewart is incarcerated.

8. The Assistant United States Attorney assigned to this matter, Roger Stefin, agrees to a postponement of the surrender until September 1, 2002.

WHEREFORE, Defendant Dennis Stewart respectfully requests that the Court postpone surrender until September 1, 2002.

Respectfully submitted,

Moscowitz Moscowitz & Magolnick
1111 Brickell Avenue, Suite 2050
Miami, FL 33131
Tel: (305) 379-6700
Fax: (305) 379-4404

By: _____
Jane W. Moscowitz
FL Bar No.: 586498

2

CASE NO: 00-6180-CR-FERGUSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Emergency Agreed Motion to Postpone Surrender has been served by facsimile this 22nd day of July 2002 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

Jane W. Moscowitz, Esq.

1257/postpone surrender2

3