UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6180-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-
DENNIS STEWART,

    Defendant.
_____/



## STEWART'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATIONS

The Defendant, Dennis Stewart ("Stewart"), by and through undersigned counsel, hereby moves this Court for leave to file a Memorandum in Support of the Government's Motion to Reduce Sentence in excess of the page limitation, and as grounds therefore, states the following:

1. Stewart has provided substantial cooperation in the investigation and prosecution of others who have committed an offense. The details of said cooperation will be made known at a hearing in regards to this matter.

2. Accordingly, Stewart seeks leave to exceed the page limitation, and file a Memorandum that is twenty six (26) pages in length.

3. This Motion is made in good faith and not for improper purposes.

WHEREFORE, Stewart requests that this Court enter an Order granting him leave to file



CASE NUMBER: 00-6180-CR-FERGUSON

a Memorandum consisting of up to and including twenty six (26) pages.

Respectfully submitted,

Moscowitz Moscowitz & Magolnick
1111 Brickell Avenue, Suite 2050
Miami, FL 33131
Tel: (305) 379-6700
Fax: (305) 379-4404

By: _____
    Jane W. Moscowitz
    FL Bar No.: 586498

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Leave to File Memorandum in Excess of Page Limitations has been served by facsimile this 22nd day of July 2002 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

_____
Jane W. Moscowitz, Esq.