UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6180-CR-FERGUSON

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-

DENNIS STEWART,

      Defendant,

_____/



## STEWART'S MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S MOTION PURSUANT TO RULE 35

The Government has filed a Motion, pursuant to Rule 35 of the Federal rules of Criminal Procedure, to reduce the sentence of Dennis Stewart based on Mr. Stewart's substantial assistance to the Government. The parties have agreed to recommend to the Court that the Court reduce Mr. Stewart's 33-month sentence to a sentence of a year and a day. This memorandum is submitted in support of the Rule 35 Motion.

### I.   INTRODUCTION

Dennis Stewart's reaction to the investigation of this case reveals a great deal about him. From the very beginning, he has responsibly tried to come to terms with what he did. When Mr. Stewart first learned of this investigation, nearly five years prior to his plea, he requested a meeting with HUD officials in Washington at which he disclosed his entire involvement. Afterwards he voluntarily met with government investigators and provided documents, checks, letters, agreements, and his own personal files, all of which provided the investigators with

insight into the transactions. On at least ten occasions, Mr. Stewart has traveled from his home

in South Carolina to South Florida and Jacksonville to attend meetings and to provide the

Government with additional documentation. In 1996 and 1997, which was over four years prior

to being charged, Mr. Stewart spent in excess of five hundred hours reviewing files, documents

and attending meetings with Government investigators. As detailed below, he was basically "on

call" to help the government in its investigation since 1996.

In addition to the substantial assistance that Mr. Stewart has provided to the government

over the past several years, there are other factors which call for a substantial reduction in Mr.

Stewart's sentence. During the ten years preceding the offense, Mr. Stewart built a reputation

based on community involvement by contributing hundreds of hours of his time every year to

benefit low-income families and needy children. As pointed out in the Pre Sentence

Investigation Report (PSI), in the years prior and subsequent to the offense, Mr. Stewart has been

a community activist providing pro bono legal and consulting services to over twenty-five non-

profit organizations. During this time, Mr. Stewart worked with The Salvation Army, The

United Way, The American Red Cross, Goodwill Industries, Adopt-A-Family, The Florida

Department of Health and Rehabilitative Services, and The Homeless Coalition to provide

financial assistance to needy families. He was also President of Florida Community Housing

Assistance Corp. (FCHAC), which was a non-profit organization that he started for the specific

purpose of developing programs to help needy families. Under the direction of Mr. Stewart,

FCHAC became the largest non-governmental provider of social services in South Florida.

While gaining a reputation as a person that worked countless hours to help others in need,

2

Mr. Stewart has always been devoted to his family - his wife, his son and two young daughters,

his brothers and sisters, and his nieces and nephews, all of whom have suffered and will continue

to suffer from what he now faces. The twenty-five letters which are submitted as part of this

Memorandum are from his family, friends and other people that know Dennis Stewart well.

While fully aware that he has been sentenced by this Court, these people continue to express the

highest regard and affection for him. These letters are filled with examples of his honesty,

integrity, and inspirational devotion to his family, friends and to needy children.

      At first glance it is not easy to reconcile this picture of Dennis Stewart, an attorney that in

over twenty years of practicing law never even had a bar complaint filed against him, with what

is known from his own admission of guilt, and from the Government's proffered facts about this

case. Mr. Stewart fully acknowledges that the Terrace Oaks transaction was wrong and

represents a failure on his part. Ultimately, however, the evidence about Mr. Stewart, in its

totality, demonstrates that his actions were a failure of his character and not a measure of it. In

fact, what Mr. Stewart created at FCHAC is far more telling about him than any of his business

or personal characteristics. During the time of the offense, he was working seven days a week,

with half of his time spent on his law practice and the other half of his energies working with

low-income families, needy children, and other non-profit organizations that provided assistance

to these families. Mr. Stewart has always considered the time he contributes to his non-profit

activities to be at least as important as his paying work.

## II.    SUBSTANTIAL ASSISTANCE

The substantial assistance provided by Mr. Stewart was in connection with the Government's investigation and indictment of Richard W. Waters, in the Case of *United States v. Richard W. Waters*, Case No. 01-6280-CR-Gold.  Over a period of six years he spent in excess of seven hundred hours of his time, and traveled over seven thousand miles by automobile, to attend meetings and provide information and documentation to the Government.  It should be noted that the information that was the most useful to the Government in charging Richard W. Waters related to offenses in which Mr. Stewart had no role.

### A.    The Timeliness of Mr. Stewart's Cooperation

In January 1996, Mr. Stewart was contacted by the Government and requested to provide certain information regarding transactions that had occurred with Waters Mortgage Corporation ("Waters") and Richard W. Waters.  Mr. Stewart provided all of the information that was requested of him.  In addition, Mr. Stewart, with the assistance of counsel, voluntarily contacted the Government and asked to meet with the Government to provide additional information that had not been requested.  Mr. Stewart knew that the information in his possession was material to the Government's investigation of Waters.  The initial contact was made by Mr. Stewart's counsel almost four years prior to the Plea Agreement.

### B.    The Extent of Mr. Stewart's Cooperation

Throughout the Government's investigation, Mr. Stewart has provided substantial documentation, information and time to the Government investigators.  Specifically, he has done the following:

4

i.     Mr. Stewart met with the Government investigators on over twenty-five occasions to discuss issues involving Waters.

ii.    Mr. Stewart kept a log of over seven hundred hours of his time consisting of entries for attending meetings, reviewing files, compiling information, driving, and summarizing and indexing the requested information.

iii.   While living in South Carolina, Mr. Stewart voluntarily traveled (by automobile) over seven thousand miles to attend meetings with the Government in Miami, Ft. Lauderdale, and Jacksonville.

iv.    Mr. Stewart has provided thousands of files, documents and other items that the Government did not know existed with respect to the investigation of Waters.  To illustrate the amount of his cooperation, at one point Mr. Stewart had to rent a truck to deliver thirty-six boxes of information that was relevant to the Government's investigation of Waters.

v.     Mr. Stewart, with the knowledge of the Government, traveled from South Carolina to South Florida on two occasions to meet with Richard W. Waters and his counsel, with the intention of persuading Mr. Waters to enter into plea negotiations with the Government, rather than put the Government through a lengthy and expensive trial.  Plea negotiations (resulting in a plea agreement being signed by Mr. Waters) began shortly after the second meeting.

Thus, the extent of Mr. Stewart's cooperation is truly over and above "substantial."

5

**C.    Usefulness of Mr. Stewart's Cooperation**

Mr. Stewart's cooperation with the Government resulted in the Government's ability to draft a detailed and accurate indictment against Richard W. Waters. Mr. Stewart's meetings with Richard W. Waters eventually led to Mr. Waters signing a plea agreement with the Government. Mr. Waters pleaded guilty on June 17, 2002

**D.    The Collateral Consequences of Mr. Stewart's Plea are Substantial**

Mr. Stewart has already suffered substantial punishment for his actions. Prior to this case, Mr. Stewart always had a successful and profitable law practice. In 1998, however, Mr. Stewart realized that he could be charged with committing a crime in connection with the Waters' investigation. As a result, Mr. Stewart concluded that his clients would be better served if they were represented by other attorneys and he decided to wind down his law practice. This decision was made over two years prior to signing the Plea Agreement with the Government (which was signed on May 30, 2000). In winding down his law practice, Mr. Stewart wanted to be fair and equitable to his clients. Therefore, he stopped billing them for his time in order to effectuate a smooth transition to their new attorneys. The net result of Mr. Stewart not billing his clients and his spending hundreds of hours assisting the Government, was that Mr. Stewart had virtually no income for a two year period beginning in 1998.

During this period of time Mr. Stewart's family's net worth plummeted and his wife was forced to go back to work. The economic effects to Mr. Stewart and his family are minor in comparison to their dealing with the reality that his wife must now work to help support the family while Mr. Stewart is incarcerated and to help pay restitution, rather than being a stay-at-

home mom to their two small children.

Since his conviction, Mr. Stewart has lost his license to practice law as he has been suspended indefinitely by the Florida Bar. Additionally, as significant to him personally, Mr. Stewart has had to close the operations of Florida Community Housing Assistance Corporation, the non profit company that he formed many years ago and through which he rehabilitated and developed numerous facilities in Broward and Palm Beach counties, such as the Datura Residence, described in more detail infra, which assisted low income and homeless people.

### III.    MR. STEWART'S CURRENT STATUS

**A.    Mr. Stewart's Family Responsibilities**

Mr. Stewart currently resides in Summerville, South Carolina, with his wife, Denise, and two small daughters - Melissa, age four and Angela, age two. Mr. Stewart also has a son, Brian, who is a student at the University of Miami. Mr. Stewart pays child support in the amount of $1,500.00 per month, which is used for Brian's support and education. Mr. Stewart has been paying child support for his son for the past twelve years, and will continue to pay child support for two more years. The job that Mr. Stewart currently has pays for his family's health and dental insurance. The loss of Mr. Stewart's income and insurance while he is incarcerated will certainly be catastrophic not only to his wife and children, but also his ex-wife and son.

In January, 2002, Mr. Stewart and his wife were saddened to learn that their youngest daughter, Angela, was diagnosed with an illness known as Apraxia, a neurologically based speech motor disorder. Children with Apraxia have difficulty coordinating the physical movements necessary to generate intelligible speech. Mr. Stewart presently takes his daughter to

7

therapy once a week. The therapy will be necessary for a minimum period of four years. In the event that Mr. Stewart is not able to maintain his current insurance, it is doubtful that Angela will be able to receive the therapy she needs.

**B.    Mr. Stewart's Financial Responsibilities**

Mr. Stewart is current with all of his financial obligations as set forth in the PSI. In an effort to reduce his current obligations, which would allow Mr. Stewart to start making Restitution payments, Mr. Stewart successfully negotiated with a major creditor to reduce his obligations by $1,000.00 per month.

On November 30, 2001, this Court ordered Mr. Stewart to pay Restitution in the amount of $81,420.66. Mr. Stewart and his wife have made a conscious effort to sell personal assets and reduce their monthly expenses in order to make restitution payments. In the six months that have elapsed since Mr. Stewart's original sentencing date, Mr. Stewart has paid $2,500.00 towards his restitution. Mr. Stewart has every intention of paying the balance of his restitution from his and his wife's combined income.

**C.    Mr. Stewart's Employment Responsibilities**

For the past three years Mr. Stewart has been employed by Dominion Management Corp. as a project manager in charge of the development of two commercial projects in the Charleston area. The job is very demanding in that Mr. Stewart fills several roles, works at least fifty hours per week, and must be available twenty-four hours a day, seven days a week. In return for his long hours, the job allows him the flexibility to take his children to and from childcare each day and to take his youngest daughter to therapy each week. In addition, Mr. Stewart's employer

supports his participation in his many non-profit activities.

## IV.    MR. STEWART'S NON-PROFIT ACTIVITIES AND RESPONSIBILITIES

For the past seventeen years Mr. Stewart has dedicated a significant portion of his life to helping low-income families and needy children.  Mr. Stewart currently donates an average of twenty hours per week assisting non-profit organizations, including running a program known as Tix4Kids (through his own non-profit organization known as KIDS, Inc.), and providing pro bono consulting work to 6 other non-profit organizations located in Florida and South Carolina. On an annual basis, his Tix4Kids Program benefits over five thousand disadvantaged children and five hundred needy families.  The nature and motive of Mr. Stewart's philanthropic work are certainly not as a result of being charged with this offense, but rather his lifetime desire to help less fortunate individuals.

As pointed out in the PSI, since 1990 Mr. Stewart has provided pro bono legal and consulting services to over twenty five non-profit organizations in South Florida, and in 1992 he formed a non-profit organization known as Florida Community Housing Assistance Corp. ("FCHAC"), which operated neighborhood social service programs in nine communities in South Florida.  The areas chosen by Mr. Stewart were the poorest of neighborhoods that were desperately in need of programs to support needy families and inner-city youth.  In order to accomplish his goals of providing comprehensive services to needy families, Mr. Stewart developed affiliations with The United Way, The American Red Cross, Goodwill Industries, Adopt-A-Family, The Homeless Coalition, and The Florida Department of Health and Rehabilitative Services. These services included day care and after school care, rent and utility

assistance, food, clothing, and furniture assistance, job training and job placement, financial and credit counseling, substance and alcohol abuse counseling, AIDS/HIV counseling, and sponsoring field trips and other youth group activities. For a period of eight years prior to the offense, Mr. Stewart contributed a minimum of thirty hours per week in the activities of FCHAC, which included Mr. Stewart performing legal work, administrative duties (as the President of an organization that had over fifty employees and over one hundred volunteers), preparing grant proposals, supervising all programs and coaching little league teams that were sponsored by FCHAC. Prior to moving from South Florida, Mr. Stewart spent six years mentoring several individuals, and, with the continued support and assistance of Mr. Stewart, they have successfully continued to operate the programs initiated by FCHAC. A sampling of letters and posters that Mr. Stewart has received from children showing their appreciation is attached as Exhibit 1.

In addition to the Neighborhood Centers, Mr. Stewart and FCHAC were involved in numerous other non-profit activities. Two of Mr. Stewart's most significant and successful accomplishments are The Datura Residence and The Tix4Kids Program. The Datura Residence was a project that Mr. Stewart accomplished over a five year period beginning in 1993, and is without question the most successful Transitional Housing Center in the State of Florida . The Tix4Kids Program was started by Mr. Stewart in 1985 and continues to provide free tickets to needy children today.

### The Datura Residence

In 1993, Mr. Stewart was developing a program for Adopt-A-Family in Palm Beach

County which would house and provide social services and jobs to twenty-six families,

consisting of un-wed mothers and their children. (*See* Exhibit 2 for copies of letters from Adopt-

A-Family and a newspaper article about the success of this Program). While attending a status

meeting to discuss this program with the County Manager, Mr. Stewart was invited to participate

in a panel discussion dealing with the homeless problem that was facing Palm Beach County.

County officials were aware that Mr. Stewart was already operating a successful transitional

housing shelter for single, unwed mothers in Broward County. At this point in time there was

considerable turmoil between Municipal, County, State and Federal officials on how, and who,

should deal with the homeless issues. The City and County were in the process of developing a

strategy for the redevelopment of the downtown area, and they did not want to have the homeless

population become an issue. County officials promised Mr. Stewart financial assistance if his

non-profit organization (FCHAC) could come up with a solution to the homeless problem. Mr.

Stewart agreed to assist the County and under his direction, FCHAC started a project known as

The Datura Residence.

During 1993, Mr. Stewart negotiated for FCHAC to purchase and renovate a dilapidated

four story hotel located near downtown West Palm Beach. In undertaking the homeless problem,

Mr. Stewart decided that rather than being a " Homeless Shelter," The Datura Residence should

be a "Transitional Housing Center," which would deal with the real issues of homelessness and

work towards transitioning individuals from being jobless and homeless, to being responsible,

employed residents of Palm Beach County. Mr. Stewart requested and received support from all

of the major social service agencies in Palm Beach County, including The United Way, The

11

Salvation Army, The American Red Cross, Goodwill Industries, The Homeless Coalition, Consumer Credit Counseling Services, The Lord's Place, and The Palm Beach Private Industry Council. Within one year, The Datura Residence was heralded as the most comprehensive approach to the issues involving homelessness ever attempted in Florida. (A copy of a letter from the Salvation Army to the Mayor of West Palm Beach is attached as Exhibit 3). The Datura Residence offered emergency housing, food, clothing, medical services, mental health treatment, alcohol and substance abuse treatment, child care, transportation, job counseling, job placement, life skills training, motherhood classes, and legal services. In 1995, the City of West Palm Beach awarded FCHAC a Grant to The Datura Residence in the amount of $ 364,391.00, for the purpose of allowing individuals inflicted with HIV/AIDS to stay and be treated at the facility. (*See* Exhibit 4)

After developing the programs and codifying the program guidelines, Mr. Stewart continued to oversee The Datura Residence and began a 3 year process of mentoring another person to take over the project. With Mr. Stewart's continued support, The Datura Residence continues to operate today as the most comprehensive Transitional Housing Center in Florida. A letter from the current operator of the facility, and pictures of the facility are attached hereto as Exhibit 5.

### The Tix4Kids Program

The first official program that Mr. Stewart developed was a program that known as the Tix4Kids Program. The program enables adults to mentor needy children and provides these children and their families with free tickets to sporting, cultural and other events. The program

operates on an incentive/reward basis and encourages its participants to better themselves by staying in school and leading productive lives. Every year since 1985, the program has sent children to see the Dolphins, Marlins, Heat and Panthers. In addition, this Program has sent children to the Circus, Seaquarium, zoos, Super Bowls, Lion Country Safari, boating trips, the Daytona 500, World Series, Plays, Museums, Cape Canaveral, IMAX Theaters, and Disney World. An average of five thousand children a year have benefitted from this program since 1990. Mr. Stewart currently operates this Program with volunteers in Florida and South Carolina. It has been expanded to provide needy children with toys during the holidays and to provide needy families with financial assistance for emergencies. In the year 2002, Tix4Kids Program will provide over seven thousand five hundred tickets to needy children. Moreover, the Program will provide or arrange for financial assistance to over five hundred families. In addition to the foregoing, since 1990, the Tix4Kids Program has done the following under the direction of Mr. Stewart:

- Sponsored teams and provided uniforms and equipment to over fifteen teams in Florida and South Carolina (including boys and girls soccer, softball, baseball, volleyball, and football teams).

- Provided over one thousand trophies to children for both scholastic and athletic achievements under the Start Smart Program.

- Provided over five hundred bicycles and safety helmets to children of needy families during the holiday seasons.

- Provided over two thousand families with holiday baskets consisting of toys, food,

clothing, shoes, sneakers, books, and small household appliances.

• Provided wheelchairs and other medical equipment to paralyzed children.

• Provided financial assistance to enable children to attend music lessons, dance classes and other recreational activities.

• Provided over one thousand five hundred families with vouchers to purchase Thanksgiving and/or Christmas dinners during the Holiday seasons.

• Sponsored Awards Ceremonies for civic organizations providing services to needy children.

• Sponsored an annual ("major") field trip, for local area youth groups that excelled in the classroom, including the following:

– 1991- Cape Canaveral to see space shuttle (*See* Exhibit 6)

– 1992- UM Summer Baseball Program (*See* Exhibit 7)

– 1993-Walt Disney Trip (*See* Exhibit 8)

– 1994- Seaquarium Trip (*See* Exhibit 9)

– 1995- Joe Robbie Stadium Tour (*See* Exhibit 10)

– 1996- Miami Dolphin Game & Locker Room (*See* Exhibit 11)

– 1997- Florida Marlins Game & Locker Room (*See* Exhibit 12)

– 1998- Seaquarium Trip (*See* Exhibit 13)

– 1999-Calder Race Course Trip (*See* Exhibit 14)

– 2000- Circus Trip (*See* Exhibit 15)

– 2001- Barney Live Trip (*See* Exhibit 16)

The activities of The Tix4Kids Program continue to grow based on the needs of the communities. The program is run with the assistance of volunteers that all believe in the philosophy that it is better to give than to receive. Attached hereto as Exhibit 17 is a sampling of letters that Mr. Stewart has received from children and parents that have participated in the Tix4Kids Program.

In around 1988, Mr. Stewart also developed a program known as the S.A.I.L. Program (Supervised Alternative to Independent Living). Initially the S.A.I.L. Program was for single, unwed mothers living in Broward County. The Program eventually expanded to other counties and was extended to include all individuals that had reached the age of eighteen, and were in need of a job and living accommodations. Mr. Stewart's successful approach in dealing with these inner-city problems has been acknowledged by several national organizations, including the United Way. (*See* report prepared for the United Way, by Robyne S. Turner, Ph.D., Exhibit 18).

In 1991, Mr. Stewart was asked to develop a similar program that would help Broward County residents that were afflicted with HIV/AIDS. After receiving commitments form several other agencies, Mr. Stewart developed a program known as The R.A.I.L. Program (Responsible Adult Independent Living) to assist families that had a parent or child afflicted with HIV/AIDS. The R.A.I.L. Program was unique in that it was not a "hand-out" to the families, but rather was a program that transitioned the families into "Mainstream America" by providing job training and placement. The Program was immensely successful and Broward County provided funding grants to Mr. Stewart's non-profit for three years of operation. (Letters of Appreciation are attached as Exhibit 19).

Mr. Stewart's involvement in starting-up the S.A.I.L. and R.A.I.L. Programs led him to conclude that his efforts would be more far reaching if he "mentored" social service minded individuals who could eventually operate programs on their own.  As a result, in addition to continuing to operate his own non-profit organization (FCHAC), Mr. Stewart has also been mentoring "start-up" organizations to enable them to reach a point of self-sufficiency.  Since 1993, Mr. Stewart has successfully assisted over fifteen such start-up non-profit organizations, which are all still in existence serving needy families in Florida and South Carolina.

After speaking at a seminar for non-profit organizations held in February 1994, Mr. Stewart was contacted by Jonathan Wright, the President of South Florida Counseling, Inc., and Lori Deutsch, the wife of Congressman Peter Deutsch, who requested Mr. Stewart's assistance with the legal requirements in the formation and qualification of a non-profit organization.  The purpose of the organization was to raise and distribute money to charitable organizations that either provided care for children afflicted with HIV/AIDS, conducted research in pursuit of a cure for HIV/AIDS, or sought to educate and prevent the spread of pediatric HIV/AIDS.  Mr. Wright and Mrs. Deutsch had obtained commitments from several celebrities (Including Magic Johnson, Elizabeth Taylor, and Elton John), and had a business plan to raise in excess of twenty-five million dollars, of which one-half was to be distributed to local non-profit organizations and the remaining one-half distributed to research institutions.  Mr. Stewart, on a pro bono basis, agreed to perform all legal and consulting services to the organization, and also agreed to pay for all costs associated with the incorporation.  Children's Aids Network National (CANN) was formed by Mr. Stewart, which he qualified as a non-profit corporation.  In the first six months of

16

operation, Mr. Stewart spent a minimum of twenty hours each month working with the Board of Directors to establish national and local guidelines, and to produce a manual that was to be used by all volunteers associated with the organization. The Board of Directors, which included Mr. Wright, Mrs. Deutsch, and Steven Morse, the treasurer of Blockbuster Entertainment, Inc., then requested that Mr. Stewart serve as the first President of the CANN. Mr. Stewart agreed to serve as President and held that office and performed all legal services for the organization for two years, with no reimbursement for travel or other expenses. These duties were in addition to the responsibilities that Mr. Stewart had with the existing programs that he was running with his own non-profit (FCHAC). A copy of a letter thanking Mr. Stewart for donating his time to the CANN is attached hereto as Exhibit 20.

As noted in Paragraph 69 of the PSI, Mr. Stewart and FCHAC operated "Neighborhood Centers" which were designed to provide social services to needy families in Dania, Ft. Lauderdale, Lauderhill, Lauderdale Lakes, North Lauderdale, Pompano Beach, Miami, Opa-Locka, and West Palm Beach. These Centers promoted community based volunteers to assist families and neighborhoods with issues that face all inner-city neighborhoods, including the chronic problems associated with crime, drugs, unemployment, and sub-standard living conditions. Mr. Stewart mentored each of these Neighborhood Centers for a minimum period of four years and currently provides consulting services to six of the Centers. An example of the work accomplished by Mr. Stewart is the Neighborhood Center he developed in the City of North Lauderdale. Mr. Stewart's non-profit (FCHAC) purchased a four unit building and donated it to the City to be used as a community recreation building and police sub-station. Since the opening

of the Center, the crime in this area has been reduced by 70% and the residents of the Silver

Lakes Community can now walk their streets at night.  Attached here to as Exhibit 21 is a copy

of a letter acknowledging the efforts of Mr. Stewart from the Mayor of the City of North

Lauderdale, and a copy of an award received by FCHAC for three years of community

involvement.

Mr. Stewart has also assisted specific families that were in need due to devastating

circumstances.  Two such examples are Beverly Miller and Mike McInerney.  In 1992, Mr.

Stewart read an article in the Sun Sentinel newspaper about the impossible circumstances faced

by a grandmother of thirteen grandchildren whose mothers were in jail for drug offenses.  With

the assistance of her Pastor, Mr. Stewart was able to arrange temporary housing, food and

clothing for Ms. Miller and her grandchildren.  Within ninety days and with the assistance of

several agencies, Mr. Stewart was able to arrange for this family to move into a newly renovated

five bedroom home in Pompano Beach.  For the first time in years, each of the children had

clothes to wear to school, and three square meals a day.  Mr. Stewart and FCHAC provided

assistance to Ms. Miller for over four years.  Ms. Miller will be forever grateful that Mr. Stewart

read the Sun Sentinel that particular day.  (Attached hereto as Exhibit 22 is a copy of a letter from

the Pastor of the Abyssinian Baptist Church of Christ thanking Mr. Stewart for his assistance).

In connection with Mike McInerney, Mr. Stewart contacted the Sun Sentinel after reading

a very depressing story about a nine year old girl that was taking care of her father who had a life-

threatening illness.  Mr. Stewart contacted the reporter from the Sun Sentinel and was very

surprised to learn that he was the only person that had called the Sun Sentinel to offer the family

assistance. In the five years that followed, Mr. Stewart made a substantial impact on the life of this entire family. His non-profit organization provided financial assistance, food, clothing, and money for medical bills. Mr. Stewart also arranged for their home to be painted and for several needed repairs to be made including, a new air-conditioning system, kitchen cabinets and out-dated plumbing. Additionally, Mr. Stewart made it possible for the daughter to have a real birthday and Christmas each year by providing gifts to her. Moreover, in the past twelve months, Mr. Stewart arranged for the daughter to get braces on her teeth and for the family van to be repaired.

Since moving to South Carolina two years ago, Mr. Stewart has continued his pro bono work with six of the Florida non-profit organizations that he previously mentored. In addition, with the use of the internet and fax machines, he continues to operate the Tix4Kids Program through a network of volunteers that he has mentored. In South Carolina, Mr. Stewart has continued his non-profit activities by helping a number of organizations and civic groups that provide assistance to needy children. Mr. Stewart operates KIDS, Inc. in a low income neighborhood in North Charleston, South Carolina, out of an office/warehouse which is also the office for his Tix4Kids Program. On a weekly basis, Mr. Stewart and several other non-profit organizations, hold meetings with parents of troubled youth and have seminars for parents that are in need of a wide range of social services. The largest part of the warehouse is used by Mr. Stewart to store bicycles, toys, furniture, clothes and appliances that are given to needy families on a year round basis. Pictures of the KIDS, Inc. office/warehouse are attached as Exhibit 23.

In addition to the services he provides to needy children through his own non-profit

19

organization, two of Mr. Stewart's greater accomplishments since moving to South Carolina
have been his affiliation with The Charleston County Discipline School ("CCDS") and Mr.
Stewart's assistance in the formation and mentoring of Carolina Studios. Mr. Stewart was
introduced to the Principal of CCDS in 1999 while attending a Grant Seminar. The CCDS is a
unique school which requires the participation of the "problem" student, and at least one
concerned parent that will attend meetings and assist the student with daily lessons and
homework. The student starts off in a military-style environment and eventually graduates to a
level where he or she can be re-admitted to the public school system. For the first year, Mr.
Stewart's involvement was to provide free tickets to several events as an incentive for the
students to progress in certain areas. After the first year, Mr. Stewart was asked to participate as
a guest speaker, and was also involved with finding several students jobs. Mr. Stewart's
involvement with CCDS led to his being introduced to the principals of nine other schools that
Mr. Stewart currently works with. The Tix4Kids Program in South Carolina has doubled during
the past two years. Copies of several letters of appreciation from the CCDS are attached hereto
as Exhibit 24.

While working with several groups of children at the CCDS, Mr. Stewart was introduced
to representatives of Carolina Youth Development Center, which is the largest non-profit
organization providing assistance to needy children in South Carolina. Most children at this
Center are victims of child abuse and neglect, and are waiting to be placed in foster homes. Mr.
Stewart was requested to provide tickets to several events to benefit some of these children. Mr.
Stewart did so, and also attended events as a mentor with the children. Moreover, Mr. Stewart

provided uniforms and equipment for the Center's soccer team.  *See* Exhibit 25 for a sampling of letters thanking Mr. Stewart for his continued support.  Mr. Stewart is currently working with this Center to develop a formal program with KIDS, Inc.

While Mr. Stewart was attending one of the teams' soccer games, a representative from Carolina Youth Development Center asked Mr. Stewart for his assistance in starting-up a non-profit organization that would benefit low-income children living in some of the poorer neighborhoods in Charleston.  The goal of the non-profit is to establish a music studio where children can learn everything from writing music to producing their own CD.  The participants in the program must be recommended by their principals and each student has to achieve certain goals in order to participate in the program.  Mr. Stewart agreed to assist in the project, and, under his supervision, Carolina Studios, Inc. was formed as a non-profit corporation.  Mr. Stewart assisted in establishing bylaws and program guidelines, and today the company is fully operational.  Additionally, Mr. Stewart has made the office and warehouse of KIDS, Inc. available to Carolina Studios at no charge in order to insure its success.  Attached hereto as Exhibit 26 is a letter of appreciation from the President of Carolina Studios.

These accomplishments have required Mr. Stewart to maintain a daily work schedule that starts at 4:00 A.M., and ends after 9:00 P.M., seven days a week.  For the past twelve years, Mr. Stewart and his volunteers have raised money to support most of these programs by doing anything from car washes, auctions, and raffles, to selling doughnuts, candy and Christmas trees. During this twelve year period, Mr. Stewart has received hundreds of letters, certificates of appreciation, awards, and posters to acknowledge his support and assistance.  During 1995 alone,

Mr. Stewart received the following:

.        Letter from City of West Palm Beach (2/22/95) commending Mr. Stewart and
        FCHAC for providing quality low income housing and related services to needy
        families (Exhibit 27).

.        Letter from The White House (2/24/95) commending Mr. Stewart for his work
        with Childrens AIDS Network (Exhibit 28).

.        Certificate (3/9/95) recognizing Mr. Stewart as a member of the Florida Aids
        Council (Exhibit 29).

.        Letter from Colonnade Medical Center (3/21/95) thanking Mr. Stewart for
        contributing free services to their facility (Exhibit 30).

.        Letter from Department of HUD (3/22/95) to Mr. Stewart approving FCHAC as a
        non-profit to participate in programs established by The Department of HUD
        (Exhibit 31).

.        Letter from Broward County (5/3/95) to Mr. Stewart, approving a grant to provide
        housing and other services to individuals with HIV/AIDS (Exhibit 32).

.        Letter from Adopt-A-Family (6/1/95 to Mr. Stewart thanking Mr. Stewart for
        donating a playground area, lighting and fencing to Project SAFE, which was a
        Project for Single Unwed Mothers and their children (Exhibit 33).

.        Letter from The City of North Lauderdale (6/13/95) thanking Mr. Stewart for
        establishing a Neighborhood Center in the Silver Lakes Subdivision (Exhibit 34).
        Additionally, The City of North Lauderdale also presented Mr. Stewart with a

22

Certificate of Appreciation for being the "Property Owner of The Month." A

copy of the Certificate is attached. (Exhibit 35).

. Letter from the Salvation Army (6/16/95) to the Mayor of West Palm Beach

commending Mr. Stewart and FCHAC for establishing "Palm Beach County's

first truly full-service transitional housing program." (Exhibit 36).

. Newspaper article from Sun Sentinel (6/20/95) announcing largest Federal grant

awarded to FCHAC to help with HIV/AIDS program in Palm Beach County

(Exhibit 37).

. Letter from City of West Palm Beach (6/28/95) notifying Mr. Stewart of Grant

award to FCHAC (Exhibit 38).

. Letter from Adopt-A-Family (8/28/95) commending Mr. Stewart for establishing

Project GROW. A newspaper article from the Palm Beach Post is also attached

(Exhibit 39).

The foregoing are typical letters that Mr. Stewart has received over the past twelve years.

More recently, Mr. Stewart has received the following:

. Letter from Broward Outreach Center (11/20/00) thanking Mr. Stewart for his

support and contributions to the homeless fund (Exhibit 40).

. Letter from Lambs Elementary (12/11/00) confirming donation of tickets for

sixty-six low-income children and their sponsors as part of the Tix4Kids Program

(Exhibit 41).

. Letter from Ladson Elementary (12/11/00) thanking Mr. Stewart for providing

free tickets for twenty-five low-income children as part of the Tix4Kids Program (Exhibit 42).

. Letter from Boys & Girls Clubs of Broward (12/15/00) thanking Mr. Stewart for free tickets to the Boys & Girls Club of Broward, and requesting more participation in the Tix4Kids Program (Exhibit 43).

. Letter from Pepperhill Elementary (12/19/00) thanking Mr. Stewart for the Tix4Kids Program (Exhibit 44).

. Letter from Carolina Youth Development Center (2/9/01) thanking Mr. Stewart for donation of uniforms and equipment for the boys and girls soccer teams (Exhibit 45).

. Letter from Charleston County Discipline School (2/22/01) thanking Mr. Stewart for their participation in the Tix4Kids Program (Exhibit 46).

. Letter from Carolina Youth Development Center (3/30/01) thanking Mr. Stewart for his donating uniforms for a youth soccer team (Exhibit 47).

. Letter from Friends of the Friendless (4/16/01) thanking Mr. Stewart for his support for homeless individuals (Exhibit 48).

. Letter from the Charleston County Discipline School (5/7/01) confirming participation in the Tix4Kids Program and thanking Mr. Stewart for donating tickets to disadvantaged children (Exhibit 49).

. Letter from the Charleston County Discipline School (8/15/01) requesting participation in The Tix4Kids Program (Exhibit 50).

. Letter from the Charleston County Discipline School (8/30/01) thanking Mr. Stewart for purchasing thirty tickets to Romeo and Juliet (Exhibit 51).

. Letter from The Good Samaritan Mission (2/12/02) thanking Mr. Stewart for his Contributions and Support (Exhibit 52).

. Letter from Willie Cameron of the Broward County Human Services, thanking Mr. Stewart and KIDS, Inc. for sponsoring the Gold Seal Awards (Exhibit 53).

These charitable activities show Mr. Stewart's true character. It must be noted that Mr. Stewart has never received any direct or indirect compensation, or reimbursement for expenses, for any of the work that he has performed on behalf of any of these organizations. Moreover, these activities commenced long before there was any issue of prosecution of Mr. Stewart, and they have continued even when his finances were in terrible shape and he could have used the time to better provide for his immediate family.

Finally, the items that say the most about Mr. Stewart are the letters, posters, signed soccer jerseys, and the other items of appreciation that Mr. Stewart has received from the hundreds of children who have benefitted by knowing Mr. Stewart as a mentor, coach, teacher, and father figure. Samples of several of these items received by Mr. Stewart over the past twelve years are attached as Exhibit 54; *see also* letters of support attached hereto as Exhibit 55-70.

## V.    CONCLUSION

We respectfully request that this Court reduce the sentence imposed on Mr. Stewart after considering all of the relevant factors contained herein.

Respectfully submitted,

Moscowitz Moscowitz & Magolnick
1111 Brickell Avenue, Suite 2050
Miami, FL 33131
Tel: (305) 379-6700
Fax: (305) 379-4404

By: _____
        Jane W. Moscowitz
        FL Bar No.: 586498

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Emergency Agreed Motion to Postpone Surrender has been served by facsimile this 22nd day of July 2002 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

_____
Jane W. Moscowitz, Esq.

# INDEX TO EXHIBITS

| Exhibit Number: | Description: |
|---|---|
| 1 | Samples of letters, posters, and other materials from children that have benefited from programs operated by Mr. Stewart. |
| 2 | Letter from Adopt-A-Family to Mr. Stewart thanking him for his involvement in Project SAFE, a project started by Mr. Stewart to benefit single, unwed mothers. Also attached is an article that appeared in the Palm Beach Post recognizing the efforts of FCH. |
| 3 | Letter from The Salvation Army to the Mayor of the City of West Palm Beach, praising the efforts of Mr. Stewart and Florida Community Housing(FCH) for establishing The Datura Residence. |
| 4 | Letter from The City of West Palm Beach notifying Mr. Stewart that FCH was awarded a Grant in the amount of $ 364,391 to provide housing and supportive services to individuals inflicted with HIV/AIDS. |
| 5 | Letter from Florida Housing Corporation thanking Mr. Stewart for providing 5 years of Pro Bono services to the Palm Beach Assisted Living Facility . |
| 6 | "Thank You Card" from the Springs Elementary school for the 1991 FCH sponsored field trip to Cape Canaveral, which was attended by Mr. Stewart and 30 children from low-income families. |
| 7 | 1992 FCH sponsored Summer field trip to the University of Miami to meet the players and coaching staff, which was attended by Mr. Stewart and 25 children from low-income families. |
| 8 | Thank You Card for the 1993 FCH sponsored field trip to Disney World, which was attended by Mr. Stewart and 15 children from low-income families. |
| 9 | Thank You Card for the 1994 FCH sponsored field trip to the Seaquarium, which was attended by Mr. Stewart and 45 children from low-income families. |
| 10 | 1995 FCH sponsored Summer field trip (for a Joe Robbie Stadium tour),which was attended by Mr. Stewart and over 100 children from low-income families. |

11      1996 FCH sponsored field trip to a Miami Dolphins football game, which was attended by Mr. Stewart and 40 children from low-income families.

12      Thank You Card from 1 of 6  FCH sponsored field trips (in 1997) to a Florida Marlins baseball game, which were all  attended by Mr. Stewart and over 300 children from low-income families.

13      Poster thanking Mr. Stewart for the 1998 FCH sponsored Summer field trip to the Seaquarium, which was attended by Mr. Stewart and over 50 children from low-income families.

14      1999 FCH Summer field trip to the Calder Race Course which was attended by Mr. Stewart and over 200 children from low income families.

15      Thank you card to Mr. Stewart and KIDS, Inc. for the 2000 KIDS, Inc. field trip  to the circus which was attended by Mr. Stewart and 30 children from low-income families.

16      Thank you card to Mr. Stewart and KIDS, Inc. for the 2001 KIDS, Inc. field trip to Barney Live which was attended by Mr. Stewart and 20 children from low-income families.

17      Sample letters from children, parents, and other organizations, thanking Mr. Stewart and KIDS, Inc. for the Tix4Kids Program.

18      United Way report dated August 28, 1995 citing the accomplishments of Mr. Stewart and FCH. A cover letter from the Housing Development Manager for The City of  West Palm Beach is also attached.

19      Sample letters of appreciation (from low-income individuals) to Mr. Stewart for providing Pro Bono legal services.

20      Letter from the President of CANN (Childrens AIDS Network National) thanking Mr. Stewart for providing Pro Bon services from  1994 through 1996.

21      Letter from the City Manager of North Lauderdale thanking Mr. Stewart for his efforts in fighting crime in the Silver Lakes Village Subdivision. Also attached is a Memorandum from the City Manager acknowledging the efforts of Mr. Stewart and FCH.

22    Letter from Pastor Rudolph thanking Mr. Stewart for providing a home, food and clothing to a single grandmother and her 13 grandchildren, that were left homeless after being evicted.

23    Pictures of the KIDS, Inc. warehouse, where needy children and families currently receive assistance and counseling.

24    Two letters from the Charleston County Discipline School to Mr. Stewart requesting that KIDS, Inc. provide field trips for troubled youth under the Tix4Kids Program.

25    Letter from the Carolina Youth Development Center to Mr. Stewart thanking KIDS, Inc. for providing support to the Summerville YMCA Youth Soccer League.

26    Letter from Carolina Studios to Mr. Stewart thanking Mr. Stewart for providing 2 years of Pro Bono services.

27    Letter from the Housing Development Manager for the City of West Palm Beach commending Mr. Stewart and FCH on the Homeless Program FCH was operating in Palm Beach County.

28    Letter from the White House expresing admiration for Mr. Stewart's "efforts ...in initiating the Childrens AIDS Network Project".

29    Certificate recognizing Mr. Stewart as a Member of the Florida AIDS Council.

30    Letter to Mr. Stewart thanking FCH for providing Pro Bono services to the clients of Colonnade Medical Center.

31    Letter to Mr. Stewart from the Department of HUD approving FCH as a participant in HUD Programs to provide housing and support services to low-income families.

32    Letter to Mr. Stewart from Broward County awarding FCH a Grant in the amount of $492,880 to provide housing and support services to individuals that have HIV/AIDS.

33    Letter to Mr. Stewart from Adopt-A-Family thanking FCH for donating a playground area, lighting, and fencing for the children in Project SAFE, a project for single, unwed mothers.

34        Letter from the City Manager of the City of North Lauderdale thanking
          Mr. Stewart and FCH for fighting crime over a 3 year period in the
          Silver Lakes Subdivision.

35        Certificate from The City of North Lauderdale thanking Mr. Stewart
          and FCH for establishing a Neighborhood Community Affairs Center in
          the Silver Lakes Subdivision.

36        Letter to the Mayor of West Palm Beach from the Salvation Army,
          commending Mr. Stewart for "... establishing Palm Beach County's first
          truly full-service transitional housing program."

37        Sun-Sentinel newspaper article from June 20,1995, reporting that FCH
          received the highest award of grant money for providing services to
          individuals with HIV/AIDS in Palm Beach County.

38        Letter from the City of West Palm Beach to Mr. Stewart notifying FCH
          of a Grant award to provide housing and support services to individuals
          with HIV/AIDS.

39        Letter from Adopt-A-Family to Mr. Stewart and Newspaper article from
          the Palm Beach Post commending Mr. Stewart for his efforts in
          establishing Project GROW, a Program that benefits low-income families
          in Palm Beach County.

40        Letter from Broward Outreach Center thanking Mr. Stewart for his
          support and contributions to the homeless fund.

41        Letter from Lambs Elementary to Mr. Stewart confirming that KIDS,
          Inc. would be donating 66 tickets to low-income children as part of the
          Tix4Kids Program.

42        Letter from the Principal of Ladson Elementary confirming that KIDS,
          Inc. would be providing free tickets to 175 low-income children as part of
          the Tix4Kids Program.

43        Letter from the Boys & Girls Club of Broward requesting more tickets
          from KIDS, Inc., under the Tix4Kids Program.

44        Letter from Pepperhill Elementary thanking Mr. Stewart and KIDS,
          Inc. for participation in the Tix4Kids Program.

45        Letter from the Carolina Youth Development Center thanking Mr.
          Stewart and KIDS, Inc. for donating uniforms and equipment for the
          boys and girls soccer teams.

46        Letter from Charleston County Discipline School thanking Mr. Stewart
          and KIDS, Inc. for the Tix4Kids Program.

47        Letter from Carolina Youth Development Center thanking Mr. Stewart
          and KIDS, Inc. for donating uniforms.

48        Letter from Friends of the Friendless thanking Mr. Stewart for his
          support of the homeless.

49        Letter from the Charleston County Discipline School to Mr. Stewart
          confirming participation in the Tix4Kids Program, and thanking Mr.
          Stewart for donating tickets.

50        Letter from the Charleston County Discipline School requesting tickets
          under the Tix4Kids Program.

51        Letter from the Charleston County Discipline School thanking Mr.
          Stewart for purchasing 30 tickets for Romeo and Juliet.

52        Letter from the Good Samaritan Mission thanking Mr. Stewart for his
          contributions  and support.

53        Letter from Willie Cameron from the Broward County Human Services
          Department, thanking Mr. Stewart and KIDS, Inc. for sponsoring the
          Gold Seals Awards.

54        Letters, posters, signed uniforms and other items of appreciation,
          received by Mr. Stewart from children that have participated in the
          Tix4Kids Program, and other Programs operated by Mr. Stewart.

55        Letter of Support from Denise Stewart, the wife of  Mr. Stewart.

56        Letter of Support from Brian Stewart, the son of  Mr. Stewart.

57        Letter of Support from Cristina Zitnick, the ex-wife of Mr. Stewart.

58        Letter of Support from Maureen Staley, a sister of Mr. Stewart.

59        Letter of Support from Janet Bridges, a sister of Mr. Stewart.

60          Letter of Support from Mark Stewart, a brother of Mr. Stewart.

61          Letter of Support from Craig Stewart, a brother of Mr. Stewart.

62          Letter of Support from David McClure, a personal friend of Mr. Stewart.

63          Letter of Support from Jacqueline Territo, an employee of Broward
            Children's Center, a non-profit organization that Mr. Stewart has
            provided assistance to over the past 7 years.

64          Letter of Support from Elizabeth Cichy, the mother-in-law of Mr.
            Stewart.

65          Letter of Support from Lane Cyphers, a Board Member of KIDS, Inc.

66          Letter of Support from Pat Brown, an ex-employee  and volunteer for
            Mr. Stewart.

67          Letter of Support from Kathy Beckinsale, an ex-employee and volunteer
            for Mr. Stewart.

68          Letter of Support from Nerissa Spannos, the head of a non-profit
            organization that Mr. Stewart trained and mentored.

69          Letter of Support from Joe Glucksman, a former employee of Mr.
            Stewart, that was trained to take over and is now running the Palm
            Beach County Assisted Living Facility.

70          Letter of Support from Mike McInerney, a  Broward County resident
            that  Mr. Stewart and KIDS, Inc. is assisting (and has assisted his
            family over the past 6 years), due to his life threatening illness.

Dear Mr. Steward,

Thank you for the
uniforms. We Did not
have Anything
UNTIL you gave
TO US. The shinguards,
nice, they are welcome.

Jamand                Eric

10/Keith

Bobby
KARON            Jessie

10/91

Dear Mr. Stewart

I went to the Dolphin game on
[illegible]
[illegible]
[illegible]

Thank you

Felicida





Coach Stu

Thank you for coaching the Tigers. I wasn't the best player on my team and you made me feel that I could play better. I hope you have time to coach again next year.

Pamela


9/6/91

7/1/93

Dear Mr. Stewart,

I finally did it! I was able to graduate with my class. I just know that I can do anything now. I would like to thank you for your help. You are the best tutor and friend. My aunt wants me to go to BCC. I hope I can call you ~~next~~ next year with any questions.

Damien Lewis







Mr. Stewart thank you for the bike for my sister

Tanya

12/94







# In Appreciation To Our Sponsor

## DENNIS STEWART

# PASADENA LAKES OPTIMIST
# Baseball 1997



The 1998 Cactus Optimist

Recognizes

Florida  Community  Housing
&
Mr. Dennis  Stewart

For  Their  Continued Support





Mr. Stewart / KIDS, INC.

THANK YOU FOR THE TICKETS TO THE AQUARIUM. WE HAD SOOOO MUCH FUN.

Shamina                    Perry

Dorsey                     Potramina

Frederica                  Tyrone

Terrance                   Warymont

Carlanora                  Amberina

S290



4/2003







12/2001



To: KIDS Inc.
Blue's Clues WAS
a Blast. We all enjoyed
the show. Thank you!!
Camile, Yawanda
& TJ



2/200?



# ADOPT-A-FAMILY
### *of the Palm Beaches, Inc.*

June 1, 1995

Mr. Dennis Stewart
Florida Community Housing Assistance Corporation
632 South State Road 7
Margate, FL  33068-1794

Dear Dennis:

I want to take this opportunity to update you on the Villas of Riviera.  Currently Project SAFE occupies 14 units for clients and 2 additional for programming.  I want to thank you and the Florida Community Housing for your prompt response to my request for a fenced in play area, fencing the canal, additional outdoor lighting and the levelor blinds for all the units.  The re-hab you've done to the individual units has created a very positive environment for the Project SAFE clients.

It is my hope that through our combined efforts we can build a strong community at the Villas of Riviera.  I look forward to our combined cooperative efforts on this project.

Sincerely,

*Terry L. Bozarth*

Terry L. Bozarth
Executive Director

TLB/dl





2330 S. Congress Ave., Suite 1 - C • West Palm Beach, FL 33406 • 407-434-4960 • 800-585-8276

4D    THE PALM BEACH POST · THURSDAY, AUGUST 24, 1995    N    NC    C    W

# Young Riviera residents plant seeds of renewal

By AVA VAN de WATER
Palm Beach Post Staff Writer

RIVIERA BEACH — Ronnie Bailey reached down, and picked up an empty juice-box nestled between his pineapple plants.

"I pick up trash to make my house look nicer," he said, tossing the carton into a trash can.

In Rondale, 10, takes pride in being "raised" that neighbors transform their square block of duplexes in Martin Luther King Boulevard and the Villas of Riviera Beach.

Most of the duplexes have been bought by Florida Communities Assistance Corp., and for everyone just a few months ago. Outside, little grew besides weeds and broken-down focus pieces lining some of the buildings.

But that has changed, thanks to the help of Romale and about 10 children of Adopt-a-Family's Project Grow program, they have repaired or replaced broken bricks, removed broken glass and planted flowers, palm trees and bushes, giving the development a more homey feel. Although most of the begonias and impatiens have wilted in the intense heat, hibiscus and other kinds of shrubbery are surviving. And junk that was once in raised beds and around courtyards. Most of the scraggly azalea hedges have been replaced with flowering hibiscus or colorful ti plants bordering the buildings.

Children who live in the Villas of Riviera Beach plant flowers and shrubs in a courtyard of the community of duplexes. The kids did the landscaping as part of Adopt-a-Family's Project Grow.

"There's a certain theater to garden," said Jeannie Fernsworth, a horticulturist who heads Project Grow. "If it doesn't look like a safe place, then it's probably not a safe place. If it looks like people have barbecues and play there, then it becomes a nice place."

Project Grow, a 3-year-old horticulture program partly financed by the Children's Service Council, helps children ages 13 to 17 earn money to supplement their family income and learn skills that could pay off in future careers. It also targets children from low-income families or those who have been convicted of a minor offense. It takes about six months to complete the program.

Kids from the former group earn $50 for each 12 hours they work to help complete the family's income. Kids who are there by court order must work for no pay until they have completed their requirements for community service. After that, any money they earn is first given to victims of their crimes. Only after restitution has been completed do they make money for themselves. The program was the idea of Adopt-a-Family board member Bart Moore, a botanist in Palm Beach.

Project Grow's program is divided into six pay periods or modules. The kids learn about landscape design and installation, plant identification, nursery product marketing, nursery product development and maintenance, landscape maintenance, and other job skills, including how to write a resume and find a job.

"Horticulture is the No. 1 industry in Palm Beach County, so we felt it was a natural," said Fernsworth.

Among those enthused about gardening is Jason Bailey, a Villas of Riviera Beach resident and Project Grow participant. Jason, 15, recently wrote to the Nike Corp. for money via its "Do Something" grant to get Project Grow participants the proper tools.

"When I moved into my housing complex . . . there was broken glass, trash and drug activity around my yard," he wrote. "There weren't any flowers, hedges to screen off the road or trees for shade from the hot Flori-da sun. Children were walking barefoot over broken glass and they were running after balls in the street. When it was time to clean up, there weren't enough tools for everyone to use."

While Project Grow is dependent on donated plants, Fernsworth tries to tie the complex together with a ribbon of plants, such as its *Phoenix roebelenii* (pygmy date palm) and ti plants.

But there also are individual touches. Some planters are filled with flowers; others are planted with pumpkin and watermelon seeds.

"When the van pulls up, people just pop out of their houses asking 'What do you have this week? They love to do this," Fernsworth said.

"They're upgrading their circumstances by their own work," she added. "It's very rewarding."

Adopt-a-Family's Project Grow goes beyond the Villas of Riviera Beach. Although that is the largest residential project, it has landscaped, it also works with individual "Adopt-a-Family" homes and provides free labor to nonprofit companies such as the South Florida Science Museum, community playgrounds and A.G. Holley Hospital.

Project Grow needs donations of money, and garden-related items such as plants and tools (especially child-size tools). For information, call 434-6680, Ext. 21.



# The Salvation Army

**FOUNDED IN 1865 BY WILLIAM BOOTH**

2100 PALM BEACH LAKES BOULEVARD

PHONE 686-3530    P.O. BOX 789    FAX 686-7888

WEST PALM BEACH, FLORIDA

33402

PAUL A. RADER
GENERAL

KENNETH HOOD
TERRITORIAL COMMANDER

LT COLONEL PHILIP SWYERS
DIVISIONAL COMMANDER

MAJOR OMER McKINNEY
AREA COMMANDER

June 16, 1995

Mayor Nancy Graham &
City Commission
City of West Palm Beach
200 2nd Street
West Palm Beach, FL  33402

Re:  Florida Community Housing Assistance Corp.

Dear Mayor Graham and Members of the City Commission:

The Salvation Army is pleased to provide this supportive
statement regarding Florida Community Housing Assistance Corp.
and their ability to deliver needed service to the residents of
West Palm Beach And Palm Beach County.

The Salvation Army has been working closely with FCHAC on several
initiatives designed to provide housing opportunities and related
services to very low and low income households.  In particular,
FCHAC is accomplishing a long-standing dream of the Salvation
Army at the Datura Residence by establishing Palm Beach County's
first truly full-service transitional housing program.
Individuals who participate in this program will have a superior
level of service provided to help them move successfully from
dependency to independence.

The Salvation Army fully supports Florida Community Housing
Assistance corp. in its endeavors in Palm Beach County and urges
the City of West Palm Beach to support the independent review
committee's recommendations for HOPWA funds.

Sincerely,

Major Omer McKinney
Area Commander

cc:  Dennis Stewart
     Faye Outlaw-Kirk



*The*
*City*
*of*
*West Palm Beach*

"*The Orchid City*"

HOUSING AND COMMUNITY DEVELOPMENT DEPARTMENT
P. O. Box 3366
West Palm Beach, Florida 33402
Tel: 407/659-8032
**Housing Development**

June 28, 1995

Dennis Stewart, President
Florida Community Housing Assistance Corp.
534 Datura Street
West Palm Beach, FL 33401

RE:    <u>Housing Opportunities for Persons with AIDS (HOPWA) FY 95-96 Allocations</u>

Dear Mr. Stewart:

At its June 19, 1995 meeting, the City Commission voted unanimously to approve $364,391 of the $680,544 in FY 1995-96 HOPWA funding recommended for the Florida Community Assistance Housing Corporation. Additionally, Housing and Community Development (HCD) staff was directed to review the remaining amount of $316,153, recommended for rental assistance activity, for possible reallocation to another agency. The approved amount must be expended in the following activity categories:

| Activity Category | Amount |
|---|---|
| Operating Lease | $321,253 |
| Support Services with Housing | $ 43,138 |
| Total | $364,391 |

The agency is allowed to use seven percent (7%) of its allocation for administrative expenses per HOPWA regulations. Please submit a revised scope of services and budget, based on the approved allocation of $364,391, to HCD by July 15, 1995.

Recommendations for the abovementioned reallocation will be submitted to the Commission for final approval on July 17, 1995. Thereafter, we will inform you of the Commission's decision and if any changes are needed to the budget you are now being asked to submit.

If there are any questions, please feel free to call me at (407) 659-8032.

Sincerely,

Chris Plummer
Housing Development Manager

CP/pyb

cc:    Faye Outlaw-Kirk, Director
       CD Specialist II (HOPWA)


FLHsg95-96

# Florida Housing Corporation
d.b.a. Palm Beach Assisted Living Facility
534 Datura Street
West Palm Beach, Florida 33401

May 10, 2000

Dennis Stewart, Esq.
Stewart & Associates, P.A.
P.O. Box 100099
Fort Lauderdale, FL 33310-0099

Re:    Letter of Appreciation

Dear Mr. Stewart:

I am writing on behalf of the residents of Palm Beach Assisted Living Facility in gratitude of the *pro bono* legal services that you have been providing for the past two years.

As you know, Palm Beach Assisted Living Facility provides housing and supportive services to economically disadvantaged populations with special disabilities that include indigent seniors, the frail elderly, the homeless, victims of domestic violence, and those suffering from HIV/AIDS. These individuals are in need of assistance in the activities of daily living and because of their disabilities often require legal advice and advocacy. Your unselfish service over the past 24 months has provided sound legal assistance to individuals who would normally not be able to afford nor access such professional guidance. The residents that you routinely meet with continually express their appreciation to you.

We look forward to your regular visits and will continue to schedule individuals in need of your assistance on a 10 to 15 hours per month basis.

On behalf of Palm Beach Assisted Living Facility, and the residents we serve, a heartfelt *Thank You* for your generous contribution of your pro bono legal services.

Sincerely,

Joseph Glucksman
President

*Providing Housing & Supportive Services To Those In Need*



Thank You

FLORIDA COMMUNITY

SPRINGS ELEMENTARY

**1991**



The Rocket house



The Shuttle



The Launch Pad



The Bus

# UNIVERSITY
## OF
# MIAMI
### 1992



## Summer Baseball Program

### Sponsored By:
### Stewart & Associates



OUR   DISNEY   TRIP





Dear Mr Prwart

Thanke You for the fun filled days.
This trip ment somuch to me
becuse I had hard Times
and I get a Brake to have
fun.

Tara Adams

Dear Mr. Stewart:

Thank you. Again.
I got 2 go on the bus.
I had Fun. The man
let me drive.

Darrion

# My Field Trip



# TO THE SEAQUARIUM

## "1999"

# My Field Trip









My Field Trip

Fish jump

Thank you Jason

# My Field Trip



than you barcuda bited

Parnel

# 1995  FCHAC  JOE  ROBBIE  STADIUM  TOUR





# FCHAC MIAMI DOLPHINS GAME









FCHAC Field Trip



# FCHAC FIELD TRIP AT CALDER









with my two daughters. I want to thank K ... , ....

... have not had this much fun in years. We were able to go backstage with the clowns before the show started and meet the clowns. My ....... daughter

.... at school after watching the performers. She

Thank you so much for ...........

Dear Mr. Stewart,

Thank you for the tickets to the Barney Live Show. My daughter really enjoyed themselves. I'm enclosing a few pictures. Thank you again.

Bonnie Carter,
Ashley & Lynne



8/2001





Mister Stewart:

I took my son to the Panther game. He had the best time. Anton wanted you to have this picture of "Toro" that he took at the game. Thank you for the tickets. I hope to see you in the future.

*[signature]*



April 16/97

Mr Stewart:                         November 12, 1998

On behalf of the 16 children that went to the Youth
Fair yesterday, I would like to thank you for
providing the admission tickets and the lunch
vouchers.

The children in our Program have never been
treated so warmly by the staff at the fair. Thank you
for arranging for the clown to escort our group

I hope we can do more to take advantage of your
generosity.

                              Sincerely,

                              Cynthia Brown



Mr. Stewart

Thank you for the
tickets to Charleston Live.
My children enjoyed the
show. It was real nice
to make them happy before
Christmas. I am sending
you the paper they gave out.
Merry Christmas and Happy
New Year.

Connie Wilkmann



**BROWARD COUNTY FLORIDA**

HUMAN SERVICES DEPARTMENT - Children's Services  Administration Division
Child Care Licensing & Enforcement
2995 North Dixie Highway • Fort Lauderdale, Florida 33334 • 954/537-2800 • FAX 954/537-2922

May 29, 2002

Denise Steward
Kids, Inc.
Nine Preston Avenue
N Charleston, South Carolina 29418

Dear Mr. Steward:

This year, Broward County Child Care Licensing and Enforcement Section, was excited to be able to join in with Kids, Inc., and Florida Atlantic University's F.I.C.E.T. Program for the 9th annual presentation of our Gold Seal Awards of Excellence.  The recipients included two-hundred forty-four (244) of Broward County child care providers, as well as, numerous other child care professionals.

The efforts of yourself on behalf of Kids, Inc., and Mr. T.L. Thomas of FAU was invaluable in making this presentation a success by providing our Section with funds for food, decorations, set-up materials, and a room.  Your contribution to this important event was very evident with the recipients and guest that enjoyed the presentation with family, friends, and co-workers.

I have enclosed several photos that represent some of the activities of the Gold Seal Awards of Excellence Presentation as a token of our thanks for your support and commitment.  Again, thank you for the funding that assisted Broward County Child Care Licensing and Enforcement Section's efforts to recognize those striving for excellence in child care.

Sincerely,

Willie J. Cameron,
Special Projects Coordinator III
Child Care Licensing and Enforcement

wjc/fw
Enclosures

**Broward County Board of County Commissioners**
Iosephus Eggelletion, Jr. • Ben Graber • Sue Gunzburger • Kristin D. Jacobs • Ilene Lieberman • Lori Nance Parrish • John E. Rodstrom, Jr. • James A. Scott • Diana Wasserman-Rubin
www.broward.org/children

# KINDER-KARE
## 445 SOUTHWEST 2 STREET
## POMPANO BEACH, FL. 33060
## (954) 946-3003

Mr. Dennis Stewart                                                    May 14, 1994
PO box 100099
Ft. Lauderdale , Florida 33310

Dear  Mr. Stewart:

Thank  you for your providing the free tickets to the Circus.  As I am sure you are aware, the children in our program would never have been able to afford the tickets without your support. I will be attending the circus with 3 other parents.

I spoke with Diane in your office and she told me that we should get the tickets next week. I would be more than happy to pick them up from your office when they are ready.

Sincerely Yours,

Liz Jones

LJ/cf

**North Campus**
25 SE 20th Avenue
Pompano Beach, FL 33060
Tel: 954-946-7503 / 7505
Fax: 954-943-5950



**A PLACE TO GROW**
(A non profit organization)

**South Campus**
2250 SW 31st Avenue
Ft. Lauderdale, FL 33312
Tel: 954-587-0891 / 7894
Fax: 954-583-7886

November 6, 1996

Mr. Dennis Stewart, President
Florida Community Housing
2979 N.W 56th Avenue
Lauderhill, FL.  33313

Dear Mr. Stewart:

On behalf of the children and young adult residents of Broward Children's Center, I would like to thank you for the Halloween gift bags that you provided.  You cannot imagine the smiles that covered the children's faces from ear to ear.  The cookies were also delicious.

Your generosity is much appreciated.

Sincerely,

Jacqueline Territo
Preschool Director

*Thank you ever so much*

*Thank you Dennis for all your kindness and generosity you have given so much joy in our home no words could ever come close to the thanks and happiness that you have created in our lives. As a family we are so joyous thinking of the first day you and your boys came into our home to meet JoAnn. Dennis, you made it possable for JoAnn to have a nice Birthday and thank you for your kindness in giveing to my daugther the smiles of happyness she had when she recived all the gift's you gave to her..We just didn't have the means to do much for JoAnn and you changed all that. JoAnn had a great Birthday and a great Chistmas!!.I want to thank you from all of us for your kindness.*

*We were so excited when you called and said you had 3 tickets to the first Panther hockey game we have ever been to, and the way you gave us each a Florida Panthers jersey and a hat for JoAnn that was so exciteing to JoAnn and all of us that we were able to get out to have some "real" fun together as a family and we all felt and looked the part of regular fans..The seating was fantastic we had seats looking right at the front side of the goal net. We could see all the action on the ice. We were so excited to hear you call us with playoff tickets we never thought we would see a playoff game. Robin and JoAnn were in amazement with the club house seating section. Everything was so nice there they never knew things could be so nice and plush in the arena all the lighting and seeing the cooks prepairing food and the whole eviance of the section. We had a"blast" at the game even though we lost, It was a great game. Dennis we just don't know how to say thanks... so thank you so very much.*

*We were so excited when you mentioned you would paint the house and do what ever repairs necessary. The house"looks beautiful" now my wife is like a little girl so happy and excited the place looks GREAT.. Robin my wife was ashamed when people would come to The house it looked so bad before being repaired and paintered. The painters were so thorough to detail and did such a great job.*

*Dave stoped by and intoduced us to the painters that would be doing the work, Dave would check up regularly on the progress of the painters. Dave is a real nice guy and so friendly I'm sure that Dave is a great asset to you..We are just not used to meeting a person so kind and so generous and with such a kind heart.*

*We are so thankfull that Jesus has brought you into our lives.*

*God bless you and your family*

*Thanks from Mike Robin and JoAnn*

*The McInerney family*

3/98



**North Campus**
25 SE 20th Avenue
Pompano Beach, FL 33060
Tel: 954-946-7503 / 7505
Fax: 954-943-5950

**A PLACE TO GROW**
(A non profit organization)

**South Campus**
2250 SW 31st Avenue
Ft. Lauderdale, FL 33312
Tel: 954-587-0891 / 7894
Fax: 954-583-7886

January 11, 1998

Mr. Dennis Stewart, Esq.
P.O. Box 100099
Fort Lauderdale, FL. 33310

Dear Mr. Stewart:

Happy New Year!!!

On behalf of the children and young adult residents of Broward Children's Center, I would like to thank you for your generous holiday gifts of developmental toys. All of the toys were distributed to very needy children of our programs and their siblings. You have brought so much joy to the hearts of these children.

Once again, your generosity is much appreciated.

Sincerely,

*Jacqueline Territo*

Jacqueline Territo
Preschool Director

*January 12, 1999*

Hello Mr. Stewart,

    *I don't know how to even thank you for your donation of the tickets for the children at Covenant House. The children that attended the show were so excited that they want to perform a play this summer. I expect that our hands will be full with all of the "talent" that we now have discovered.*

    *As always, any future help for the children will be gratefully appreciated. We'll keep praying for you and thanking God for your help.*

                    **In God's Love**

                    *Sister Mary Rose*

                    **Covenant House**



**A PLACE TO GROW**

(A non profit organization)

**North Campus**
25 SE 20th Avenue
Pompano Beach, FL 33060
Tel: 954-946-7503 / 7505
Fax: 954-943-5950

**South Campus**
2250 SW 31st Avenue
Ft. Lauderdale, FL 33312
Tel: 954-587-0891 / 7894
Fax: 954-583-7886

January 12, 2000

Mr. Dennis Stewart, Esq.
P.O. Box 100099
Fort Lauderdale, FL. 33310

Dear Mr. Stewart:

On behalf of the children of Broward Children's Center, I would like to thank you for all of the holiday gifts that you provided. I am enclosing several pictures of the children as they opened their gifts with Santa. The food was delicious as well.

Once again, thank you for continued support and kindness.

Sincerely,

Jacqueline Territo
Preschool Director

*"All Children Can Learn"*

Dear Mr. Stewart,

Thank you for paying our admission to Fort Sumter. It was a nice trip and it's nice to know that caring people are still in this world. Your donation is greatly appreciated. I hope you have a nice life, and a good career.

Thanks,

David Jordan

(DAVID JORDAN)

2/2001

2/2001

Dear Mr. Stewert

Thank You for allowing Charleston County Disapline school to come to the I Max theater, I really enjoyed it, the pop corn was good and the soda was tasty I loved the little show that they showed us, thank you for paying our way, It was really intrasting. Did you watch it? If you didn't you need to It was great. I loved looking and listening To the beautiful animals. We were studying Africa in our social studies class. I learned alot about Africa, we did many thing on Africa, I love Mrs. Harllasors class because It's very interesting. the I max theater is very big, the screan too, the seats was comfortable, I could sleep in the all day + night, well agin thanks so much. ☺



Sincerely
Porsha Wilkins.

Dear,
 John Stewart

   My name is Eric Wigfall. I
am writing you to tell you thank
you for the tickets. We had a great
 boat ride and I learned alot about
Fort Sumter. I hope one day I
can repay you. If I ever need a
Lawyer I will look you up.

        Wigfall, Eric

9/2001

March 20, 2001

Dear Ms. Steward,

We the children in Ms. Henderson's class would like to thankyou for paying our way in the IMAX THEATER and allowing us to watch Africa and our pop corn & drinks. We appreciate what you have done for us. We really do!!

Thankyou
Ciara Simmons

May 8, 2001

Dear, Mr. Bennett
    thank you    giving us the opportunity
to an open at the Blue theatre we had
a good time.

                                Joseph
                                Bennett

May 8, 2001

Dear, Mr. Stewart

I just want to thank you for giving us those
tickets to go see the movie Africa. The
movie was very interesting and I really
liked it. But any way I just wrote
you this letter to thank you.

Sincerly,

Rod Pinckney

Dear Mr. Stewart,

Thank you for that free trip to the theater. It was awesome. I look forward to coming to your big & beautiful theater again. The movie was very interesting. I had always wanted to know how the theater looked. Now I know. The best thing I liked about it was the 5 story screen. Now that was awesome. In our class we are studying about Africa. Well Thanks alot.

Sincerly,
Courtney Stokes

5/2001



HOUSING AND COMMUNITY DEVELOPMENT DEPARTMENT
P. O. Box 3366
West Palm Beach, Florida 33402
Tel: 407/659-8032
**Housing Development**

**The City of West Palm Beach**
*The Orchid City*

## MEMO

**TO: Dennis Stewart**

**FROM: Chris Plummer, Housing Development Manager**

**RE: United Way Affordable Housing Report**

**DATE October 11, 1995**

**Your company and your accomplishments in Palm Beach County are referenced in the attached Report. See pages 6, 10, 11, 12, and 15.**

**Keep up the good work .**

United Way Affordable Housing – Phase 2 Assessment

FINAL REPORT

Prepared for the United Way of Palm Beach County
Affordable Housing Subcommittee
August 28, 1995

Robyne S. Turner, Ph.D.
Florida Atlantic University
Boca Raton, Florida

United Way Affordable Housing Report – Phase 2 Assessment

## EXECUTIVE SUMMARY

Communities are an integral part of the quality of life in Palm Beach county. Many of our communities are struggling to maintain their safety, services, and improve their conditions. An important element of achieving the goal of strong communities is the delivery and maintenance of affordable housing. Affordable housing includes many different types of units. The primary focus of attention, however, is new single family houses. Other types of affordable housing includes new multi-family rental projects, rehabilitation of single family and multi-family units, special needs housing for the elderly and AIDS patients, homeless short-term housing, and transitional housing. The impact of affordable housing is affected by the scope of the population in need and the location of the housing.

Many agencies of local government, social service agencies, non-profits, community groups, and private sector participants are involved not only in the construction, rehabilitation, financing, selling, and maintenance of affordable housing, but also a neighborhood environment that supports residents. A comprehensive outlook is essential in order to meet the new federal HUD expectations for community cooperation, as well as to successfully invest housing resources. Developers of affordable housing need enthusiastic support for their contribution to better communities. ·

Two points serve to focus the issue of affordable housing. The first is that neighborhoods need good housing in order to prosper and the second is that the process to deliver affordable housing needs to be made more attractive.

## Available Resources for Affordable Housing: New Construction and Rehab

The largest source of publicly administered funds are provided by the Housing and Community Development (HCD) department of the Palm Beach county government. They have funding for not only their own programs, but act as a pass-through for funding to city governments in the county that do not have entitlement status. The city of West Palm Beach is also a primary source of public sector funding. The Community Financing Consortium, Inc. (Consortium) is a member organization made up of private lending institutions and is the largest, single source of private funds for construction and mortgage financing. The Local Initiatives Support Corporation (LISC) Advisory Board administers a local loan and grant pool for non-profit, community-based developers that can be used for soft costs in the construction and rehab of affordable housing. LISC also provides operating funds for the Neighborhood Development Initiative (NDI), a cooperative of six Community Development Corporations (CDCs).

The lending community in Palm Beach county is acutely aware of the need for their participation in providing affordable housing. Banks and other lending institutions have created the Consortium, contribute to the LISC loan pool, and individually commit to provide mortgage and construction financing for non-profit developers (CDCs), as well as for-profit developers, for their housing projects.

There are a variety of private construction companies and professional non-profits that build and rehab affordable housing in all geographic areas of Palm Beach county. There is frustration over access to government funds for subsidies and the time it takes to bring a buyer through the process to construction authorization. Some developer/builders have said they can no longer afford to build affordable housing because the process is too slow and buyers cannot always be brought through the process successfully. A decrease in competition will only increase the cost of affordable housing.

The complicated nature of local housing funding sometimes leads to frustration. While non-profits are gaining expertise in completing subsidy packaging, county and city governments are trying to keep up with the increasing demand for funds and the inevitable increase in the number of applications that are presented to their offices.

UWAH Report/Exec. Summary

These growing pains are a good sign that affordable housing development is increasing in Palm Beach county. However, the growing pains make it hard for all involved to get through the process and bring new and rehabilitated housing units to completion.

## CHDOs, CDCs, and other Non-profits

Part of the funding strategy must be to produce a significant number of units in a timely fashion. But part of the funding strategy must also be to disperse construction into higher-risk areas and help non-traditional buyers in areas that have been financially neglected for years. That process takes time and should be allotted.

There is a gap between the presence and certification of community-based non-profit housing development groups. Some non-profits have professional staff and have much higher capacity to produce units (NOAH, TED Center, The Partnership). Some of the CDCs in NDI are reaching a critical stage where their production cycle is starting to be self-perpetuating. Others need to generate more capacity to get to that stage. Other non-profits are not yet developers, but may be able to develop those skills in the future.

There should be a place for all types of organizations in the provision of affordable housing. It is important for any community-based affordable housing development to have a strong neighborhood component. Support from the neighborhood will provide a stable basis for new housing and provide a future catalyst for more development that will help the existing residents of the area.

## Specific Issues of Concern and Possibility

Specific recommendations are outlined in the full report in detail. Four areas of concern are summarized here.
-- The process of delivering affordable housing needs to be streamlined in order to attract more private sector providers and build capacity for community-based non-profits.

-- Expand the existing efforts to build capacity in non-profit organizations that are community-based developers of affordable housing, as they are the integral link to neighborhoods and residents who will benefit.

-- Maintain a focus of neighborhood in order to link construction and maintenance to the larger goals of stability and quality of life for low-income areas.

-- Continue and encourage more innovation and flexibility in the delivery of affordable housing in all phases including government allocations, lending processes and decision making, construction and regulatory processes, procurement, and service delivery.

### A Collaborative for Affordable Housing

A cooperative-based collaborative may be a workable strategy to hash out differences, strategize for acceptable alternatives, and provide an outlet for communication. Competition should not be discouraged, because competition produces innovation and success. But competition should be open and there should be a forum to improve competitiveness. An Affordable Housing Collaborative can serve that purpose.

UWAH Report/Exec. Summary

There are many reasons to proceed with an affordable housing collaborative that has a goal to create a cooperative environment for reaching the many expectations of those involved in this important area of development. A collaborative should be considered a complement to the existing leadership, authority, and organizations advocating affordable housing. Because a collaborative is not a funding agency, it serves as a neutral forum for discussion.

**Concrete Collaborative Issues**

A very important issue for the collaborative to consider as it organizes, is what are the definitive goals of the group and what is its time frame to achieve those goals? In designing and building a collaborative it is important to determine not only who should be involved, but what they are expected to bring to the process?

Consideration should be given to what goals the collaborative wants to achieve through its cooperative, facilitative approach to affordable housing issues. One interviewee suggested that a synergy is needed to create a product that is greater than the sum of its parts. How would the collaborative know when it reached such a state? What elements would be necessary to reach such a goal? What skills, resources, and experiences are necessary to achieve this? A summit to address these types of issue will be beneficial.

United Way Affordable Housing – Phase 2 Assessment

## FINAL REPORT

Many agencies of local government, social service agencies, non-profits, community groups, and private sector participants are involved not only in the construction, rehabilitation, financing, selling, and maintenance of affordable housing, but a neighborhood environment that supports residents. This comprehensive outlook is essential to the preservation and successful investment of housing resources. Developers of affordable housing need enthusiastic support for the contribution they are making to better communities. Federal HUD is dramatically emphasizing this need for comprehensive partnerships in all phases of community housing. First applied to the issue of homelessness, HUD introduced and is now extending the application of the concept of "continuum of care." This consists of a "community-based process, including regular meetings" to develop a "community strategy" for housing. This is intended to "increase the level of coordination among non-profit organizations, government agencies, housing developers, foundations, neighborhood organizations..." to plan for housing program delivery (February 1995 correspondence from federal HUD, Community Planning and Development). Given this charge by HUD, this assessment of capacity is timely and warranted.

Communities are an integral part of the quality of life in Palm Beach county. Many of our communities are struggling to maintain their safety, services, and improve their conditions. An important element of achieving the goal of strong communities is the delivery and maintenance of affordable housing. Affordable housing includes many different types of units. The primary focus of attention, however, is new single-family houses. Other types of affordable housing includes new multi-family rental projects, rehabilitation of single-family and multi-family units, special-needs housing for the elderly and AIDS patients, homeless short-term housing, and transitional housing. The impact of affordable housing is affected by the scope of the population in need and the location of the housing.

### Community Context and Identifiable Needs

Two public documents significantly substantiate the need for affordable housing in Palm Beach County; the 1991-96 CHAS and the June 1994 Affordable Housing Study (Thompson Consulting, Inc.). These documents describe in detail the profile of people in need of housing, the supply and condition of housing, and the location and availability of that housing in comparison to the demand. In addition, these documents outline the needs of the homeless, special needs groups, and at-risk persons--all who need affordable housing.

1

The CHAS tables have limited information on the needs of very specific populations and were not able to fully take advantage of 1990 Census data. The 1994 Affordable Housing Study is more detailed and its contents will be used to outline the context and needs of the community. The Study (@ table 1.14) shows that the highest incidences of poverty occur in six areas: the Belle Glade area, South Bay, Boynton Beach, Riviera Beach, Lake Worth, and central West Palm Beach. Other studies of Palm Beach county also document significant levels of poverty and housing needs in neighborhoods along the I-95 Corridor (I-95 Assembly Final Report, FAU, 1994). Six community development corporations (CDCs) that target areas along I-95 in west Jupiter (Limestone Creek), Riviera Beach, Boynton, central West Palm, Delray, and Lake Worth also document the existence of affordable housing needs (reports 1991-92, Palm Beach County Development Team). Finally a study in 1990-91 outlined the significant urban development needs in the I-95 Corridor (Belt of Blight, FAU/The Housing Partnership/MacArthur Foundation).

The cumulative evidence indicates significant need exists in eastern and western portions of Palm Beach county for rental, homeownership, and units for special-needs populations.

The 1994 Affordable Housing Study (@ tables 2.5, 2.6) also provides evidence that in selected geographic areas of the county (primarily the western county, unincorporated areas, and non-entitlement cities), that 22.5% of homeowners are experiencing a cost burden (greater than 30% of annual income spent on gross housing costs) and 47.2% of renters are experiencing a cost burden.

The Study (@ table 4.6) indicates that housing conditions in the highest poverty level areas of the county (six areas: the Belle Glade area, South Bay, Boynton Beach, Riviera Beach, Lake Worth, and central West Palm Beach) contain 2961 substandard units suitable for rehab (79% of the county total of such units). The Study (@ tables 4.7, 4.8) further indicates the planned additions to the supply of owner and renter units in those poverty areas that would be affordable to low and very low-income households as: owned--1361 units (87.6% of all such units planned) and rental--948 units (62.7% of all such units planned). Finally, the Study (@ table 4.9) shows that for those poverty areas, the net number of units needed for low and very low-income persons through 1999 to be: owned--1275 units (14% of total owned unit need) and rental--1400 units (35% of total rental unit need).

These data indicate a well documented need as well as plans to address those needs with additional units to be provided in the areas of highest poverty. The county outlined these priorities in its 1991-96 CHAS: small related renters, first-time homebuyers with children, acquisition/moderate rehab for support facilities and services to the homeless, and moderate rehab for existing homeowners. The Community Development Corporations that belong to the Neighborhood Development Initiative (NDI) have new construction for single-family home ownership as their priority.

## Available Resources for Affordable Housing: New Construction and Rehab

The largest source of publicly administered funds is the Housing and Community Development (HCD) department of the Palm Beach county government. As a federal entitlement entity, they fund not only their own programs, but act as a pass-through to provide funding to city governments in the county that do not have entitlement status. The city of West Palm Beach is the other primary source of public sector funding because it is a federal entitlement city. Both these units of government are entitlement places under the state of Florida's State Housing Initiatives Partnership (SHIP) program, a significant source of annual funding with dedicated revenues from the state's documentary stamp trust fund. State SHIP funds are regulated by state guidelines and can be used for a variety of assistance programs to subsidize rehab and new construction of affordable housing for low and moderate-income persons and special needs populations.

The Community Financing Consortium, Inc. (Consortium) is a member organization made up of private lending institutions and is the largest, single source of private funds for construction and mortgage financing in the county.

The Local Initiatives Support Corporation (LISC) Advisory Board administers a local loan and grant pool for non-profit, community-based developers that can be used for soft costs in the construction and rehab of affordable housing. LISC also provides operating funds for the Neighborhood Development Initiative, a cooperative of six CDCs.

Individual homebuyers who are income eligible, can receive subsidies packaged from a variety of government programs for affordable housing that is either new construction or an acquisition/rehab project. Non-profit housing developers, the Consortium, cities, and county use all available sources of federal, state, local, and private funds to fund opportunities for homebuyers on a case-by-case basis. Any one purchase deal may involve several sources of funds under different programs authorized through different local government departments and private lending entities. This layering of funding sources, program oversight, and pass-through to non-profits, private builders, and their buyers, provides many opportunities but also complexities in funding affordable housing projects. The process of securing funding is a bit complicated, especially for novice non-profits and the uninitiated private builder.

The county HCD has addressed this situation by pooling available funds into a unique and well recognized program, Restoring our Neighborhoods (RON). This program originally channelled subsidy funds through the Consortium for distribution to builders and developers (including non-profits) as a one-stop program of sorts. The Consortium could package a financing deal through the available subsidies and the loans available from its member lenders. The program has gone through two successful iterations, RON I and RON II from 1993 to 1995. During these three years the program financed 84 units of new, single-family construction and 128 units of rehab (through

March 1995) (Evaluation ad Appraisal Reporting (EAR) Process Housing Element: Palm Beach County Comprehensive Plan, Physical Deterioration of Housing Stock and the Social and Economic Effects of It).

Not all projects are funneled through the RON comprehensive program of revenue sources. Non-profit CDCs make applications for direct program funding from revenue sources received by the county from the federal government such as Community Development Block Grant (CDBG) and HOME. Allocations to their organizations are made by the projected number of units they expect to complete.

The complicated nature of local housing funding sometimes leads to frustration in getting through the paperwork process for both the funding source and the non-profit and private sector developers that need subsidies for their buyers. In order to get a construction project going, the buyer, the bank loan, and the subsidy package must be in place. This requires that all income verification and certification, lending authorization, lot/parcel review, appraisal, and permits be in place (Inter-Office Memorandum, Palm Beach County HCD, 11/18/94). Homebuyers often get caught in the red tape of qualifying for loan and subsidy and bear the burden of long waits. While non-profits are gaining expertise in completing the paperwork necessary to submit a request for a subsidy, county and city departments are trying to keep up with the increasing demand for funds and the inevitable increase in the number of applications that are presented to their offices. In addition, local government staffs must contend with a myriad of frequently changing federal and state regulations as well as certify the appropriate and legal use of these funds.

These growing pains are a good sign that affordable housing development is increasing in Palm Beach county. However, the growing pains are painful for all involved in trying to get housing funds through the process and bring new and rehabilitated housing units to completion.

**Federal/public funds**
HOME and CDBG are the primary source of federal funds that the county HCD and individual cities use to provide subsidies to non-profits and private builders for their buyers. Funds are provided through the county, the Consortium, through allocations to CDCs, and through set-asides for certified Community Housing Development Organizations (CHDOs). Local governments also can use HOME funds to provide operating expenses for non-profits that are (CHDOs). The city of West Palm Beach has certified two organizations as CHDOs--Pleasant City CDC and Northwest CDC, and the county has certified two organizations as CHDOs--Boynton Beach CDC and The Housing Partnership. The county also uses HOME funds for training and technical assistance activities to build capacity for existing CHDOs and groups that want to be certified.

Boynton Beach's affordable housing program, Restoring Boynton's Neighborhoods, uses the federal funds they receive from the county. This program, similar to RON,

UWAH Final Report                                                              5

works in partnership with developers, including the Boynton Beach CDC, and private lenders through the Consortium, to construct new single-family units of affordable housing (Restoring Boynton's Neighborhoods document, Palm Beach county, 11/1/94).

West Palm Beach created the Mayor's Renaissance Program which uses local and federal funds to provide funding for new construction of affordable housing. The city acts in partnership with the Pleasant City CDC and the Northwest CDC (both CHDOs). The city is currently developing a new project, Freshwater Lakes, that will build 32 single-family new construction units.

Delray Beach recently created the Affordable Housing Partnership. This effort is being led by the city in partnership with the city's Community Redevelopment Agency (CRA), non-profit housing development organizations in Delray including the Technology, Enterprise, and Development (TED) Center, and the Delray CDC. Financing is available through an agreement with the Consortium.

**State/local public funds**

The Commission on Affordable Housing (CAH) for Palm Beach county manages the county Housing Trust Fund, funded through the (SHIP) program and private developer contributions to the trust fund (related to the density bonus program). The Commission has two programs: first come/first serve funding for hardship waivers to individual homebuyers (to pay for water/sewer connections and impact fees); and competitive funding to developers (private and non-profit) for affordable rental, ownership, and special-needs housing projects in different project size classifications (by number of units in the project) (Housing Trust Fund Hardship Fee Program 10/13/93; Housing Trust Fund Competitive Program Process 1993). The competitive density bonus program is currently in hiatus and under revision. It may be re-authorized by December 1995.

State estimates for the Palm Beach county SHIP award indicate an increase in 1995-96 to over $4 million dollars. CAH is under the auspices of the county HCD. The CAH advisory board is also the SHIP advisory board. The composition of that board is regulated by state statute and is designed to be inclusive of many different sectors that are interested in affordable housing. Appointments are made by county commissioners (1993 FS 420.9076-Adoption of Affordable Housing Incentive Plans; committee).

**Private resources**

LISC has a recoverable loan pool open to all non-profit, community-based organizations. This fund is made available by local business contributions that are matched by the national LISC organization. The fund is administered by the local LISC Advisory Board which is made up of the private donors to the fund. One county commissioner sits on the Advisory Board as an ex-officio member.

UWAH Final Report                                                                          6

The Consortium is a privately owned lending organization comprised of 16 banks which provide loans to applicants on a rotating basis, thus sharing the pool of eligible loan applicants for affordable housing. The Consortium acts as an intake center for potential homebuyers, arranges construction with local builders, developers, and CDCs, and oversees construction in some cases to bring the buyer and construction to closing. Since its inception in 1991, the Consortium has closed over $40 million worth of affordable housing loans to provide 320 units of single-family housing and 1100 multi-family rental units. Of the single-family units, 142 were subsidized through the county's RON program.

**Builders/contractors/developers**
There are a variety of private construction companies and professional non-profits that are available to build and rehab affordable housing in all geographic areas of Palm Beach county.

-- Each CDC that is constructing units has been successful in hiring builders for their projects in Limestone Creek, Riviera, Boynton, Pleasant City, Lake Worth, and Delray.

-- The Consortium and HCD work with over 40 companies that build new units and/or rehab existing units for owners, or as acquisition projects.

-- The Florida Community Housing Assistance Corporation (FCHAC) is a non-profit organization that develops and manages affordable housing units. In Palm Beach county they currently are focussing on housing for special needs populations. They also provide social services for tenants and other types of affordable housing units.

-- In 1995 the CAH made competitive awards (cycle 3) to eight private development corporations for subsidies to be applied to large-scale, multi-family rental projects (Housing Trust Fund Competitive Program Cycle 3 Awardees-2/95).

-- Other non-profits such as TED Center and Neighbors Organized for Affordable Housing (NOAH) also use private builders to complete the many units they produce each year.

Though there seems to be an adequate supply of builder resources now, there are frustrations in that sector that could affect their future availability. Some builder/developers are frustrated that they are not eligible for a set-aside of government funds for subsidies that non-profit developers can get. Those non-profits turn around and hire a private construction company to build the units for them and at least one developer sees this as an infringement of market competition. Private builders also are frustrated with the amount of government fees they must pay for affordable housing

units, cutting into the limited profit they are able to turn on a project. Permit fees and the cost to meet zoning regulations are examples. Some cities require specific landscaping and sprinkler systems that add to the cost of the house and homeownership.

Builders are frustrated by the time it takes to bring a buyer through the process to construction authorization. In some instances it has taken up to a year to get a buyer approved by the lending institution, obtain government authorization for buyer subsidy, and government approval to build. The process is complex and elements such as title, appraisal, and buildable condition of the lot can pose major snags for building affordable housing. Appraisals often are difficult to assess for new affordable housing in a depressed neighborhood. Titles are often littered with liens and may require lengthy quiet-title proceedings. Lots may be filled with debris and hazardous deposits, abused by years of dumping, a common activity in distressed neighborhoods. Buyers who are unfamiliar with documentation requirements and paperwork completion may force delays and may even become ineligible during the process. These are delays that new market-rate housing developments often do not face.

Builders are exasperated by these types of costly delays. They may agree to build units at one price at the beginning of the process and then see their costs escalate while delays force them to wait and yet, honor the prices they quoted. This is an issue for at least two CDCs that contract for multiple units to be built by a developer or contractor. Some developer/builders have said they can no longer afford to build affordable housing because the process is too slow and buyers cannot always be brought through the process successfully.

**Lending institutions**
The lending community in Palm Beach county is acutely aware of the need for their participation in providing affordable housing. Banks and other lending institutions have created the Consortium, contribute to the LISC loan pool, and individually commit to provide mortgage and construction financing for non-profit developers (CDCs) for their housing projects.

-- The lending institutions that responded for this report indicated that of 12 possible types of financing options for affordable housing (Phase 2 Assessment, Survey Question 1), they participated in 2 at the low end, 9 at the high end, and a median of 5.

-- When asked about their experiences in financing homes for low and very low-income buyers (Q3), several reported very positive or good experiences. A couple reported frustrations such as low-ball estimates from contractors, time delays in getting government subsidies approved, and difficulty in qualifying buyers because of poor credit and too much debt.

-- All but one institution responded that they have a special mortgage program for low-income buyers (Q6), the same responded that they offer or refer low-income buyers to ownership counseling (Q7), and most reported they had worked with non-profit developer projects (Q4).

-- Of those institutions that responded to a question on financing gaps (Q12), they felt that downpayment and closing cost assistance, cash on hand for debt service, predevelopment soft cost financing, and administrative funding for non-profits were problems. These issues are raised by builders, governments, and non-profits as well.

From these results it seems reasonable to conclude that the private sector is involved in the affordable housing process, though their involvement may need to be better coordinated with government to streamline the overall experience for buyers.

**Buyers**

Buyers of affordable housing are often first-time buyers. They may have limited experience and history of credit. It may take them longer to provide documentation of their residence, income, work history, and taxes than other buyers who have these documents at hand, because they know they will be needed in the qualification process. The extensive amount of documentation paperwork that is required to secure federal and state funds often means that several attempts must be made to get the buyer's file in order. Income certification (that the buyer does not make more than a certain amount and is qualified for a subsidy) and verification (that the buyer makes enough to qualify for a loan) are valid only for a certain period of time. If the buyer does not make it to closing during that window, paperwork must be collected again, delaying the process. In the meantime, income and debt levels may change, making the buyer ineligible.

Affordable housing buyers have a narrow eligibility target (income must be high enough to get a loan, but not too high for a subsidy). These rules cannot be changed, but it highlights the importance of moving buyers through the process as quickly as possible. It also highlights the need to be aware of the needs and problems these buyers may encounter and perhaps build into the process some opportunities to minimize those problems.

## CHDOs, CDCs, and other non-profits

**Funding**

Not all CDCs in the county are CHDOs. Some have not wanted to be a CHDO and have not applied for such status. Other non-profits were ready with a track record in the county and were eager to be so designated. Two non-profits are county designated CHDOs: Boynton Beach CDC and The Housing Partnership of Palm Beach. The city of West Palm has two CHDOs: Pleasant City CDC and Northwest CDC. At least four

other CDCs meet the basic requirements to be a CHDO. CHDOs have access to the minimum 15% HOME set-aside pool established by the county which was $369,820 in 1994 and is $376,640 in 1995 (1994 and 1995 Palm Beach County Consortium HOME Program Description, 5. Set-Aside for CHDOs, p.10). These funds are to be used for activities in support of acquisition for rehab and new construction of single-family homes. In addition there are funds to support CHDO staff and training. The city of West Palm also has set-asides for its CHDOs.

Non set-aside subsidy funds are available for any affordable housing project, whether or not the developer is a community-based CDC or a certified CHDO through HCD.

Set-asides and allocations comprise an important issue in Palm Beach county. The county made an allocation to the Consortium several years ago under the aegis of the Restoring Our Neighborhoods (RON) program. Controversy broke out in 1994 when the county considered changing that allocation to include The Housing Partnership, a non-profit developer (and county CHDO) (see articles from the Palm Beach Post and Sun-Sentinel June 1994). That allocation decision primarily revolved around issues of cost/unit, administrative costs, and subsidies/unit. But it touched off the question of whether to make allocations and set-asides at all, or to leave the subsidy funds available to any entity on a first-come, first-served basis, as the CAH does with hardship funds.

CDCs in the county apply and have received allocations of SHIP, CDBG, and HOME funds that are theirs to spend on their housing projects. CDCs have come under criticism because they have been slow to spend these allocations while they learn and gain capacity. The county and cities have granted extensions of these awards.

Because of these pressures, some have raised the issue that all subsidy funds, with the exception of CHDO set-asides, be available on a first-come basis. Non-profits including CDCs, TED Center, The Housing Partnership, as well as the Consortium, banks, and builders could bring buyer's packages directly to local government housing departments for authorization of subsidies. CHDOs would have exclusive access to set-aside funds.

This strategy would spend the money quickly, but not necessarily effectively. CDCs and other community-based, grass-roots developer non-profits are developing houses in areas traditionally redlined by banks and other lending institutions. Their buyers may be among the toughest to qualify and the most needy. For instance, the Consortium has assisted developers in the Glades, where no one thought affordable housing could be successfully built and sold.

Part of the funding strategy must be to produce a significant number of units in a timely fashion. But part of the funding strategy must also be to disperse construction

into higher-risk areas and help non-traditional buyers in neighborhoods that have been financially neglected for years. That process takes time and should be allotted.

## Capacity

Local government housing departments take applications each year from community-based organizations that want to be certified as CHDOs. Most of the certification requirements are easily met if the organization is a registered non-profit. Federal HUD requires that any funded CHDO have its own staff person and show ability and knowledge to complete the units of affordable housing that they contract for. The county does not want to set aside funds to a specific CHDO unless there is a good chance that the organization can actually produce housing units. CDCs that are not CHDOs have access to the balance of the available subsidy funds and may use CDBG funds as a source of subsidies for their prospective buyers or may take their buyers through the RON program in conjunction with either HCD directly or through the Consortium.

-- NOAH Development Corporation is a non-profit with a long track-record in developing affordable housing. NOAH began its operation in the Glades area and has recently completed a rental project in West Palm Beach, NOAH's Landing. This is an innovative 10-unit rental building where low-income tenants live and have specific opportunities to rebuild their credit, in order to prepare themselves to qualify to purchase a home. It is a partnership project between the city, NOAH, and the Consortium. Tenants receive on-site assistance, social services, and credit counseling.

-- The TED Center in Delray Beach is a very successful non-profit developer of single-family homes on infill lots. The staff work closely with the Delray CRA for lot identification and acquisition. They use the Consortium for financing their units.

-- The Housing Partnership builds new units and also rehabs existing units throughout the county. They successfully built Alamander Gardens in Delray, a 36-unit single-family home development that was sold out in the early 1990s.

-- The Florida Community Housing Assistance Corporation has extensive experience in renovating and operating affordable housing units and providing services to tenants of such housing in the state of Florida. They have two projects in Palm Beach county for special-needs populations--Datura Street Residence and The Villas of Riviera Beach. They also completed an affordable rehab project for homeownership--Breckenridge Townhouses in West Palm Beach.

## Staff

Federal HOME program regulations require local governments to set aside funding for training and technical assistance to certified CHDOs and groups that want to

become CHDOs. HUD regulations require that a non-profit must have its own staff, independent of any other organization staff to which that non-profit has access, in order to qualify as a CHDO. CDCs in Palm Beach county that are members of the Neighborhood Development Initiative find themselves in a difficult position because of this rule. The CDCs created the Neighborhood Development Initiative in 1994 as an umbrella organization to pool administrative resources in order to have access to technical assistance staff that they could share instead of trying to have their own individual CDC staffs.

HUD regulations do not accept shared staff as meeting CHDO requirements and local government housing departments are encouraging potential CHDOs to accept HOME funds to pay for their own individual staff persons. Two CDCs have done this and others are considering such a move. CDCs do not have to be CHDOs. They have competitive access to subsidy funding from the general allocation. Currently they have secured their own individual allocations from either city or county governments. There is no requirement for local governments to do this. There only is a federal requirement to set aside subsidy funds exclusively for CHDOs. If CDCs do not certify as CHDOs and do not have their own allocation of HOME funds, they may not be able to be competitive for a first-come, first-served distribution of funds.

## Neighborhoods Served by CHDOs, CDCs, and Other Non-profits

CDCs in NDI: Riviera Beach (city) west of Dixie Highway neighborhood, Limestone Creek neighborhood (unincorporated county-West Jupiter), Pleasant city neighborhood (West Palm Beach city), Delray Beach (city) west Atlantic neighborhood, Boynton Beach (city) 13th Avenue neighborhood, and Lake Worth (city) South "E" neighborhood.

NOAH: western portion of the county in the Belle Glade area, West Palm Beach (city) Tamarind neighborhood.

City of West Palm with Northwest CDC: Freshwater Lakes development

TED Center: primarily Delray Beach

Centro Campasino: primarily western county, Belle Glade area

The Housing Partnership: various neighborhoods around the county

Florida Community Housing Assistance Corporation: statewide

## Accomplishments

-- CDCs in the NDI consortium (Limestone Creek, Riviera Beach, Lake Worth, Pleasant City, Boynton Beach, and Delray Beach): 13 houses built, 8 under construction, 25 in pre-construction, and 28 planned.

-- NOAH: highly productive in Belle Glade, 10 rental units in special credit rebuilding project in West Palm Beach

-- TED Center: highly productive in Delray Beach, single-family homes

-- Northwest CDC: partner with the city of West Palm Beach for 32 single-family homes in one development, in pre-construction phase

-- The Housing Partnership: renovated 7 homes in 1994, 32 units single-family new construction in Delray (completed early 1990s)

-- Florida Community Housing Assistance Corporation: 330 beds for special needs housing, 40 rehab townhouse units sold

**Development Capacity**

There are six neighborhood-based CDCs acting as developers and building housing and an assortment of other non-profits that are actively building or assisting in the development of affordable housing. There are four certified CHDOs in the county. There is a gap between the presence and certification of community-based non-profit housing development groups. There is a range of ability in their capacity to produce housing. Some non-profits have professional staff and have a much higher capacity to produce units (NOAH, TED Center, The Partnership, FCHAC). Some of the CDCs in NDI are reaching a critical stage where their production cycle is starting to be self-perpetuating. Others need to generate more capacity to get to that stage. Other non-profits are not developers, but may be able to develop those skills in the future.

-- Six CDCs in NDI: These CDCs are grassroots, volunteer, community-based organizations. For the most part they do not have paid staff and instead rely on their volunteer capacity to complete development tasks and the technical assistance staff from their umbrella organization, NDI.

These CDCs were formed as part of a demonstration project by the national office of the Local Initiatives Support Corporation (LISC) in 1991 to create development expertise in low-income communities. CDC volunteers have learned the housing process over the years and have themselves, taken on the important tasks of being developers of affordable housing. Under the auspices and guidance of a technical resource staff, the privately funded Palm Beach County Development Team, the volunteers learned to plan for and have successfully completed these tasks:

-- Contract for site plans and architectural renderings of new units.

-- Solicit agreements with local banks for construction and mortgage financing.

-- Prepare applications and secure soft-cost loan and grant funds from the local LISC loan pool.

-- Prepare applications and secure set-asides from local governments for a fixed number of units whose buyers will receive subsidies.

-- Secure options on property and execute purchases of lots.

-- Oversee the site assessment and appraisal process to determine feasibility for construction.

-- Put together and execute a marketing plan including pre-qualifying applicants and sending their packages to banks, the Consortium, and local government housing departments for subsidies, loans, and hardship grants.

For those CDCs that have begun construction, the CDC either hires a project manager or acts as project manager themselves, puts construction plans out for bid, secures a builder or contractor, and oversees the construction project from groundbreaking to closing with the buyer. Each CDC started with its own architectural renderings and plans, specified by the membership to the architect with whom they contracted. Several CDCs have started to use builder plans (design/build) to save money on architectural fees. Each CDC has contracts for its own legal counsel and accountant service. Each CDC is a registered 501(c)(3) organization. NDI provides staff and technical assistance to the CDCs that request assistance to complete those development tasks. NDI has bookkeeping staff to help any member CDC keep their construction accounts.

These CDCs have developed this capacity through the formation of their community organizations, made up not only of residents in their neighborhoods, but other stakeholders such as business owners, institutional representatives (schools and hospitals, for instance), social service providers, and others. Their capacity for building affordable housing has been slow in coming, but their organizations have a strong foothold in their neighborhoods, which is essential to provide a stable environment to support new housing construction.

-- Limestone Creek CDC is working full-time and exclusively with a builder/contractor and is officing out of a model home in the neighborhood. This CDC has the capacity to build more units than the others, in part because the CDC president, who has construction experience, and the builder are both on-site

to handle project management. Those elements contribute to this CDC's capacity to be a strong community-based housing developer.

-- Boynton Beach CDC (also a certified CHDO) similarly has an active president who is often on the construction sites and has learned the housing development process. The CDC is assisted by the Consortium through the Restoring Boynton's Neighborhood program to assist in construction details related to those housing units. Other members of this CDC also bring construction experience to the effort, giving the CDC a good capacity base. This CDC also has a paid staff person to manage the paperwork details of the construction process, paid for through HOME funds as a CHDO capacity building activity.

-- The other CDCs have either hired a project manager for their job sites, use the NDI staff, or use their volunteer members to do the construction project management themselves. The Pleasant City CDC (also a certified CHDO) recently hired an executive director which will eventually be a full-time, paid position, to oversee some aspects of construction and the buyer pre-qualification process. Several CDCs feel that hiring a reputable local builder with extensive experience in building affordable housing is a safeguard that allows them to oversee the project themselves and they can call on NDI staff for assistance as needed.

-- Each CDC in NDI does its own buyer identification, helps the buyer prepare the initial applications for loans and subsides, screens and pre-qualify buyers, submits paperwork to the bank and local government housing department.

Though these volunteers and their staffs are gaining expertise, there has been a longer learning curve than anticipated. Turnover in volunteers is one reason. Another is that buyers often do not understand the documentation requirements or have difficulty assembling all the required papers. Many of these applicants have never been through the mortgage process, requiring more time and a greater attention to detail by the CDC developer. All parties experience confusion, delays, and frustrations. There are cases of delays of six months or more in bringing CDC construction packages (loans and subsidies) to close. There is a gap in the capacity between the technical expertise of local government housing departments, and the non-profit, volunteer-driven CDC developers.

The county HCD has held training sessions, open houses, and other technical assistance and capacity building events to help non-profits increase their housing expertise. The county HCD office has been generous with its staff time in helping these non-profits navigate the paperwork process for each individual deal brought to the county for subsidy. HCD staff must provide approvals at many different steps in the process, including income certification, environmental review of lots, certification of appraisals, and disbursement of funds. They have prepared several handouts that serve as a ready

reference for developers trying to bring their deals to conclusion. HCD has said its goal is to decrease the amount of time staff must take in working one-on-one with CDCs and instead build their capacity to bring in completed packages and navigate the process.

NOAH, TED Center, The Partnership, and FCHAC have a strong capacity for building affordable housing. These organizations have full-time staff to oversee construction details and have many years of construction experience brought by their staff to the organization and now residing in their organization. These are not volunteer organizations and their production level far exceeds the CDCs.

The Northwest CDC is currently working as a partner with the City of West Palm Beach to offer the 32 units in Freshwater Lakes to the public. This CDC does not have construction experience and is not acting as the developer in this project. Their role is to link homebuyers to the project and to oversee the community aspects of this housing project.

## Analysis Conclusion

Each of these non-profit organizations has a role to play in the provision of affordable housing in Palm Beach county. Each claims a connection to a neighborhood or area of the county and has some type of relationship with the residents, businesses, and other stakeholders in those neighborhoods. The NDI member CDCs have strong relationships with their neighborhoods since it is volunteers from the neighborhood that are the developer and members of the CDC. Other non-profits serve specific populations or target areas.

There can be a place for different types of organizations in the provision of affordable housing. Local governments are doing what they can to facilitate both full-time and voluntary developers to put low and moderate-income persons into affordable housing. It is easier for local government staff to work with well trained, full-time professionals. In those cases, staff knows that they will not have to send packages back for completion of missing items, that the paperwork will be accurate, and they will not have to be available at every step of the process to answer questions and help the developer through the process. Community-based developers must do what they can to complete the paperwork and build a base of knowledge to move quickly through the production of housing process. However, limited staff and choosing to rely on volunteer oversight should not preclude them from being developers nor should it impede their access to subsidy funds. There should continue to be room in the process for developers that have high and low-production rates.

It is important for any community-based affordable housing development to continue to have a strong neighborhood component. Support from the neighborhood will

UWAH Final Report                                                                        16

provide a stable basis for new housing and provide a future catalyst for more
development that will help the existing residents of the area.

## Recommendations

CHDOs, CDCs, and other non-profit developers in Palm Beach county need to continue
have access to technical expertise to help them through the development process. This is
a labor and time-intensive process for county and city staffs, whose efforts must be
recognized with requisite resources.

The paperwork that accompanies the government subsidies needs to be more user
friendly for volunteers who are not attuned to bureaucratic methods, despite attending
available training. County staff has made efforts to simplify the process for non-profits,
and that effort should be intensified.

Permitting and compliance with HUD regulations could be better coordinated so that
small builders and non-profit organization/developers can move through the process more
easily and with more assistance. A one-stop process center could amplify the gains made
by the County's consolidated location for housing approvals and the 24-hour permit
status telephone hotline. More coordination between HCD and the CAH staffs might
hasten hardship fund processing.

Improving the process will make affordable housing more attractive to builders who are
willing to work with local non-profits. The steps taken by the county for events such as
open houses and training sessions should be continued and might be replicated by other
local governments.

Non-profits need to take advantage of available technical assistance and capacity building
training offered by local government housing staffs. They need to continue to increase
their volunteer-based capacity and staff expertise to execute the necessary paperwork to
obtain permits, subsidies, and hardship funds.

Innovations in the housing process are showing promise and should be encouraged to
continue. The county HCD was granted the authority to sign off on subsidies without
having to have case-by-case approval from the county commission. This change made
last year, is an important improvement in speeding the process along.

Credit counseling efforts and creative financing mechanisms that can minimize the cash
needed by borrowers, need to be better communicated to non-profits with limited
technical expertise.

All parties benefit from a streamlined process that is easy to understand and
accommodates new buyers to homeownership. Though the process meets the regulatory

...ds of local governments, it continues to be confusing to some buyers, non-profits developers, and for-profit builders. When the funding source makes changes, local government housing staffs should try to communicate those changes as clearly as and smoothly as possible to avoid frustration and time-consuming delays by all parties involved.

Community-based non-profits need "gap" technical assistance to make the government subsidy and private financing process work for them. They are the strongest link to neighborhood needs and are the anchor for long-term housing success. Such technical assistance may need to be more intensive than the existing opportunities offered by local governments. Local governments that receive pass-through funding from the county may need to step in and fill this gap as well.

## A Collaborative for Affordable Housing

Many of the problems outlined in this report are the result of misunderstood communication, inflexibility, and competition for limited resources. There is a backlog of earmarked, but unspent funds for affordable housing in Palm Beach county. Banks, builders, non-profits, and governments that want to develop affordable housing and are doing so, but the progress is sometimes slow. These conditions indicate that improvements are necessary. It is not advisable to try to corral all the participants into one set of motions under the auspices of one lead agency. The current practice of intergovernmental agreements and partnerships seems to be working and preferable.

A cooperative-based collaborative may be a workable strategy to hash out differences, strategize for acceptable alternatives, and provide an outlet for communication. Competition should not be discouraged, because competition produces innovation and success. But competition should be open and there should be a forum to improve competitiveness. An Affordable Housing Collaborative can serve that purpose.

There are many reasons to proceed with an affordable housing collaborative that has the goal to create a cooperative environment for reaching the many expectations of those involved in this important area of development. There is not so much a need for coordination as there is for cooperation. A collaborative should be considered a complement to the existing leadership, authority, and organizations advocating affordable housing. Because a collaborative is not a funding agency, it serves as a neutral forum for discussion and agreement.

It would be effective to have a cooperative body that all participants can use to sort out differences, align for common solutions, and talk to each other to avoid confusion and delays. A cooperative body could serve to build capacity by providing a forum to share information, overcome inefficiencies in the process, and keep the dialogue going to dispel rumors and bad sentiments.

There are many aspects of affordable housing in addition to construction. Other coinciding goals are building organizational capacity and longevity, neighborhood and community empowerment to participate in area redevelopment, neighborhood stability to increase the viability of affordable housing, personal development through training, and experience-building through participation in non-profit organizations. A collaborative can provide a common ground for all these goals by bringing people to the table. Expertise can be shared and sought. Dialogue can be facilitated between parties on a level playing field, in part, helping to depoliticize affordable housing issues. Partnerships can be fostered between public, private, and community interests. Innovation can be explored to improve the process and methods to achieve affordable housing goals. Strategies can be explored to build and maintain momentum to cope with changes that inevitably come from Washington and Tallahassee.

## Concrete Collaborative Issues

An very important issue for the collaborative to consider as it organizes, is what are the definitive goals of the group and what is the time frame to achieve those goals? It would be easy to organize meetings and discussions in the hopes that something will come of it, but in designing and building a collaborative it is important to determine not only who should be involved and but what they are expected to bring to the process?

Phase I interviews outlined the key players in the area of affordable housing and their willingness to move forward to explore the possibility of a housing collaborative. There is general agreement to proceed.

Consideration should be given to what goals the collaborative wants to achieve through its cooperative, facilitative approach to affordable housing issues. One interviewee suggested that a synergy is needed to create a product that is greater than the sum of its parts. How would the collaborative know when it reached such a state? What elements would be necessary to reach such a goal? What skills, resources, and experiences are necessary to achieve this? A summit to address these types of issue will be beneficial.

7/12/91

To Mr. Stewart:

Thank you for representing my son with his Legal Problem. I think your kind comments went a Long way in the Judge giving my son Probation. I cant thank you enough for not

Dennis Stewart.
2979 N.W. 56 Avenue
Lauderhill, Florida

Dear Mr. Stewart:

Thank you for paying for our electric bill. Our family was reaching the point were it was either not eat or pay for electric. We should be back on our feet next month.

Karisha Lewis

11/92

Mr Danny Street

Dec. 8, 1995

I would like to personally thank you for your providing furniture to my mother. She was extremely touched by the way she was treated when she moved into her apartment. The furniture is beautiful and she will decorate the apartment with the many she receives this month. My mother also wants me to remind you that she will be available to provide baby sitting on Week days. She has a lot of experience since she has 16 grandchildren.

I hope you enjoyed the bannana bread.

Happy Holidays!

Sharon Palmer



# THE   DATURA   RESIDENCE

### 534 DATURA STREET
### WEST  PALM  BEACH , FL. 33401

Dear Mr. Stewart:

I want to thank you for all that you have done for me at the Datura Residence. I cannot say enough to you for your kindness to all of us. Good luck in the future.

Annie



12/48

Today is monday and we are part of history. I want to thank you for
your help. At first I thought there was a fire. I would have
never made it to the bar if you were not their. You made
all of us in the bar feel good. When you sang a song
now you cared. The hotel was nice. It was good to get home
home.

Alexander Carter

7/96

*Gloria Alberts*

Mr. Dennis Stewart
630 South State Road Seven                    March 20, 1996
Margate , Florida

Dear Mr. Stewart,

   I recently visited my mother at the Datura facility in West Palm Beach. I hadn't been to the facility in over a year and I could not believe the improvements that you have made to the facility. I was so impressed that I stayed for lunch, which is something I would never have dreamed of before.

   What topped my day off was my mother telling me that she had an exercise class later that afternoon. I stayed for her class and could not believe that you could make that group of elderly people so happy . I also was happy to se your activities center being used by people of all ages.

   Lastly, I want to commend your staff. Corole spent over an hour of her time with me and my mother. I felt very comfortable when I left your facility.

Keep up the good work!

*Gloria Alberts*

Ps. My mother wants me to ask you if she can work in the community store. She doesn't want to get paid.



Mr. Stewart:                                              August 24, 1995

I would like to express my sincere thanks on behalf of the children of the after school care program. I don't know how you always have the time to drop by and spend with the children, but I want you to know that the children really look up to you and you are the bright spot of there Thursdays. We received the tickets to the football game and the kids are so very excited. The hole class wants to know if you will be going to the game. They would really love for you to attend. Other than Dan Marino, you are there favorite. Next Thursday all the kids are wearing there dolphins shirts and they plan to surprise you by learning the dolphins fight song. Please make sure you stop by even if for only a minute. We are also going to have cookies and soda.

E. Jackson



015 N. Ocean Blvd.
lite #109A
t. Lauderdale, FL 33308
tel 305.630.0444

Mr. Dennis Stewart                    February 2, 1996
630 South St. Rd. 7
Margate, Florida

Dear Mr. Stewart:

On behalf of the Board of Directors of **Childrens AIDS Network National**, I would like to extend our gratitude for the countless hours that you have graciously provided to our organization. Without your knowledge, and hard work, we could not have reached our goals for the past 2 years. Your generosity will go a long way towards making our future efforts a lot easier.

Again, Thank You and God Bless.

Childrens AIDS Network National

Jonathon Wright, Ex. Director



# CITY OF NORTH LAUDERDALE

701 Southwest 71st Avenue, North Lauderdale, Florida 33068-2395
Telephone (305) 722-0900
Fax (305) 720-2151

**MAYOR**
Gary Frankel

**VICE MAYOR**
Michael Zeitchik

**COUNCILMAN**
Jack Brady

**COUNCILMAN**
Rich Moyle

**COUNCILMAN**
Mike Natale

**CITY MANAGER**
John Stunson

**CITY CLERK**
C. Milli Dyer

**CITY ATTORNEY**
Samuel S. Goren

CITY ATTORNEY
CITY COUNCIL
CITY CLERK
724-7050

CITY MANAGER
724-7040

COMMUNITY DEVELOPMENT
724-7069

FINANACE
724-7072

HUMAN RESOURCES
724-7068

PARKS & RECREATION
724-7060

PUBLIC SAFETY
722-5800

June 13, 1995

Dennis Stewart
Florida Community Housing Assistance Corp.
632 S. State Road 7
Margate, Fl 33068

Dear Dennis:

Thank you for your kind recognition of our efforts in Silver Lakes. Please note the attached memorandum I directed to the Department Heads who are mainly responsible for successful operations in the area. With your continued efforts, we will prevail over the negative forces in the Silver Lakes section of our community and make Silver Lakes Village area an integral and viable section of our community.

Very truly yours,

John Stunson
City Manager

JS/caw

cc  Mayor & Council

CITY OF NORTH LAUDERDALE
OFFICE OF THE CITY MANAGER

M E M O R A N D U M
95-109

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TO:**          Mike Shields, Public Works/Utilitie Director
              Jim Uhde, Public Safety Director
              Richard Sala, Community Development Director

**FROM:**       John Stunson, City Manager

**DATE:**       June 12, 1995

**SUBJECT:**    **Commendation**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I would like to extend my personal appreciation for the fine representation from Florida Housing Corporation. The organization owns most of the Silver Lakes apartments. The collective efforts of members in your departments, including the activities of Detective Gary Harris, Patrolman Jamie Velez, Veronica Wasserman, Rob Boley, members of the Streets Division and many others have not gone unnoticed. This cooperative inter-departmental effort is truly a credit to you and testimony to your talents in leading members of your departments towards outstanding public service.

I extend my personal appreciation for the good work. Together we will prevail and succeed in making the Silver Lakes Village area an  integral and safe part of our community.

JS/caw

cc:    Mayor & Council
      Dennis Stewart, Florida community Housing Assistance Corp.

# THE ABYSSINIAN BAPTIST CHURCH OF CHRIST

| WORSHIP CENTER | **WINSTON W. RUDOLPH** | ADMINISTRATION |
|---|---|---|
| 312 N.W. 6th Avenue | *Pastor / Teacher* | 820 N.W. 2nd Avenue |
| Pompano Beach, FL 33060 | | Pompano Beach, FL 33060 |
| (954) 943-1377 | | (954) 786-1822 |
| | | Fax (954) 781-0941 |

February 13, 1996


Mr. Dennis Stewart
Stewart & Associates
P.O. Box 100099
Ft. Lauderdale, Fl 33310-0099

Re: 120 N.W. 9th Street, Pompano Beach, Florida

Dear Mr. Stewart:

I would like to thank you and your employees for the work that you have done to help Mrs. Miller. The home where she is living is wonderful. She could not have managed without your help.

Sincerely,



Winston W. Rudolph

WWR:ah

*"People of Christ, Culture and Color"*







Ronald A. McWhirt
Superintendent

Mr. Robert Strous
Area Superintendent
District Four

Mrs. Karen D. Coste, M. Ed.
Principal



CHARLESTON COUNTY
SCHOOL DISTRICT

Charleston County
Discipline School
5841 Rivers Ave
North Charleston, SC 29406
(843) 767-xxxx
Fax: (843) 56-xxxx

Dennis Stewart
Kids. Inc
5101 Ashley Phosphate Rd. Suite 104-169
North Charleston. SC 29418


February 22, 2001

Dear Mr Stewart:

I was recently made aware of your non-profit corporation and the assistance you provide in securing free tickets. I would love to take advantage of your generosity!

The Charleston County Discipline School serves expelled students in grades 6-10 from throughout Charleston County. The students stay in our program for a minimum of 90 days. Here they adhere to a highly structured, military environment. Our academic classes are kept small (generally no more than 12 students per class), and an assistant is in place in each class to provide additional tutoring.

We attempt to take the students out on field trips as much as possible. I was in the process of planning a field trip to the IMAX theater on March 7, when I was made aware of Kids, Inc. Any assistance you could provide in obtaining tickets to the "Africa- The Sergenti" movie would be greatly appreciated. I am planning to take 18 students on this trip.

If you have any questions, please feel free to contact me. Thanks again for providing such a valuable service for our students!


Sincerely,

Laurie Halldorsson
Social Studies Instructor

FROM : CHAS CO DISCIPLINE SCHOOL        PHONE NO. : 803 566 7773        May. 07 2001 09:29AM P28

**Mr. Robert Strous**
*Area Superintendent*
*District Four*

**Mrs. Karen D. Coste, M. Ed.**
*Principal*

**Mrs. Gail L. Newton, M. Ed.**
*Guidance Director*



**CHARLESTON COUNTY
SCHOOL DISTRICT**

**Charleston County
Discipline School**
5841 Rivers Avenue
North Charleston, SC 29406
(843) 566-8849
Fax (843) 566-7773

May 7, 2001

Dear Mr. Stewart,

My thanks again for helping our school in securing tickets to the Imax theatre. The kids had a great time!

As the school year nears the end, I would like to take 4 of my hardest working students on a "reward" field trip to Fort Sumter. I would like to go this Friday, May 11. This trip was planned at the last minute (i.e., today) so I understand if you are unable to help us. We would like to leave from Patriots Point on the 10:45 am tour. Again, this would be for four students and 2 adults. The cost is $8.50 per student. Contact information is as follows:

Fort Sumter Tours
205 King St
Charleston 29401
722-1691

Please let me know if you can help.

Sincerely,

Laurie Halldorsson



# CAROLINA YOUTH DEVELOPMENT CENTER

*"Inspiring Hope…Creating Change"*

An outgrowth of the
Charleston Orphan House

*Big Brothers/Big Sisters*

*Charleston Emergency Shelter*

*Cullen-Lacey Center
for Children*

*Exchange Club Parent/
Child Resource Center*

*Horizon House*

*Oak Grove Residential
Treatment Center*

*Preparation for Adult Living*

*Supervised Apartment
Independent Living*

*Therapeutic Client Assistance*

5055 Lackawanna Blvd.
North Charleston, SC
29405
Tel: 843-744-5358
Fax: 843-529-3202

February 9, 2001

Kids, Inc.
Dennis Stewart
9 Preston Ave.
N. Charleston, SC  29420

Dear Dennis,

Please accept my heartfelt thank you for your donation of $500.00 for our newly-developed soccer team.  Your contribution made all the difference in our children being able to participate in the Summerville YMCA Youth Soccer League and have the uniforms to look like a team.  We have received support from other organizations and volunteers but we couldn't have been a part of this without your help!

I believe a soccer program will have many benefits such as building individual life skills, teach sportsmanship, contribute to healthy lifestyles, and allow our kids to interact in a community-wide activity.  For many children, playing in an organized team sport is an everyday occurrence, and we are so glad to be able to offer our kids this opportunity.

We start practice this week with our first game scheduled on February 24 at the Summerville YMCA  I will be glad to send you a complete game schedule as soon as I receive a copy.  Please try to attend one game to have the chance to see "your" team in action.  GO WOLFPACK!

Thanks for being such a generous friend and so quick to respond to a need of our agency!  You truly are a guardian angel.

Sincerely,

Janet Segal
Director of Volunteers



TRIDENT
**United Way**
Member Agency

Agency Accredited by Council on
Accreditation of Services for Families
and Children  •  Licensed by South
Carolina Department of Social Services
Member Agency Child Welfare League
of America and Trident United Way

# Carolina  Studios

**"a  non-profit  Organization"**
**7930 Edgebrook  Circle, Suite  1**
**North  Charleston, S.C. 29418**
**(843) 552-5157**

Mr.  Dennis  Stewart
KIDS, Inc.
9 Preston  Avenue
North  Charleston,  S.C.  29420                                    May  20, 2002

Dear Mr. Stewart:

On behalf of the Board of Directors of Carolina  Studios, I would
like to thank you for the time and energy that you have expended
over the past 2 years in helping us form and qualify our
Corporation as a non-profit organization.  We are especially
grateful for the time that you have donated in helping develop and
explain the By-laws and the Mission Statement. Without your
help and guidance, we could have never been able to assist the
children in the Charleston area.

I look forward to working with you  and  KIDS,  Inc. in the future.


Carolina Studios, Inc.

Lane  Cyphers, President



*The*
*City*
*of*
*West Palm Beach*
"*The Orchid City*"

P. O. Box 3366
West Palm Beach, Florida 33402
Tel. 407/659-8000



EVERYBODY
**COUNTS**
*in West Palm Beach!*
SPECIAL CENSUS 1995

February 22, 1995

Dennis Stewart, Exec. Dir.
FL Community Housing Assistance Corp.
632 South State Road 7
Margate, FL 33068

Mr. Stewart:

I really enjoyed learning about your various programs and appreciated the time you spent giving Ms. Outlaw-Kirk Director, Housing and Community Development and myself a tour of your facilities. We commend you on a very well managed program and we certainly look forward to your working in the Palm Beach County area. Enclosed please find a copy of a request for proposal advertisement that appeared in the February 5th <u>Palm Beach Post</u>. Also, you will find guidelines for writing a proposal if your organization is interested in the HOPWA funding available.

We have scheduled a technical assistance workshop for Friday, February 24, 1995 from 9 a.m. to 12 p.m. at the West Palm Beach Chamber of Commerce, 401 N. Flagler Blvd. Additionally, Shannell Grimes, the Community Development Specialist assigned to the HOPWA program, will be available to answer your questions from 8 a.m. to 5 p.m., Monday through Friday at 659-8032.

Sincerely,

Chris Plummer
Housing Development Manager

cc:    Faye Outlaw-Kirk, HCD Director
       Shannell Grimes, Community Dev. Specialist

Enclosures

**THE WHITE HOUSE**

WASHINGTON

February 24, 1995

Dennis Stewart
Stewart and Associates
630 South State Road 7
Margate, FL 33068

Mr. Stewart:

Let me take this opportunity to express my admiration for your efforts and the efforts of the other members of your board for your foresight in initiating the Childrens AIDS Network project. This project is proving to meet a critical need, and your participation is instrumental to its success.

During the past year, I have had the opportunity to work with Jonathan Wright and have watched the development of this project. I've been impressed with the concepts involved, and with Jonathan's professionalism and thorough approach. I have enjoyed assisting this project whenever I could.

In the future, I intend to become more personally involved with the project and very much look forward to working with you and your fellow board members.

Best wishes on your project's continued success.

Sincerely,

Gus M. Ventura
Executive Assistant for the
Director of National AIDS Policy

cc:
Ms. Lori Deutsch
Ms. Georgia Modreck
Mr. Stephen R. Morse
Mr. Wayne Sheppard

*Florida Aids Council*
*Good Standing Certificate*

*Know all men by these presence, that the Florida Aids Council does hereby recognize Dennis L. Stewart as a member in good standing and does further direct the Secretary to certify that Florida Community Housing is a non-profit corporation that has qualified as a provider of assisted housing with the Department of Health and Rehabilitative Services.*

*The Secretary is also directed to update the directory of services to show that Florida Community Housing is a Provider of support services which include Job Training, Job Placement, Rental Assistance, Child Care, Utilities Assistance, Chemical Dependency Counseling and Food & Clothing Assistance under a program titled the Supervised Adult Independent Living ("SAIL") Program. All referrals are to be forwarded to The SAIL Program at the following address:*

*The SAIL Program*
*C/o Florida Community Housing*
*P.O. Box 100099*
*Ft. Lauderdale, Fl. 33310*

*This Certificate of Good Standing shall be effective from this day forward and shall certify that Florida Community Housing shall be entitled to all benefits of a member in good standing.*

*Dated this 9th day of March Nineteen Hundred & Ninety-Five.*

*Florida Aids Council*



**COLONNADE**
MEDICAL CENTER

March 21, 1995

Dennis Stewart
President of Florida Community Housing
632 South State Road 7
Margate, Florida 33068

Dear Mr. Stewart:

I would like to take the time to thank you and your organization for providing services to Colonnade Medical Center and all of our clients. Your staff is doing exceptional work for the community.

I look forward to my continued association with Florida Community Housing.

Cordially,

Dr. Sandra Frank
Registered Dietitian/Licensed Nutritionist
Program Director

**Medical Specialties**
**Subacute Care & Rehabilitation**

BELA KOVACS, M.D.
Medical Director

JOEL FRANKEL, M.D., FACP, FCCP
Associate Medical Director/ Chief, Pulmonology

ALAN K. GRUSKIN, D.O., FAPMR, FAOCRM
Chief, Physical & Rehabilitative Medicine

MARTIN B. SILVERSTEIN, MD, FACS
Chief, Orthopaedic Medicine

ANDREW FRANK, MD
Chief, Physical & Rehabilitative Medicine

JORGE BENITO, M.D.
Chief, Psychiatric Services

ALAN KUCZYNSKI, M.D.
Chief, Infectious Disease Services

MOISES J. KATZ, M.D., FACC
Chief, Cardiology



U. S. Department of Housing and Urban Development

Orlando Area Office
Suite 270
Langley Building
3751 Maguire Boulevard
Orlando, FL 32803-3032

March 22, 1995

Mr. Dennis Stewart, President
Florida Community Housing Assistance Corporation
800 Northeast 62nd Street, Suite 400
Fort Lauderdale, FL  33334

Dear Mr. Stewart:

Subject:  Florida Community Housing Assistance Corporation

    This is in response to your request for HUD/FHA's approval
of your organization to participate as a non-profit on single
family mortgage loans within the Orlando Office insuring
jurisdiction.  Based upon our review of the information and
documents provided, we are approving your organization's
participation as a non-profit.

    This approval will remain in effect provided the
organization continues to comply with requirements of HUD
Handbook 4155.1 REV-4 regarding non-profit organizations and all
borrowers comply with the minimum cash investment requirements
referenced in HUD Handbook 4155.1 REV-4, paragraph 1-13C.

    We appreciate your interest in the Department's programs and
your assistance to first-time homebuyers.  Please let us know if
we can be of further assistance.

                          Very sincerely yours,

                          Robert K. Osterman
                          Director, Single Family
                          Housing Division



**Human Services Department**
HIV/AIDS Support Services
1323 S.E. 4th Avenue
Fort Lauderdale, FL 33316
(305) 765-5364 • FAX (305) 765-5344

**BROWARD COUNTY**
F L O R I D A

May 3, 1995

Mr. Dennis Stewart
Florida Community
Housing Assistance Corp.
632 S. State Road 7
Margate, FL 33068

Dear Mr. Stewart:

According to our records, you have been awarded FY 1993 Housing Opportunities for Persons With AIDS Grant Funding as follows:

    Independent Apartment Units        $492,880

Please submit to this office the following information no later than 5:00 PM, May 15, 1995:

1.  Program contact person including title, address, phone/fax number.

2.  Fiscal contact person with same information.

3.  Revised line item budget and budget narrative including cost per unit of service and definition of the unit of service being performed by your organization.

4.  Days and hours of operation.

5.  Scope of service information.

6.  Outcome measures which must include a client satisfaction survey. (See attached form.)

The term of the contract is March 1, 1995 to December 31, 1995. If you have any questions, please contact me at 765-5364.

Sincerely,

Leona McAndrews
Grants Administrator

LM/lm

cc:  Juliette Love



# ADOPT-A-FAMILY
*of the Palm Beaches, Inc.*

June 1, 1995

Mr. Dennis Stewart
Florida Community Housing Assistance Corporation
632 South State Road 7
Margate, FL   33068-1794

Dear Dennis:

I want to take this opportunity to update you on the Villas of Riviera.  Currently Project SAFE occupies 14 units for clients and 2 additional for programming.  I want to thank you and the Florida Community Housing for your prompt response to my request for a fenced in play area, fencing the canal, additional outdoor lighting and the levelor blinds for all the units.  The re-hab you've done to the individual units has created a very positive environment for the Project SAFE clients.

It is my hope that through our combined efforts we can build a strong community at the Villas of Riviera.  I look forward to our combined cooperative efforts on this project.

Sincerely,

*Terry L. Bozarth*

Terry L. Bozarth
Executive Director

TLB/dl



United Way
of Palm Beach County



CHILDREN'S
SERVICES
COUNCIL
PALM BEACH COUNTY

2330 S. Congress Ave., Suite 1 - C • West Palm Beach, FL 33406 • 407-434-4960 • 800-585-8276



# CITY OF NORTH LAUDERDALE

701 Southwest 71st Avenue, North Lauderdale, Florida 33068-2395

Telephone (305) 722-0900

Fax (305) 720-2151

**MAYOR**
Gary Frankel

**VICE MAYOR**
Michael Zeitchik

**COUNCILMAN**
Jack Brady

**COUNCILMAN**
Rich Moyle

**COUNCILMAN**
Mike Natale

**CITY MANAGER**
John Stunson

**CITY CLERK**
C. Milli Dyer

**CITY ATTORNEY**
Samuel S. Goren

CITY ATTORNEY
CITY COUNCIL
CITY CLERK
724-7050

CITY MANAGER
724-7040

COMMUNITY DEVELOPMENT
724-7069

FINANACE
724-7072

HUMAN RESOURCES
724-7068

PARKS & RECREATION
724-7060

PUBLIC SAFETY
722-5800

June 13, 1995

Dennis Stewart
Florida Community Housing Assistance Corp.
632 S. State Road 7
Margate, Fl 33068

Dear Dennis:

Thank you for your kind recognition of our efforts in Silver Lakes.  Please note the attached memorandum I directed to the Department Heads who are mainly responsible for successful operations in the area.  With your continued efforts, we will prevail over the negative forces in the Silver Lakes section of our community and make Silver Lakes Village area an integral and viable section of our community.

Very truly yours,

John Stunson
City Manager

JS/caw

cc    Mayor & Council

# CERTIFICATE OF APPRECIATION

Presented to

## FLORIDA COMMUNITY HOUSING ASSISTANCE CORP.

For your outstanding contribution and commitment
to the success of the
Bill Weicman Community Affairs Center
Silver Lakes Village, North Lauderdale, Florida

Presented this 5th day of April, 1997, by the
North Lauderdale City Council

Rich Moyle, Mayor



# The Salvation Army

FOUNDED IN 1865 BY WILLIAM BOOTH

2100 PALM BEACH LAKES BOULEVARD

PHONE 686-3530    P.O. BOX 789    FAX 686-7888

WEST PALM BEACH, FLORIDA

33402

PAUL A. RADER
GENERAL

LT. COLONEL PHILIP SWYERS
Divisional Commander

KENNETH HOOD
TERRITORIAL COMMANDER

MAJOR OMER McKINNEY
Area Commander

June 16, 1995

Mayor Nancy Graham &
City Commission
City of West Palm Beach
200 2nd Street
West Palm Beach, FL  33402

Re:  Florida Community Housing Assistance Corp.

Dear Mayor Graham and Members of the City Commission:

The Salvation Army is pleased to provide this supportive statement regarding Florida Community Housing Assistance Corp. and their ability to deliver needed service to the residents of West Palm Beach And Palm Beach County.

The Salvation Army has been working closely with FCHAC on several initiatives designed to provide housing opportunities and related services to very low and low income households.  In particular, FCHAC is accomplishing a long-standing dream of the Salvation Army at the Datura Residence by establishing Palm Beach County's first truly full-service transitional housing program. Individuals who participate in this program will have a superior level of service provided to help them move successfully from dependency to independence.

The Salvation Army fully supports Florida Community Housing Assistance corp. in its endeavors in Palm Beach County and urges the City of West Palm Beach to support the independent review committee's recommendations for HOPWA funds.

Sincerely,

Major Omer McKinney
Area Commander

cc:  Dennis Stewart
     Faye Outlaw-Kirk

ROTTI

Solve with All
• Lifetime we
• Won't crack
• Insulate yo

Sun Buil
In B
Outside

IS YO

**Roofing Service Available**

• Waterproofing all types of tile roofs
• 5 year warranty on waterproofing
• Reroofing using class A fungus-resistant shingles and tiles
• 20 yr. manufacturer's warranty on all shingles and tiles

• No Peeling          • No Cracking
• No Chipping         • No Water Penetration
• No Mildew

**Are Your Walls Cracking or Peeling?**
**Don't paint, Apply Texcoat!**

Put a coating on your wall instead of paint!    • Long lasting texture
with the 3 step texture coating system          • Available in 16 deco
• 22 times thicker than ordinary paint         • 5 year warranty of
                                                finishing and peeling

★★★★★★★★★★★★★★★★★
ATTENTION H
★★★★★★★★★★★★★★★★★

PAY OFF YOUR (

EQUITY LOANS F(

• Reduce Your Monthly Paym
• Lower Your Interest Rate
• Remodel Your Home
• Swimming Pools                    For Mo

VISA



Sun-Sentinel – Local    Tuesday, June 20, 1995

# Margate agency among 7 awarded federal grant

**By NICOLE STERGHOS**
*Staff Writer*

WEST PALM BEACH — Ashlei Spallino ignored the roomful of adult strangers, stepped shyly to the podium and made a tearful plea on behalf of her best friend, who has AIDS.

"I'm very happy that Stephanie lives in a nice home with lots of friends who treat her nice. [But] if the Hope House doesn't get the grant, Stephanie won't have any place to live, and I don't want that to happen to her," the red-faced Boynton Beach 10-year-old said through tears Monday night.

City commissioners, getting ready to vote on how to allocate $1.9 million in federal AIDS-related housing grants, were listening.

As the governmental body in charge of administering the grants, they agreed to carve some money from two of seven approved programs to keep the 7-year-old Hope House afloat.

Without the compromise, Hope

county's top earner of federal Housing Opportunities for Persons With AIDS grant money, a city-appointed review committee recommended that Hope House get none of the 1995-96 money available.

The recommendation was not based on a poor track record or inefficient planning, said Faye Outlaw-Kirk, director of the city's Housing & Community Development Department.

Hope House's payment patterns showed that it kept hefty grant balances in its account throughout the year, leaving the committee with the impression that it didn't need the money.

Besides, Outlaw-Kirk said, the committee had to decide how to allocate $1.87 million among 17 agencies that submitted $8.3 million in requests. Only seven were approved, including Margate-based Florida Community Housing Assistance Corp., which got $680,000 — the highest amount the committee awarded.

Only seven agencies were approved, including Margate-based Florida Community Housing Assistance Corp., which got $680,000 — the highest amount the committee awarded.

House, whose officials say it is the largest housing provider to Palm Beach County's AIDS- and HIV-afflicted population, would have had to shut down 60 homes, putting 110 adults and 91 children on the street, including Ashlei's friend, Stephanie Ray.

After three years of being the

---

SHOOTING



---

**FROM PAGE 1B**

## Residents unsettled by 2nd gun death at Hollywood condo

Daffodil Ter-



HOUSING AND COMMUNITY DEVELOPMENT DEPARTMENT
P. O. Box 3366
West Palm Beach, Florida 33402
Tel: 407/659-8032
Housing Development

*The City of West Palm Beach*
*"The Orchid City"*

June 28, 1995

Dennis Stewart, President
Florida Community Housing Assistance Corp.
534 Datura Street
West Palm Beach, FL 33401

RE:    Housing Opportunities for Persons with AIDS (HOPWA) FY 95-96 Allocations

Dear Mr. Stewart:

At its June 19, 1995 meeting, the City Commission voted unanimously to approve $364,391 of the $680,544 in FY 1995-96 HOPWA funding recommended for the Florida Community Assistance Housing Corporation. Additionally, Housing and Community Development (HCD) staff was directed to review the remaining amount of $316,153, recommended for rental assistance activity, for possible reallocation to another agency. The approved amount must be expended in the following activity categories:

| Activity Category | Amount |
|---|---|
| Operating Lease | $321,253 |
| Support Services with Housing | $ 43,138 |
| Total | $364,391 |

The agency is allowed to use seven percent (7%) of its allocation for administrative expenses per HOPWA regulations. Please submit a revised scope of services and budget, based on the approved allocation of $364,391, to HCD by July 15, 1995.

Recommendations for the abovementioned reallocation will be submitted to the Commission for final approval on July 17, 1995. Thereafter, we will inform you of the Commission's decision and if any changes are needed to the budget you are now being asked to submit.

If there are any questions, please feel free to call me at (407) 659-8032.

Sincerely,

Chris Plummer
Housing Development Manager

CP/pyb

cc:    Faye Outlaw-Kirk, Director
       CD Specialist II (HOPWA)

FLHsg95-96

# ADOPT-A-FAMILY

### *of the Palm Beaches, Inc.*

August 29, 1995

Dennis Stewart
Florida Community Housing Assistance Corporation
632 South State Road 7
Margate, FL  33068

Dear Dennis:

I have enclosed an article that appeared in the Palm Beach Post about Project GROW.  I think the article highlights the success of our joint efforts at the Villas of Riviera.  Your donation of the plants and trees has made a tremendous difference in the appearance of the property.

I want to thank you and your staff for your timely response when repairs have been needed.  Working together I feel we are beginning to create a sense of community at the Villas of Riviera.  All the work the Florida Community did to rehab the duplexes has created a sense of pride in the families living at the Villas of Riviera.

It is our intention to begin parenting classes on site this fall for the families, as well as a family support group.  I am continuing my efforts to look for funding to equip the pre-school playground.  I am hopeful I can obtain the necessary funding within the next couple of months.

I look forward to our continued collaboration at the Villas of Riviera.

Sincerely,

Terry L. Bozarth
Executive Director





2330 S. Congress Ave., Suite 1 - C • West Palm Beach, FL 33406 • 407-434-4960 • 800-585-8276



# PLANTING PRIDE

Flowers and greenery have replaced broken glass and weeds at Villas of Riviera thanks to Romale Bailey (center) and other neighborhood children. They're participating in Project Grow, a 3-year-old horticulture program that has helped beautify the housing development.

**Story, Page 4D**

0I-1105-1-0042023



**BROWARD**
OUTREACH CENTER
MIAMI RESCUE MISSION, INC.

Broward Outreach Center
P.O. Box 220490
Hollywood, FL 33022-0490

November 20, 2000

Dennis Stewart
P.O. Box 100099
Fort Lauderdale, FL  33310-0099

Dear Dennis,

I hope you'll hang this ornament on your tree this Christmas as a reminder of your generosity and compassion for hungry and homeless people in the Broward County area.

It's my way of saying "THANK YOU," Dennis, for all the help you've given them.

It's also a reminder of the wonderful work you've done...the hot meals you've supplied...the shelter and clothing you've provided so people won't have to huddle in cardboard shanties, shiver under cardboard blankets, or put cardboard in their shoes to keep out the cold and damp.

Thanks to you, many have left their cardboard in the trash and started new lives!

I want to thank you for your generous support, and ask you to prayerfully consider a special Christmas gift of $100 or even $130 to continue our vital work here in the Broward County area.

Thank you, and God bless you and your family during the holiday season and throughout the coming year.

Sincerely,

Dr. Frank Jacobs, President/CEO
Miami Rescue Mission, Inc.

P.S. Despite the problems faced by those we serve, Christmas is a time of celebration here at the Mission.  I invite you to arrange a special visit by calling (954) 926-7417, ext. 17.

**Ruth Cohen**
Principal

**Lynn Rundbaken**
Guidance Counselor

**Cindy Echols**
Secretary/Bookkeeper

**Judy Elam**
Attendance Clerk

**Cherryl Battle**
Clerk



**CHARLESTON COUNTY
SCHOOL DISTRICT**

**Lambs Elementary**
6800 Dorchester Road
Charleston, SC 29418
(843) 767-5900
Fax (843) 767-5928
email - lambs@charleston.K12.sc.us

**Ronald A. McWhirt, Ph.D.**
Superintendent of Schools

Dear Mr. Dennis Stewart:

My Principal gave me a copy of your letter about Kids, Inc. where you asked us to let you know if we are interested in free tickets for our students. I am very interested. I teach ESL classes to about 66 students. ESL stands for English as a Second Language. On my daily schedule I see 20-25 students. I would love to take them any where, it could be to the Aquarium, or to the I-Max theaters, or to any other place you tell us to. As you can see, we will like to take advantage of your program. Let me know what is my next step. I know my students will love the experience.

Sincerely,

Macarena M. Keating
ESL teacher
Macarena M. Keating



CHARLESTON COUNTY
SCHOOL DISTRICT

Roberta N. Papineau
*Principal*

LADSON ELEMENTARY SCHOOL
3321 Ladson Rd.
Ladson, S.C. 29456
(803) 764-2225

December 11, 2000

Kids, Inc.
5101 Ashley Phosphate Road
Suite 104-169
N. Charleston, SC  29418

Dear Mr. Steward:

Thank you so much for including Ladson Elementary School in your free ticket program. We are excited about this opportunity for our children as many of them do not have the economic means to participate in these exciting, enriching activities.  All of the activities you listed would be excellent for our children.  Our average class size is 25.

We look forward to hearing from you.

Sincerely,

*Roberta N. Papineau*

Roberta N. Papineau
Principal

# BOYS & GIRLS CLUBS OF BROWARD COUNTY

ADMINISTRATIVE OFFICE
1401 NORTHEAST 26TH SREET • FORT LAUDERDALE, FLORIDA 33305
(954) 537-1010 • FAX (954) 537-1070



**BOYS & GIRLS CLUBS**
**OF BROWARD COUNTY**

**OFFICERS**
Earl Morrall, *Chairman*
Alan Goldberg, *President*

**VICE PRESIDENTS:**
Harris Solomon, *Finance*
Garry Johnson, *Personnel*
Carl Mayhue, *Endowment*
Donald Medalie, *Legal & Investments*
James Cummings &
Thomas McDonald, *Property Management*
Julie Berry, *Program*
Elaine Vasquez, *Public Relations*
Ralph Marrinson, *Long Range Planning*
Ned Black, *Risk Management*
Rick Case, *Honda Classic*
Gary Rotella &
Ken Denison, *Development*
John Fenley, *Unit Boards*
Elizabeth Clark, *Special Projects*
Linda Gill &
William Rotella, *Business & Industry*
Kaye Pearson, *WestFair*
Ted Morse, *Auto Show*
Claudette Bonville, *Rendezvous*
Elizabeth McDonald, *Dinner Auction*
John Barbee, *Treasurer*
Dr. Harold Reitman, *Secretary*
Marilyn McDonald, *President Women's Division*

**BOARD OF DIRECTORS**
Mary Allen
Hugh Anderson
Bill Armstrong
John J. Avey, Jr.
Judy A. Avey
Ron Bergeron
Mike Bonner
Cy J. Case
Steve Caster
Todd T. Catlette
John T. Cooney
Steve Dechert
Lawrence DeGeorge
Roger J. Desjarlais
Robert W. Dhue
Andy DiBattista
Tim Elmes
Michael A. Fischler
Susan T. Gaddis
Desorae Giles
Thomas Gruber
J. William Harafin
John Hart
Michael J. Held
Dr. Robert Helmholdt
Paul B. Henry
Carolyn Higgs
H. Wayne Huizenga
Marti Huizenga
Floyd Johnson
Jon Kruprick
Comm. Ilene Lieberman
O. Mike Marinelli*
Mickey Markoff
F. Ronald Mastriana
Mark McCormick
O J. McDuffie
Larry McGinnrs
Jim McKinley
Thomas Miller
Albert Miriaci
Richard Mooney
Gerald Morris
Michael W. Moskowitz
Derrick Myers
Max B. Osceola, Jr
Dave Pedersen
Donald Perlyn
Charles F. Radice
Harvey E. Ramsey
D. Riley Richardson
Michael Robinson
Jon V. Rode*
Bruce Rossmeyer
Carolyn Russell
Nicholas Rutsis
George Schoenbacher
Robert C. Schweitzer
Brent Spechler
William A. Stephenson
Joseph Teresi
Bill Thies, Jr.
Wanda Townsend
Gerald Weber
Michael Weinberg
D.P. Wetzel
Polly Wilkie
Louis Witt, Jr.
Pete Woods

**EXECUTIVE DIRECTOR**
David T. Hughes

*Deceased

12/15/00

**LESTER H. WHITE/NFL YET CENTER**
**2621 SW 15TH ST.**
**FT. LAUDERDALE, FL 33312**
**PHONE (954)-585-6351**
**FAX (954)-585-6391**

**DENNIS STEWART**
**PO BOX 100099**
**FT. LAUDERDALE, FL 33310**

**DEAR MR. STEWART**

I AM WRITING YOU THIS LETTER IN REGARDS TO THE
CONVERSATION THAT WE HAD ON THE PHONE ABOUT THE K.I.D.S.
PROGRAM. WE ARE DEFINITELY INTERESTED IN RECEIVING MORE
INFORMATION ABOUT THE PROGRAM, AND WOULD APPRECIATE
YOU SENDING US A CALENDER OF EVENTS. THE KIDS AND STAFF
AT THE LESTER H. WHITE BOYS AND GIRLS CLUB WANT TO THANK
YOU FOR YOUR GENEROSITY. WE LOOK FORWARD TO HEARING
BACK FROM YOU SOON.

**THANK YOU,**

*George Mianowski.*

**GEORGE MIANOWSKI**
*(PROGRAM DIRECTOR)*

LESTER H. WHITE UNIT 3601 DAVIE BOULEVARD, FORT LAUDERDALE, FLORIDA 33312 (954) 791-7344
NAN KNOX UNIT 832 NORTHWEST 2ND STREET, FORT LAUDERDALE, FLORIDA 33311 (954) 463-6392
THOMAS D. STEPHANIS UNIT 212 NORTHWEST 18TH STREET, POMPANO BEACH, FLORIDA 33060 (954) 941-2697
WILLIAM E. SLAUGHTER, JR. UNIT / S. ROBERT LEVINE CAMPUS 7201 KIMBERLY BOULEVARD, NORTH LAUDERDALE, FLORIDA 33068 (954) 726-3927
MARTI HUIZENGA UNIT 1111 NORTH 69TH WAY, HOLLYWOOD, FLORIDA 33024 (954) 983-0628
LAUDERHILL UNIT 1900 BOYS & GIRLS CLUB DRIVE, LAUDERHILL, FLORIDA 33313 (954) 731-3552
DR. HAROLD REITMAN UNIT 3025 WEST BROWARD BOULEVARD, FORT LAUDERDALE, FLORIDA 33311 (954) 797-7097
CARVER RANCHES UNIT 2203 SOUTHWEST 44TH AVENUE, HOLLYWOOD, FLORIDA 33023 (954) 967-8787
DAVIE UNIT 7481 NORTHWEST 37TH STREET, DAVIE, FLORIDA 33024 (954) 433-9000
CREATIVE ARTS UNIT 2200 NORTHWEST 9TH AVENUE, FORT LAUDERDALE, FLORIDA 33311 (954) 566-8005
JIM & JAN MORAN UNIT 27 SOUTH DIXIE HIGHWAY, DEERFIELD BEACH, FLORIDA 33441 (954) 725-5545

**United Way**
of Broward County

**Ronald A. WcWhirt, Ph.D.**
Superintendent of Schools

**Cheryl D. Boan**
Principal

**Brenda Marques**
Assistant Principal

**Stephen J. Zwicky**
Guidance Counselor



CHARLESTON COUNTY
SCHOOL DISTRICT

*"Together We Can"*

**Pepperhill Elementary School**
3300 East Creola Road
North Charleston, S.C. 29420
(843) 767-5905
Fax: (843) 767-5927

December 19, 2000

Dear Mr. Stewart,

Thank you for your letter offering free tickets to various events for students. Pepperhill Elementary would very much appreciate it if you would include us on your list. We are especially interested in attending programs with a cultural/educational value.

Thank you in advance for your caring and generosity.

Sincerely,

Steve Zwicky
Guidance Counselor



# CAROLINA YOUTH DEVELOPMENT CENTER

*"Inspiring Hope...Creating Change"*

An outgrowth of the
Charleston Orphan House

*Big Brothers/Big Sisters*

*Charleston Emergency Shelter*

*Callen-Lacey Center
for Children*

*Exchange Club Parent/
Child Resource Center*

*Horizon House*

*Oak Grove Residential
Treatment Center*

*Preparation for Adult Living*

*Supervised Apartment
Independent Living*

*Therapeutic Client Assistance*

5055 Lackawanna Blvd.
North Charleston, SC
29405
Tel: 843-744-5358
Fax: 843-529-3202

February 9, 2001

Kids, Inc.
Dennis Stewart
9 Preston Ave.
N. Charleston, SC  29420

Dear Dennis,

Please accept my heartfelt thank you for your donation of $500.00 for our newly-developed soccer team.  Your contribution made all the difference in our children being able to participate in the Summerville YMCA Youth Soccer League and have the uniforms to look like a team.  We have received support from other organizations and volunteers but we couldn't have been a part of this without your help!

I believe a soccer program will have many benefits such as building individual life skills, teach sportsmanship, contribute to healthy lifestyles, and allow our kids to interact in a community-wide activity.  For many children, playing in an organized team sport is an everyday occurrence, and we are so glad to be able to offer our kids this opportunity.

We start practice this week with our first game scheduled on February 24 at the Summerville YMCA  I will be glad to send you a complete game schedule as soon as I receive a copy.  Please try to attend one game to have the chance to see "your" team in action.  GO WOLFPACK!

Thanks for being such a generous friend and so quick to respond to a need of our agency!  You truly are a guardian angel.

Sincerely,

Janet Segal
Director of Volunteers



TRIDENT
United Way
Member Agency

Agency Accredited by Council on
Accreditation of Services for Families
and Children • Licensed by South
Carolina Department of Social Services
Member Agency Child Welfare League
of America and Trident United Way

**Ronald A. McWhirt**
Superintendent

**Mr. Robert Strous**
Area Superintendent
District Four

**Mrs. Karen D. Coste, M. Ed.**
Principal



**CHARLESTON COUNTY
SCHOOL DISTRICT**

**Charleston County
Discipline School**
5841 Rivers Avenue
North Charleston, SC 29406
(843) 566-8849
Fax: (843) 566-7773

Dennis Stewart
Kids, Inc.
5101 Ashley Phosphate Rd. Suite 104-169
North Charleston, SC 29418

February 22, 2001

Dear Mr. Stewart:

I was recently made aware of your non-profit corporation and the assistance you provide in securing free tickets. I would love to take advantage of your generosity!

The Charleston County Discipline School serves expelled students in grades 6-10 from throughout Charleston County. The students stay in our program for a minimum of 90 days. Here they adhere to a highly structured, military environment. Our academic classes are kept small (generally no more than 12 students per class), and an assistant is in place in each class to provide additional tutoring.

We attempt to take the students out on field trips as much as possible. I was in the process of planning a field trip to the IMAX theater on March 7, when I was made aware of Kids, Inc. Any assistance you could provide in obtaining tickets to the "Africa- The Sergenti" movie would be greatly appreciated. I am planning to take 18 students on this trip.

If you have any questions, please feel free to contact me. Thanks again for providing such a valuable service for our students!

Sincerely,

Laurie Halldorsson
Social Studies Instructor



# CAROLINA YOUTH DEVELOPMENT CENTER

*"Inspiring Hope…Creating Change"*

An outgrowth of the
Charleston Orphan House

Big Brothers/Big Sisters

Charleston Emergency Shelter

Callen-Lacey Center
for Children

Exchange Club Parent/
Child Resource Center

Horizon House

Oak Grove Residential
Treatment Center

Preparation for Adult Living

Supervised Apartment
Independent Living

Therapeutic Client Assistance

5055 Lackawanna Blvd.
North Charleston, SC
29405
Tel: 843-744-5358
Fax: 843-529-3202

March 30, 2001

Dear Dennis:

On behalf of all the children, staff and volunteers at Carolina Youth Development Center, please accept my thanks for donating funds for our soccer uniforms.  The Wolfpack has had a wonderful first season and we could not have done it without your generous donation.

I have enclosed some "original artwork" from the kids and I hope you will share it with all who helped make this donation possible.

Yours truly,

Janet

Janet Segal
Director of Volunteers



TRIDENT
**United Way**
Member Agency

Agency Accredited by Council on Accreditation of Services for Families and Children • Licensed by South Carolina Department of Social Services Member Agency Child Welfare League of America and Trident United Way

Broward Outreach Center
P.O. Box 220490
Hollywood, FL 33022-0490



# Friends
# of the
# Friendless

Dennis Stewart
P.O. Box 100099
Fort Lauderdale, FL 33310-0099

April 16, 2001

Dear Dennis,

    Each day, I thank God for friends like you.  I hope
your heart is gladdened knowing that you are helping some
of the neediest people in the Broward County area make
**lasting changes in their lives!**

    Because of your caring and generous support, I think
you might be one of the people I'm looking for to become
part of a special group.  Let me explain.

    In many ways, we run Broward Outreach Center like you
run your home.  We have bills to pay, groceries to buy and
meals to prepare, just like you do.

    And just as you sometimes have houseguests, so do we.
But ours are here 365 days a year!  Last year we gave our
guests 27,000 nutritious meals, 32,850 nights of safe
shelter in clean, warm beds and 10,080 articles of clean
clothing!

    I can predict about how much we'll spend each month to
provide these life-changing services.  But I can't
predict our income nearly as well, and we truly want to
help all those who come to us in need!

    Fortunately, Broward Outreach Center is blessed with a
group of donors we call Friends of the Friendless --
caring people who commit to make a monthly gift to the
Center.

Location:  2056 Scott Street
Give online at www.browardoutreachcenter.com

CU0206792-NBBB0206847

I can depend on them every month, like clockwork, to help us feed the hungry and care for homeless, hurting men, women and children in the Broward County area. What a blessing!

Now here's the problem: the cost to provide all these services is going up. So we need more Friends of the Friendless to help meet the need.

That's why I need you to be one of the 161 people to accept my invitation to join this caring, compassionate group in the next 30 days.

Imagine the satisfaction you will feel as you help feed, minister to, and provide other vital services for hungry, homeless, hurting people for as little as $35 a month--just $1.13 a day!

If you could give $50 or even $75 monthly, you could help more people along the road to recovery every single month.

Whatever you can give will help lift a big load off my shoulders. And becoming a Friend of the Friendless will bless you as you offer God's love and lasting hope to the neediest of His children!

I'll write each month to tell you what your gifts are accomplishing, and give you an easy way to return your next donation. You'll also receive our newsletter, with uplifting testimonials of people you've helped.

Finally, I'll see that you receive notice of service opportunities. Many of our Friends enjoy volunteering here at the Center.

I really need your help, Dennis. Please accept my invitation by mailing your first Friends of the Friendless gift today.

With heartfelt gratitude for all your help,

Dr. Frank Jacobs
President/CEO
Miami Rescue Mission, Inc.

P.S. To make supporting this ministry even easier, you
     may have your monthly gift automatically deducted
     from your checking or savings account. Please see
     the enclosed brochure for details.

Mr. Robert Strous
*Area Superintendent*
*District Four*

Mrs. Karen D. Coste, M. Ed.
*Principal*

Mrs. Gail L. Newton, M. Ed.
*Guidance Director*



CHARLESTON COUNTY
SCHOOL DISTRICT

**Charleston County**
**Discipline School**
*5841 Rivers Avenue*
*North Charleston, SC 29406*
*(843) 566-8849*
*Fax (843) 566-7773*

May 7, 2001

Dear Mr. Stewart,

My thanks again for helping our school in securing tickets to the Imax theatre. The kids had a great time!

As the school year nears the end, I would like to take 4 of my hardest working students on a "reward" field trip to Fort Sumter. I would like to go this Friday, May 11. This trip was planned at the last minute (i.e., today) so I understand if you are unable to help us. We would like to leave from Patriots Point on the 10:45 am tour. Again, this would be for four students and 2 adults. The cost is $8.50 per student. Contact information is as follows:

Fort Sumter Tours
205 King St
Charleston 29401
722-1691

Please let me know if you can help.

Sincerely,

Laurie Halldorsson

Charleston County Discipline School
5841 Rivers Avenue
North Charleston, SC 29401
August 15, 2001

Mr. Dennis Stewart, President
Kids, Inc.
5101 Ashley Phosphate Road, Suite 104-169
North Charleston, SC 29418

Dear Mr. Stewart:

As the English Department Chairman for the Charleston County Discipline School, I would like to expose my students to as many cultural experiences as possible. Since 95% of our student body has reduced or free lunch status, funds always seems to be a problem in giving them enriching exposures to such events.

My ninth grade CP English I classes will be studying William Shakespeare's Romeo and Juliet. According to the flyer sent out by the Charleston Stage Company, this play will be performed at the Dock Street Theatre on the following dates:
    Wednesday, January 30, 2002 at 9:30 and 11:45
    Monday, February 4, 2002, at 9:30 and 11:45
    Tuesday, February 5, 2002 at 9:30 and 11:45
(The 9:45 showing would be the best to accommodate our schedule.)

My thirty CP English I students, chaperones, and I would appreciate being part of the audience at any of the performances mentioned. I am sure this would probably be the first experience of seeing a live performance for most of these students.

I would greatly appreciate your purchase of thirty tickets for these deserving students. I am enclosing the information Sent to me concerning the play.

Sincerely,

Ms. S. Fran Cunningham,
English Department Chairman

Charleston County Discipline School
5841 Rivers Avenue
North Charleston, SC, 29406
August 30, 2001

Mr. Dennis Stewart, President
Kids, Inc.
5101 Ashley Phosphate Road
North Charleston, SC 29418

Dear Mr. Steward,

I would like to take this opportunity to thank you and your
organization for the purchasing of theatre tickets for my
students to see the play, Romeo and Juliet.  I can assure
that this will be a memorable experience for each of them.

I am enclosing the invoice sent to the school by the
Charleston Stage Company yesterday.  I thought it best to
get this document to you as soon as possible since we were
give the "Early Bird Rate Special".

Thank you again for your generous donation to our program
at the Charleston County Discipline School.  I will not
forget your kind offer of additional funds if another
occasion arises.

Sincerely,

Ms. S. Fran Cunningham,
English Department Chairman

# Good Samaritan Mission



P.O Box 31903
Charleston, SC 29417-1903
(843) 747-4309

*But the Angel said to them, "Do not be afraid.*
*I bring you good news of great joy. Today in*
*the town of David a Savior has been born to you;*
*he is Christ the Lord."*

*Luke 2:10-11*

Dennis Stewart:

　　With Thanksgiving behind us and Christmas just around the corner, we've haven't even had time to send out "thank you" notes to all the volunteers who helped make our free dinner so successful this year!! We had a great turnout this year and would like to thank all of you who contributed so generously to the Mission. **We couldn't have fed so many without your help**.

　　We would like to especially thank The Brumley Company and Winn Dixie for use of the parking lot. We also thank the Post & Courier, Channel 2 and Channel 4 for their generous coverage of the event. **And finally we thank all of you who cared enough to donate time, money and food to this wonderful cause**. It brings joy to my heart to see everybody pull together to bring a ray of hope to the less fortunate during the Holidays.

　　**Now we mustn't slow down**! Christmas is upon us and we are planning to feed the hungry once again! This year, as in the past, we will be serving hundreds of meals to the homeless and hungry in our local community right in front of the Mission on Christmas Day. **We encourage you to join us**! If you would like to become involved and help us serve the needy, please call 747-4309 to volunteer your time. We will also be accepting donated Turkeys, Hams, canned goods, etc. at the Mission. **Please drop off all donated items to the office**.

　　Please be as generous as you can and **send your gift TODAY**. Time is running short and we need time to prepare!

　　　　　　　　　　　　God Bless You!
　　　　　　　　　　　　Rev. Al Salmon
　　　　　　　　　　　　*Director*

P.S.　*Thank you Office Depot for your help printing this letter! And a special thanks to The Hope Center,*
*Jennifer and her staff, for all of their hard work processing and mailing our appeal letters!*

✂ *Please Cut Below and Place in Return Envelope* ✂



**Human Services Department**
**Children's Services Administration Division**
Child Care Licensing & Enforcement Section
2995 North Dixie Highway
Ft. Lauderdale, FL 33334
(954) 537-2800 ● FAX (954) 537-2922

March 6, 2002

Denise Steward
Kids, Inc.
9 Preston Avenue
North Charleston, South Carolina 29418

Dear Mr. Steward

I would like to thank you and the Kids, Inc. organization for the very generous contribution and support for our Gold Seal Awards of Excellence Presentation to the child care industry for providing quality child care services for the licensing year 2000-2001.

The presentation is being made possible by the kindness and generosity of Kids, Inc. and FICET (Florida Institute for Career and Employment Training).Presentation of awards will be made at Florida Atlantic University, 1515 West Commercial Blvd., Fort Lauderdale, Florida, in room 3 on Thursday, March 14, 2002 from 5-8 pm.

Please feel free to attend at any time during those hours. Presentations, photo opportunities and refreshments will be available.

On behalf of Broward County, I look forward to seeing you at the Gold Seal Awards of Excellence Presentation. Thank you again for your ongoing commitment and dedication to helping those who make a difference in the lives of others.

Sincerely,

Willie J. Cameron
Special Projects Coordinator III
Child Care Licensing and Enforcement Section

WJC/wjc

BROWARD COUNTY BOARD OF COUNTY COMMISSIONERS - An Equal Opportunity Employer and Provider of Services

| | | | | |
|---|---|---|---|---|
| Josephus Eggelletion, Jr. | Ben Graber | Suzanne N. Gunzburger | Kristin D. Jacobs | Ilene Lieberman |
| Lori Nance Parrish | John E. Rodstrom, Jr. | James A. Scott | Diana Wasserman-Rubin | |

Visit us on the Internet: www.broward.org/children.



This is dan Marino. he is
the best. Thank you mr dennis
I had fun at the game
                        Derrick

11/97



# I WANT TO GO TO THE CIRCUS BECAUSE:

The circus is for kids and
I am a kid.

*Feb. 1993*

'M. Stewart -

Thanks you For you helping me and Kelvin with our Problems.
We are doing a lot better now. We be more safer and
Andolina is in school and Daicore. Diane is a good help
I work al—e om by now. Kelvin e.







Thank you for our trophies.



Jamira
+
Sammilla

2/95



# CERTIFICATE
## of
# APPRECIATION



THIS CERTIFICATE OF APPRECIATION IS GIVEN TO COACH DENNIS STEWART IN RECOGNITION OF HIS DEDICATION TO COACHING THE POMPANO PIRATES TO A CHAMPIONSHIP SEASON AND A RECORD OF 12-0 IN THE 1991 SEASON.

GOOD LUCK COACH STEWART !

# THE POMPANO PIRATES





In Appreciation of

Coach Dennis Stewart

Thank You For Coaching & Sponsoring The

Panthers

Your Dedication To Youth Sports Is Appreciated!

1994

Dear Mr. Stewart,

Thank you for providing the wonderful gifts & financial support to our family for Christmas. You have made our hardship alot easy.



Thank You Again!
the Ruiz family.

3-20-01

Dear Mr. Stewart,

I would like to thank you so much for paying for us to go to the Imax theater and I would like to thankyou for the popcorn & soda that was really nice of you the movie was fabulous it was nice to see what happens in South Africa especially on a big screen but one of the parts on the screen scared me because first the screen went off for a minute and then a big fire got on the screen it was very loud I think that's what really scared me was the loudness & when it jumped on the screen but it was fantastic to see the animals come out oh and to see the lions hunt for food even though that was kind of nasty but it was great too so I have no complaints Thankyou.

Sincerely Katrina
Jemison



**North Campus**
25 SE 20th Avenue
Pompano Beach, FL 33060
Tel: 954-946-7503 / 7505
Fax: 954-943-5950

**A PLACE TO GROW**
(A non profit organization)

**South Campus**
2250 SW 31st Avenue
Ft. Lauderdale, FL 33312
Tel: 954-587-0891 / 7894
Fax: 954-583-7886

November 17, 1999

Mr. Dennis Stewart, Esq.
P.O. Box 100099
Fort Lauderdale, FL.  33310

Dear Mr. Stewart:

Well once again, I would like to thank you for making our children's Halloween party a success.  All of the "tricks &treats" were very much enjoyed by each and every child.

The holidays are just around the corner and we hope we can count on you to help fulfill the children's Santa wish lists.

As always, your generosity is much appreciated.

Sincerely,

Jacqueline Territo
Preschool Director

*"All Children Can Learn"*

Dear Kids Inc.

I would like to think you all for thinking about my children for the chirstmas Holidays. I'm very happy to have people like you. I think that my kids will have a very merry x-mas and I hope that you and your family will too.

Thankyou
Carolym Washington

1/2002

*Denise M. Stewart*
*5101 Ashley Phosphate Road*
*Suite 104-169*
*North Charleston, S.C. 29418*

The Honorable Wilkie D. Ferguson, Jr.
United States District Court Judge
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

Re: Dennis Stewart

Dear Judge Ferguson:

My name is Denise M. Stewart and I am the wife of Dennis Stewart. I met Dennis over 15 years ago and I believe that I know him better than anyone. The past 5 years have been a combination of the ultimate highs and lows for me and Dennis.

Dennis and I have 2 young daughters that are our gifts from God. Dennis also has a son by his prior marriage and his name is Brian. I have known Brian for 15 years and I can say that I am very proud to have him as a step-son.  I was brought up in an environment where my father was the head of the house and my mom took care of the children. I treasured the days when my dad would come home from work with a surprise for me and my sister. The life that I was accustom to is the life that Dennis and I have tried to live with our family. Our faith in God, and our belief that all things happen for a reason have kept us together, and will continue to unite our family.

It may seem strange but when the gentleman that was preparing the pre-sentence investigation  report was questioning me about my husband, I could not answer his question when he asked me why did Dennis do what he did. In all the years that I have known Dennis I cannot remember a single incident where he even thought of doing something illegal. I worked with Dennis for 8 years and he would always preach to all of the employees the importance of never violating any laws or title insurance rules. Dennis would not represent any client that he thought was doing anything improper. He once told me that his philosophy was that it took him 7 years of college and 10 years of training to become an experienced lawyer, and that no amount of money was worth jeopardizing that.  Dennis talks to his son Brian every day by phone and  he is always instilling in Brian that whatever Brian decides to do in life, it is important to try your best and to always make time to help the less fortunate.

Dennis and I moved to South Carolina 2 years ago. Dennis works long hours at his job and doing his non-profit work to help young children in Florida and South Carolina. I have had to go back to work earlier than we expected in order to make ends meet and to help pay the restitution that is owed by Dennis.

Although I am still not sure why Dennis did what he did, I am sure that he is very sorry for his actions. Dennis is very close to all of his family, especially his 3 children. Dennis is also very close to all the people that help him by volunteering to help needy children. My husband feels that he let so many people down and he has made a conscience effort to meet with everyone we know to explain his future goals. I know that Dennis is a better person today as a result of dealing with his situation. I also know deep in my heart that Dennis could never do anything like this in the future. I only pray that Dennis will never loose the drive he has, which has benefited so many of the friends and needy people that have depended on him in the past. As far as his family is concerned, we are stronger as a family today, and we will endure this problem that we are now facing.

I would like to thank your Honor for taking the time to read this letter. I know that I can not turn back the hands of time to correct the wrong committed by my husband. However, I can assure you that my husband will more than make up for his actions in the future.

Thank You,

Denise M. Stewart

THE HONORABLE WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE
299 EAST BROWARD BLVD.
FORT LAUDERDALE, FLORIDA 33301

RE: MY FATHER/ DENNIS STEWART

DEAR JUDGE FERGUSON:

My father is Dennis Stewart. I am writing you this letter because of the love and respect that I have for my dad. I am 20 years old and I am a student at the University of Miami. I hope to go to law school after I finish my Undergraduate studies. Although my parents were divorced when I was very young, I can not imagine anyone my age being loved more by both of their parents.

In the past 3 years my dad has been explaining to me that there was a very real possibility that he could be charged with a crime. At first I was very confused because my dad has always been the one person in my life that I could never imagine doing anything illegal. My dad, for as long as I can remember, has always had employees and clients that were some of the nicest people you could ever meet. He has always done so many things to help his family and friends. Since I was 10 years old I have always helped my dad during the holidays to bring food and gifts to poor families. My dad always took the time to talk to the families and he would always take the teenagers aside and tell them the importance of getting an education and not using or selling drugs. I can remember at least 10 occasions when my dad would have to go out in the middle of the night to help a poor family either find a place to stay because something happened to their house, or help them with some other type of emergency. He would spend almost every Thanksgiving and Christmas helping poor families. At first I helped because I had to. After seeing how lucky I am, I volunteer to help every year and I can understand why my dad helps these people.

My dad has always told me that if you are a man you must always admit when you are wrong and deal with the consequences. I know that my dad is dealing with his problem and he will eventually be a better person . I also know that my dad will never stop helping people and he will continue to be a great dad to me and my 2 sisters. The last time I spoke to my dad he explained that he was having a real rough time dealing with the fact that he will have to leave me and my sisters. I told him that everyone of us love him and we will support him through this ordeal. I only hope and pray that you will consider the good things my dad has done and how many people count on him when you are rendering your decision.

Thank You for your time.

Sincerely Yours,

Brian Stewart, 1280 S. Alhambra Circle, # 2303, C.G., Fla. 33146

July 6, 2002

The Honorable Wilkie D. Ferguson, Jr.
United States District Judge
299 East Broward Blvd.
Ft. Lauderdale, FL 33301

Re:   Dennis Stewart

Dear Honorable Judge Ferguson:

I am writing to you on behalf of a good friend (my ex-husband) Dennis Stewart. Dennis and I met in 1971 while we were both in High School, and were married in 1976. We had our son, Brian, in 1982. Although we were divorced in 1988, Dennis and I have always remained friends and we speak on a weekly basis regarding our son, who is now in college.   I am a legal secretary and very much rely on Dennis paying child support for our son.

As part of our divorce, Dennis volunteered to let me have our house and all of the other personal property that we had purchased. I know that he has always put our son's well-being ahead of his own personal life.  Dennis also agreed to pay alimony and child support that very much burdened Dennis financially.   I know that Dennis has had several years where he struggled financially but he never missed any support payments, nor has he ever not paid for anything that I have asked him to pay for that benefited our son. Currently, Dennis is paying for Brian's college education and has advised me that he will continue to do so as long as humanly possible.

When Dennis first told me that he was going to plead guilty to this offense, he told me that I was the first to know because of the possible effects on our son.  Dennis and Brian have always had a special relationship and that relationship has never been stronger. Dennis has always encouraged Brian to do the right thing and to accept responsibility for your actions.  I know Dennis is so very sorry for his actions and he has confided in me that he will absolutely never be in a situation where this could ever happen again.  Dennis had a plan to move to South Carolina, and waited until our son graduated from High School before he moved.  Dennis and Brian speak at least once a day and Dennis is as close to our son as any father could be.  I am proud to say that our son has grown up to be a responsible young man that will always respect authority.

Dennis has always taken on a leadership role with the other children in his family and was forced into a situation where he had to be the "Father-Figure" to his younger brothers and sisters.  This was a role that he was meant for and all

of the children of his brothers and sisters have always looked to Dennis for guidance and support.  I have spoken to many of his nephews and nieces over the past 10 years and whenever they have a problem, the first person they go to is Dennis. This respect that Dennis has is what hurts him the most because he feels that he has disappointed so many people.  He has assured me that he will regain their respect and be the man that they have grown to respect over the last 30 years.

The thing that I have truly admired about Dennis is his ability to always make time for the important things and people in his life.  He has always found time for our son and his two other young children. This is in addition to working full time and doing a lot of charitable work to benefit children.  Since I have known Dennis, he has always been helping disadvantaged children through Big Brothers or other non-profit agencies.

I hope that in your decisions relating to the future of Dennis Stewart, you will consider the positive things that he has done and continues to do.

Sincerely yours,

Cristina Zitnick
2291 S.E. 9th Street
Pompano Beach, FL 33062
(954) 788-2592

From the desk of :          Maureen Staley

Honorable Wilkie D. Ferguson, Jr.
United States District Judge
299 East Broward Blvd.
Ft. Lauderdale, Fl. 33301

Re: Dennis Stewart                                    July 2, 2002

Dear Judge Ferguson:

My name is Maureen Staley and I am a younger sister of Dennis Stewart. I currently
work for the Broward County School System and speak to Dennis on a weekly basis. My
brother Dennis and I are only 13 months apart and have always been very close. We had a total
of 9 brothers and sisters and were raised by our mother because my father left our
family before Dennis and I were 6 years old. Our family was very close because of a lot
of reasons, but the most important reason was that each of us cared about the other and
loved each other. Our family was fortunate to have Dennis be a Lawyer because he was
able to help all of his brothers and sisters with all of the problems that came up in our
daily lives. Not only was Dennis there to take care of our family problems, but he also
has been an inspiration to all of his nephews and neices in our family. He has done everything from
being the annual Santa Claus to helping all of the kids apply for college. The one thing
that my brother has always stressed to all of my kids is the importance of education.

When Dennis first told me that he was going to plead guilty to committing a crime, I really
could not believe what I was told. You see my brother has preached and preached to my kids
the importance of always doing what is right no matter how hard it may be. I know that my
brother is the type of person that would never intentionally hurt anybody. Since he was a youngchild he
is the brother that would settle all differences in my family. He is the uncle that all of
the boys in our family ask to be their Sponsor when they are Confirmed. He is always the first
to call when he hears that someone in our family needs any type of help. Personally, when I got
divorced from my first husband, Dennis was the brother that I called to help me.

I first spoke to my brother about the problems that he was facing over a year ago and at first he was very embarrased to tell me about what happenned. After talking to him over the past year I am absolutely convinced that Dennis will never, ever do anything like this again. Dennis loves for the people in our family to look up to him. My brother somehow finds time to help needy children and their families. He is very dissappointed in himself and feels that he has let a lot of people down and I am sure that he will do everything in his power to make sure that this never happens again. I know because Dennis has been agonizing over what has happened to his family because of this and he has told me that he will make it up to his family and friends. Although I do not think that my brother has to prove anything to me, I do believe that he will continue to be a wonderful father to all of his children and continue to do things that help a lot of unfortunate children in this world.

I sincerely hope that you will take into consideration the type person my brother is when you are dealing with him in the future.


Thank You,


Maureen Staley
1301 SW 73 Avenue
Plantation, Florida 33317
(954) 792-9669

**The Honorable Wilkie D. Ferguson ,Jr.**
**United States  District Judge**
**299 East Broward Boulevard**
**Ft. Lauderdale, Florida 33301**

**Re: Dennis Stewart**                                        July 3, 2002

**Dear Judge Ferguson:**


        I am writing this letter on behalf of my older brother, Dennis Stewart.
I am 3 years younger than Dennis and I work as a sales representative in
Daytona Beach, Florida. I have been speaking to Dennis for the past year
regarding this matter, after he told me that he agreed to plead guilty to a
crime.  At first I could not believe that my brother could possibly be involved
in anything that could be considered criminal. Especially since it has always
been Dennis that I have looked up to ever since we were children growing up
in South Florida. Without a father, Dennis was the closest thing to a father-
figure that I have had for the past 30 years. Actually, Dennis has been a part
time father-figure, and full time brother, advisor and friend to me and my
other brothers and sisters for as long as I can remember.

        I have spoken to Dennis a number of times and he has always
expressed his regrets for ever doing anything wrong. If you could ever listen
to Dennis speak to the nephews and nieces in our family you would
understand that he has dedicated a large portion of his life to helping young
children. Dennis has always been the one that a young person could go to
with any problem. He has personally inspired my son to be the best that he
can be in the college that he is now attending. Until Dennis went to college,
nobody in our family ever graduated college. He constantly will speak  to the
children in our family and tell them why they should be mature, and he
always reminds the kids what the results of using drugs will be.

        In addition to the children in our family, anyone that knows Dennis
knows that  he has helped hundreds of other kids that are less fortunate. I
have worked with Dennis over holidays to fill gift bags for these children in
Broward and Dade counties over the last 10 years. I have also helped Dennis
raise money for unwed mothers and other mothers that cannot afford a
normal life. We have worked with the United Way, Salvation Army and
Kids, Inc. to help kids attend sporting and cultural events  for the past 10
years. Like others that know my brother, Dennis inspires me to give to
others that are in need.

        I am positive that my brother will never do anything ever again that
would jeopardize his future.  I believe that he has been living in constant

agony over these unfortunate circumstances, and will dedicate himself to being the best father, brother, and uncle, that anyone could possibly be.


I would like to thank you Judge Ferguson for your time and I hope you will consider my brother's accomplishments in rendering you decisions.

Sincerely Yours,

Janet Bridges
(904) 423-2530
1862 Umbrella Tree Drive
Edgewater, Fl. 32141

# Mark A. Stewart

100  Fernworth Court
Clemmons, N.C.27012

The Honorable Wilkie D. Ferguson, Jr.
United States District Court Judge
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

Re: Dennis Stewart

Dear Judge Ferguson:

Dennis Stewart is my  brother and my best friend. Since I was a child , although he is my "big brother", he is the closest thing to a father that I have ever had.  In the  20 years that I have been an adult, I have benefited from having the best older brother that anyone could ever have. When Dennis  told me that he was going to plead guilty to a crime , at first I was shocked and very angry. I could not believe that my brother could ever do anything wrong . It certainly was not in his character, and everyone that knows Dennis believes that this has torn Dennis apart because of his family and spiritual beliefs. Since Dennis first told me of this matter, I have spoken to him a number of  times and I can assure you that Dennis will never let anything like this happen again.

My personal dealings with my brother in the past  has been mostly him helping me  grow both as a father raising 2 children on my own, and spiritually through our Christian faith. When I was getting a divorce from my first wife, Dennis was there to help by letting me live with him and helping me get back on my feet. When I had problems raising my children, Dennis was there to lend a helping hand. Whenever Dennis went on vacation, he would take my son with him and teach my son the importance of living a quality life. When my kids were struggling in school, Dennis was there to provide guidance. Without an older brother like Dennis, I certainly would have had to struggle without proper guidance.

When Dennis and I were discussing how these events were going to affect his life in the future, my brother told me  that he  was going change his career and devote every available minute of his life to raising his children and helping other less fortunate children. This is the type of unselfishness that I have always been accustom to with my brother. His decision was based solely on what would be best for his family and others. I owe a lot to Dennis for his guidance and my kids one day will thank him also. My wife and I have so much love for my brother and his wife that we asked them to be the God Parents to both of our small children, knowing that if anything should ever happen to us, Dennis and his wife will bring our children up in our faith, just as we would.

Judge Ferguson,  please take into consideration my brother's  character and  kindness when you are deciding  his future.

Thank You,

Mark A. Stewart                                    July  5, 2002



**Cape Canaveral Realty, Inc.**
**102 Columbia Drive, Suite 106**
**Cape Canaveral, Florida 32920**

The Honorable Wilkie D. Ferguson, Jr.                    June 28, 2002
United States district Judge
299 East Broward Blvd.
Ft. Lauderdale  Florida 33301

Re:  Dennis Stewart

Dear Judge Ferguson:
          I am Dennis Stewart's older brother, Craig. Dennis and I were born the same year, 1955. Being 10 1/2 months apart in age, we went through school together in the same grade, the same classes. We shared  bunk beds with 3 other brothers. We wore each others clothes, rode each others bikes, evaluated each others girl-friends. When we graduated high school Dennis and I moved to Atlanta together, he for education,  I  for adventure.  I know Dennis.
          I have lived in Florida my entire life(except those few months in Atlanta) and I am very close to Dennis. I have spoke to him on numerous occasions with respect to this matter and I can tell you that my brother regrets the situation he is now more than any other problem he/we have ever had. Dennis has always been very proud of his good reputation and I was as shocked as anyone when he told me that he was going to plead guilty to committing a crime.
          My brother has always been family oriented, which made his life  very difficult when he became a lawyer. Dennis could not go to any family function without half the family (there are 8 of us still alive) bothering him with their legal problems. My brother's life has become increasingly more complicated in the past 10 years due to his involvement  in charities. Before he did non-profit work he was a workaholic. Once he started to do all of his charity work, he took being a workaholic to a new level. If you ask anyone that knows Dennis how many favors Dennis has done for them, most people will say "dozens".  If you ask the same people how many favors they have done for Dennis, they will all say " Dennis never asks for favors". The last time Dennis asked me for a favor was January 27th, 1979. I remember as it was my birthday. I hate to say it but Dennis needed help moving and I had to say no as I was on my way out to dinner with my wife. I have not had an opportunity to answer a favor since, though Dennis has helped me on numerous occasions. A more generous man with his time and efforts you will not find.
          I won't waste your time singing Dennis's praises or telling stories of his generosities to people in need. If you were to discretely ask anyone who knows him, or even knows of him, they would tell you tell you things about Dennis that have gotten other  people sainted. Dennis is not perfect. He knows that. We come from a poor family of nine children. Our mother raised us after our alcoholic father abandoned us. Thank the Lord we made out O.K.. Because we were dirt poor, Dennis has dedicated his time and efforts to help others who are in the situation we were in as kids. I am thankful the Lord gave me Dennis as a brother. I pray for him often.
          As a Judge I am sure that you deal with a lot of individuals that try to  do good deeds once they have done something wrong. In this case your Honor, I can honestly say that my brother has been committed to community service for over 10 years and he is not  going to stop. Dennis has a great heart.

Yours in Christ,

*Craig /Stewart*
Craig /Stewart

'For I am not ashamed of the gospel of Christ: for it is the power of God unto salvation to every one that believeth'  (Romans 1:16)

# David C. McClure

17928 SW 33 Ct.
Miramar, Fl. 33029

Honorable Judge Wilkie D. Ferguson, Jr.
United States District Judge
Federal Courthouse
299 East Broward Blvd.
Ft. Laud., Fl. 33301

Re: Dennis Stewart                                          July 2, 2002

Dear Judge Ferguson:

My name is David McClure and I have lived in South Florida my entire life. I am a
Letter Carrier with the Post Office. I was raised in Hialeah, Florida, where I first met
Dennis Stewart and his family over 30 years ago. Throughout High School I was
actually friends with the 2 older brothers of Dennis. Back then Hialeah was still a
small town and everyone knew someone in the Stewart family.

The first time I got to know Dennis is when he got a job working for the Post Office.
It was obvious at the time that Dennis was not going to retire at the Post Office
because he was going to school full time and working full time. When I found out
that Dennis was an accounting major in College , I asked him if he would help out
the Letter Carrier's Union which at the time had a lot of financial problems.
Although Dennis was very busy with his studying and work, he agreed to help out
the Union. He did such a good job volunteering his time, the Union members elected
him Secretary/Treasurer when he was just 21 years old. This was really unheard of
when you consider that the average age of the past officers was over 50 years old.
The older guys just seemed to like his work ethic and they always appreciated his
honesty, even when he had to give them bad news about the condition of the
Union's finances. To his credit, Dennis was able to solve the Union's problems and
was instrumental in getting a loan so that we could rebuild our Union hall. Dennis
volunteered in that position until he was accepted to Law School.

One of the things that I have admired about Dennis is that he has always been a
person that would help out his family, a friend, or even a friend of a friend. This is
the way Dennis and I were brought up. I can't tell you how many times Dennis made
himself available as a lawyer to the Letter Carriers that he previously worked with.
He was at so many Union meetings after he became a Lawyer that a lot of the
Carriers assumed that he never left the Post Office. The only reason he attended the
meetings was to help out his old buddies that were still at the Post Office. One thing
that Dennis has always done is to consult the families of any carrier that has a
death in their family. Dennis knows what it is like and has always told me that the
last thing a family needs is to worry about the legal things that they will have to
deal with as a result of a family member dying. Still today, Dennis never minds
when I offer his services for free to any of the postal employees or their families.

As a person, I have really gotten to know Dennis over the years. When I told Dennis
that I was going to divorce my first wife he was very helpful to both me and my wife.
He helped both of us through what could have been a very volatile situation. I think I

was the first of his friends that Dennis told that he and his ex-wife were getting a divorce. I will never forget our conversation because the only thing he talked about was making sure that his son Brian was going to be taken care of. Dennis told me that he felt terrible that he was getting a divorce, and that his personal life in the future would always be secondary. I know that his faith in God is what makes him always put his children and family first and foremost in his life. I still keep in contact with his son Brian and I can tell you that I wish that I was as close to my own father as Brian is to Dennis. They still talk every single day and every time they meet it is with a hug.

After Dennis was divorced I became very much involved with Dennis working with his FreeTix4kids Program. Actually all of his friends have to be involved because as part of any social gathering, Dennis makes sure that everyone gives something. If money is a problem, Dennis will ask the adults to be a chaperone to an event. It is almost impossible to turn Dennis down because all of his friends are just normal people that grew up appreciating the simple things in life. We all know that this program is a way to give these children the opportunity to see some of the things that our children take for granted. I am fortunate enough to have the time to still donate about 10 hours a month to the program. Last year I worked with Dennis to make sure that about 200 children got to see the Florida Marlins play. Right now Dennis and I are working on a project that will help out by letting us rely more on school counselors so that we can reach more schools. You cannot imagine the look on these children's faces when they see Billy the Marlin for the first time. My wife and I have always said that if Dennis ran the United Way, no child in this Country would ever go to bed at night hungry.

When Dennis came to me and explained that he was about to agree to plead guilty to a crime, I really could not believe him. We were at a restaurant and I asked him at least 10 times to tell me that this was a hoax. It was just so uncharacteristic of Dennis. I have known him for over 25 years and I don't think he has ever had a speeding ticket. I know his whole family, his wife, son, both his daughters, and all of his brothers and sisters. He loves and respects the fact that he is a great father and brother, more than anyone I have ever met. He treats his sisters like they are his own children. He loved his mother so much that when she was dying of cancer he moved her into his home for the last months of her life and stopped working, just so that all of his relatives could see her in a setting that was not a depressing hospital. After her death he told me that he was going to devote himself to being the best father to his son in hopes that his son would never have a day in his life when he didn't feel that both of his parents truly loved him. I could not believe that my friend, a family man, that has spent half of his life helping other people could ever commit a crime. I speak to Dennis at least once a week and I know he is very sorry for what has occurred. I also know that Dennis is the type man that will take full responsibility for his actions, and that he will never do anything like this again.

I would like to thank Your Honor for taking the time to let me share my comments about Dennis and I hope that you will consider some of the things that he has done, and will continue to do, in rendering your decision.

Sincerely Yours,

David C. McClure



(A non profit orginization)
200 S.E. 19th Avenue
Pompano Beach, FL 33060

(954) 943-7638
www.browardchildrenscenter.org

July 01, 2002

The Honorable Wilkie D. Ferguson, Jr.
United States District Judge
299 East Broward Blvd.
Ft. Lauderdale, FL.   33301

Re:    Dennis Stewart

Dear Honorable Judge Ferguson:

My name is Jacqueline Territo and I am a long time resident of South Florida.  I am the Operations Officer of Broward Children's Center, a non-profit organization that has Developmental Programs for disadvantaged children.  I have known Dennis Stewart for over 10 years and in that time I am very comfortable in giving a recommendation to Mr. Stewart both on a professional and personal basis.

It is often difficult for people that do not work with children that are less fortunate to realize the countless hours that go into helping these children with little or no recognition other than the self-satisfaction one receives.  In the years that Mr. Stewart has been assisting the children in our program, and other similar programs, I have never known anyone that exemplifies this statement more because of his keen awareness of children's needs, and his ability to assist when there is an impossible problem that needs to be resolved without delay.

On an annual basis we can always count on Mr. Stewart helping to pay for gifts for the children and for various Halloween and other Holiday parties.  The benefit of knowing Mr. Stewart is that he is the one person that I can call on a moments notice to help when there is no where to turn.  In 1996, I was involved with planning a fundraiser to purchase wheelchairs for needy children and I learned about 2 hours before the event that the caterer was not going to deliver the food for 75 people.  Mr. Stewart arrived at the event early to help with decorations and I told him of my dilemma.  Within minutes he was in his truck and on his cell phone.  About an hour later the food, beverages, and deserts were delivered and the people that attended never knew there was a problem.  I never had the chance to ask him how he got that accomplished, but without his help, those needy children may not have benefited from the event. This is just one of the

BOARD OF DIRECTORS: Joyce T. Stewart, CPA, Maureen Cecil, L.C.S.W., William McGough, The Rev. Canon SuzeAnne Silla, Elaine Appel, John Van Vorst, CPA, Adan Stewart, CI

ADVISORY BOARD MEMBERS: General Master Nicholas Lopane • Dean Colson • Dr. Lawrence Wardzala • Grisela Hale • CEO: Majorie Evans, M.S.

*For Exceptional Children*



(A non profit orginization)
200 S.E. 19th Avenue
Pompano Beach, FL 33060

(954) 943-7638
www.browardchildrenscenter.org

ADVISORY BOARD MEMBERS: General Master Nicholas Lopane • Dean Colson • Dr. Lawrence Wardzala • Grisela Hale • CEO: Majorie Evans, M.S.

BOARD OF DIRECTORS: Joyce T. Stewart, CPA, Maureen Cecil, L.C.S.W., William McGough; The Rev. Canon SuzeAnne Silla, Elaine Appel, John Van Vorst, CPA, Adan Stewart, Ci

many examples of how Mr. Stewart has always been available to assist when needed. It is safe to say that if there is an issue that involves children, Mr. Stewart can be counted on for help.

When I learned that Mr. Stewart was going to plead guilty to committing a crime I was very much in disbelief for a long time. When I sat down with him and he explained that he was not going to let his problem change his efforts to help needy children in the future, that reconfirmed my belief that this man was special to those children that he comes in contact with. Mr. Stewart shared with me his sincere regret for what had occurred, and I have no doubt that his respect for others and his love for his family will never let that happen again. I know Mr. Stewart's family and I know more than anything that if he could re-write the wrong for the benefit of his own children, he would certainly do so.

Thank you for the opportunity for me to write this letter on behalf of Mr. Stewart. I hope that you will consider his community service that he provides in rendering your decision.

Sincerely,

Jacqueline Territo
Operations Officer

*For Exceptional Children*

# *Elizabeth   Cichy*

The Honorable Wilkie D. Ferguson, Jr.
United States District Judge
299 East Broward Blvd.
Ft. Lauderdale, Florida 33301                          June 22, 2002


Re: Dennis Stewart

Dear Honorable Judge Ferguson:

Dennis Stewart is my son-in-law. I have known Dennis since he met my daughter Denise about 15 years ago. I live in a small town in Pennsylvania with my husband, which is Denise's father. Dennis and my daughter have blessed me and my husband with the 2 most wonderful grandchildren that any grandparents could ever dream of.

When my daughter met Dennis I knew that they would have a long lasting relationship the first time I met Dennis. While attending our Thanksgiving Dinner, my husband asked Dennis to say a Prayer before dinner. During his Prayer Dennis was as sincere as any person I have ever met, although he had a tough time due to the fact this was his first Thanksgiving without his mother. Then later that night we had the pleasure of meeting Dennis's son Brian. Brian was such a respectful young man that obviously has had an upbringing by parents that love him very much. Now that Brian is part of our family, I feel so blessed.

My feelings for my son-in-law could never have been stronger in the year 1994 when we both lost our mothers. Dennis and I both felt each other's pain, and he was so helpful in me getting through the most difficult time in my life. He was so thoughtful and by the grace of God we were  able to  gain strength from each other. Our mothers were very much alike and I know that Dennis became more of a loving father after he felt the pain of loosing his mother.

In the past 5 years my daughter has grown to be a woman. I don't know if you have a daughter, but a parent's worst fear is for anything to ever happen to their child. My husband and I thank God every day of our lives  that our daughter met Dennis. When I go to sleep at night I know that she and my grandchildren are in the best hands, and that Dennis will always take care of them. I wish every mother could feel as lucky as I do.

When my daughter and Dennis met with me and my husband and told us that he was going to plead guilty to a crime we were very upset and in shock. We have really gotten to know our son-in-law and just could not believe that he could ever do anything wrong. Dennis was visibly shaken and had a very difficult time telling us. Although he was apologetic and asked for our forgiveness, we really believe in him and know that he will be a better person in the future. I know that he loves our daughter and his children more than anything in this world and will do anything for them. We just pray that this setback will be something that will make him a better person. We have faith that it will.

Thank you for your kind attention.

Sincerely Yours,

Elizabeth Cichy
9 Marion Street
New Eagle, Pennsylvania 15067

# Carolina Studios

**"a non-profit Organization"**
**7930 Edgebrook Circle, Suite 1**
**North Charleston, S.C. 29418**
**(843) 552-5157**

The Honorable Wilkie D. Ferguson, Jr.
U.S. District Judge
299 East Broward Blvd.
Ft. Lauderdale, Florida 33331                    June 30, 2002

Re: Mr. Dennis Stewart

Dear Judge Ferguson:

Mr. Stewart recently advised me of the circumstances surrounding his conviction. Although I have known Mr. Stewart for only 2 years, I was very surprised to hear that he could have ever committed a crime. Mr. Stewart has confided with me that he is extremely sorry for his past actions, and he is committed to make sure that something like this never happens again.

When I met Mr. Stewart I was referred to him by a fellow social worker that was working with him and they together were making arrangements for a class of low income students (that are in a discipline school in North Charleston) to see a presentation at a local IMAX Theatre. Mr. Stewart was working as a Volunteer From KIDS, Inc., a non-profit organization he formed to help low income, needy children. The next time we met he was selling Christmas trees to help raise money for children whose parents could not afford to buy Christmas gifts. I was quite amazed that someone not getting paid by the government would be spending their time working to benefit these children, after working all week at his full-time job. As a social worker I know that it can be a thankless task, although it can be very self-rewarding. After getting to know Mr. Stewart and watching him help over 1,000 kids in the Charleston Area, I am convinced that Mr.

Stewart does not go to sleep at night unless he has done at least one good deed to help these children.

The walls of the Kids, Inc. office are filled with posters, plaques, certificates of appreciation, letters of accommodation, trophies and letters from children of all ages thanking Mr. Stewart for the charitable work he does. His office and warehouse have bicycles, toys and school supplies that are given to needy children throughout the year . I am attaching 2 pictures which show the inside walls of the KIDS, INC. office. If you will notice, there are over 20 trophies from teams that Dennis has either coached or sponsored. The teams that he has worked with have presented him with team jerseys, gloves, bats, balls, and other memorabilia to show their appreciation. Other groups of children have presented him with pictures, posters, and other awards showing their appreciation for sponsoring and teaching classes or other program activities. His Programs are so well known in our area that every Principal wants KIDS, Inc. to assist their school.

I have been so impressed with the work that Mr. Stewart has accomplished that I have asked him to join as a Board member of KIDS, Inc. Mr. Stewart has been kind enough to help me with my goal of starting my own non-profit to help low income children learn more about music. With the help of Mr. Stewart, I am sure that I will achieve my goals. Right now, I anticipate that Kids, Inc, will help in excess of 2,500 kids a year in South Carolina, and with my help, we should exceed that figure. Mr. Stewart has inspired me in such a way that me and my wife want to give back to the community to benefit needy children that through no fault of their own live in sub-standard conditions.

I hope that you will take the type work that Mr. Stewart has dedicated himself to into consideration when you are making decisions about his future.

Thank You,

Lane Cyphers





Honorable Wilkie D. Ferguson, Jr.
U. S. District Court Judge
299 East Broward Boulevard
Federal Courthouse
Fort Lauderdale, Florida 33301                    July 1, 2002

RE:  Mr. Dennis Stewart

My name is Patricia Brown and I am writing this letter on behalf of Mr. Dennis
Stewart, a friend and former employer of mine. I have been a resident of Broward
County for most of my life. I have known Dennis for over 12 years and we met when
I attended a charity event that he was having in 1988. At that event, Dennis was
trying to ask for volunteers to help deliver Thanksgiving Dinners to low-income
families in Broward County. Before the event was over, Dennis told a story about a
very poor child named Pebbles that was raised without a father, and had 9 brothers
and sisters. He had the people laughing and crying at some of the trials and
tribulations of this child. The essence of the story was that given a chance, all
children can succeed. At the end of the story, when Dennis admitted to the crowd
that he was Pebbles, every person in the room either volunteered time or donated
a meal.

After I decided to volunteer time and cook a thanksgiving dinner for a family of 8, I
asked Dennis how I could offer more of my time and help these families. He invited
me to his office at Florida Community Housing and showed me the different things
that I could do if I was serious about donating time. Over the next 3 months, he told
me that he needed someone with my enthusiasm, and offered me a full time
position. Since that time, my life has been devoted to working with non-profit
organizations and I especially like working with children.

My job with Dennis was to oversee the Programs and to report any possible
problems. By 1995 we were operating over 20 Programs in 4 counties. We had
Child-Care Programs, Job-Training & Job-Placement Programs, Credit Counseling
Programs, AIDS/HIV Programs, Rental Assistance Programs, and Utilities/
Food/Clothing/Furniture Assistance Programs that were helping over 1,000
families a month. We had a warehouse that was larger that the Salvation Army's
and the food, clothes and furniture were free to the families in the Programs. In
1994 and 1995 we provided more assistance to individuals with AIDS/HIV than any
other non-profit agency in the State of Florida. These are accomplishments that I
am very proud to be associated with and these never could have happened without
Dennis, because he was the life and blood of the organization. Dennis would get to
his law firm job at 4:00 AM just to be able to do the work that was required for the
non-profit work that he was doing. He would always come to the offices of the non-
profit every night and every weekend to make sure that everything was running
properly. I am sure that he worked at least 75 hours a week, and not one of the
employees or volunteers ever complained because of this leadership by example.

One of the Programs that I am most proud of evolved around the approach Dennis always took in dealing with the issues that affected our Program Participants. Dennis always gets the neighborhood children involved in our Programs because he believes in helping young children. He has done so many things such as car washes, flea markets, donut sales and even selling Christmas trees. Half the Program was to raise money for families, but the more important purpose was to help these kids by teaching them skills in the computer classes and workshops we had as part of the Program. I am attaching an article from the Palm Beach Post which was written about one of our Programs. The families in this Program benefited in so many ways and were so very thankful that Dennis took the time to help them. This was just one of at least 10 different sites where this Program operated in South Florida.

In April, 1997 we learned that the City of North Lauderdale was going to give Florida Community Housing an Award for operating its Programs in the City. After the Mayor asked Dennis to accept the Award, Dennis asked the Mayor to present the Award to me. This is how Dennis operates. He does most of the groundwork and never wants the credit. I am enclosing a copy of the Award. I keep the original on the wall in my office to remind me that hard work does pay off.

During the time that I was working with Dennis I also had the pleasure of getting to know several family members of Dennis, including his son, Brian. I have known several men that are very envious of the relationship that Dennis has with his son. I have always given Dennis a lot of credit for having his fatherly love and never mixing up his priorities. I know after speaking to Dennis about the problem that he is facing that he is so very sorry and feels that he has let a lot of people down, especially Brian. I truly believe that the problem that Dennis is facing is due to his always helping other people and never saying no to another person that needs his legal or business guidance. I have seen Dennis help at least 25 people form non-profit organizations that were to help children and Dennis Never, Ever charged a Dime of attorneys fees to these people. I have seen Dennis paint peoples houses, plant trees for people, and spend weekends in low-income neighborhoods doing wills for free. Dennis has been doing these things for the 12 years that I have known him and will probably never stop.

One night Dennis got a phone call when we were at a meeting and the Palm Beach Fire Department told Dennis that one of our Buildings had a water leak and the entire building had to be evacuated. This building had over 150 elderly people and some of them were in wheelchairs. It took Dennis until 3:00 AM to get those people situated in hotels, after he called a friend at the Salvation Army to borrow a bus for transportation.

Judge Ferguson, I hope that I have given you some insight into the type of person that Dennis Stewart really is. I also hope that you take his community service into account when you are deciding his future.

Sincerely,

Patricia Brown

Patricia Brown
7504 S.W. 5 Street
North Lauderdale, Fl. 33068

June 20, 2002

Honorable Wilkie D. Ferguson, Jr.
United States District Judge
299 East Broward Boulevard
Fort Lauderdale, Florida

Re: Mr. Dennis Stewart

Dear Judge Ferguson:

I have known Mr. Dennis Stewart for over 15 years.  When I first met Dennis I was applying for a job at his title company with no experience. A friend of mine knew Dennis and suggested that I should learn a new career. In my interview, Dennis told me that he normally did not hire people without experience because it was a new company and there were a lot of unemployed people that had plenty of experience. Since I had nothing to lose, I told Dennis that I had the potential to someday run his entire company if only he gave me the chance. I also told him that I was a single mom and I would work my heart out to support my family. He was very courteous and told me that he would call me if he had any openings.

 After a few weeks I called Dennis to ask him if he was going to be hiring. He called me back and told me that he would give me a job on a trial basis. He confided in me that I reminded him of one of his sisters and he really wanted to help me and my family. He also told me that he did a lot of charitable work and that I could help him with some poor families trying to celebrate the holidays.

To make a long story short, I worked for Dennis for over 10 years and I learned every aspect of the title business. One day Dennis called me into his office and was talking about my future in the company. I thought I was going to be laid off since business was slow. Rather than lay me off, Dennis asked me if I was ready to be the President of his company.  From that day forward Dennis entrusted his entire company to me and treated me with the utmost respect. He also told me that he was refocusing his own goals and wanted to dedicate a lot more time to helping poor families. I knew that Dennis was raised in a poor family and I thought that he was going through a phase and would grow tired of helping these families after a year or so. Little did I know that he would become so consumed with helping others that I would soon follow in his footsteps.

Around 1990, Dennis told me that he was going to devote 25% of his time towards starting a non-profit company that would help needy children. Rather than work less at his job, he actually worked 25% longer hours so that the company did not suffer. Gradually, over the next 5 years Dennis got me interested in helping families that were less fortunate. I started by working with Dennis and these families on weekends and holidays.
He was always thinking of different ways to help these kids and he would always find something that I could do.

By 1994, the non-profit that Dennis established had over 100 volunteers and employees, and operated in 4 counties. It had drug and alcohol programs, food and clothing programs, job training and job placement programs. After school day care, GED Classes, and other programs were added to help poor families.

I was riding with Dennis one day to a meeting with an important client and he pulled over to pick through a trash pile in Pompano Beach that had at least 4 boxes of used clothes. Dennis spent 45 minutes going through the pile until the police arrived, and asked us to leave. It turned out that the officer knew Dennis and helped him take some of the boxes to the clothing warehouse that Dennis had. We never made it to the meeting, but to Dennis, more was accomplished by providing those clothes to needy families. This is just one of many examples of how Dennis has helped so many families and influenced my life.

Sometime around 1997 I had become so involved with the non-profit activities Dennis was involved with that I told him I was going to quit working full time so that I could devote more time helping these kids. I got involved in the FreeTix4Kids Program that Dennis had. This program arranges for needy children to get free tickets to sporting events and other cultural events. What more can brighten up a kid's day than sending him to a Dolphin football game. One weekend I went with Dennis to the Metro Zoo with 20 children that were from of the poorer neighborhoods in Lauderhill. These children did not even know that there was a Zoo near them. Since that day I have been a volunteer and have helped make thousands of neglected children happy. This is so inspirational and could never have happened without hundreds of long hours from Dennis. I anticipate that our network will help over 5,000 needy children in South Florida over the next year. Because Dennis is in charge of the program in South Carolina and can only help part time here, I want to do so much more to make this program a success. I now devote 20 hours a week doing non-profit work. I believe that this program is the most successful of it's kind because Dennis can cut out the red tape and still benefit these kids. I have literally hundreds of thank you letters, cards, posters and pictures from these children, and each one has benefited from the programs started by Mr. Stewart over 10 years ago.

I once called Dennis to thank him for helping a group of kids in Fort Lauderdale get new soccer uniforms and his response was that I should thank God that we have both lived long enough to help these needy children. I now live each day of my own life by those words. Those children sent a thank you letter to Mr. Stewart, which I have had on my wall for the last 5 years. I am attaching the original letter so that you can see the gratefulness that these children express. In the non-profit business, these thank you letters are our paychecks.

I sincerely hope that you will take into account the last 10 years that Dennis has devoted to these needy families while you are considering how to treat him for the crime that he has committed. I know Dennis and I know that he is very sorry for what he has done and would never do anything like this again.

Sincerely Yours,

Kathy Beckinsale
7235 NW 110 Ave.
Parkland, FL  33076

# *Nerissa   Spannos*

9715 W. Broward Blvd.  # 129
Plantation,  Fl.    33324

(954) 850-7547

_____
_____

The Honorable Wilkie Ferguson, Jr.
United States  District Judge
299 E. Broward Blvd.
Ft. Lauderdale,  Fl. 33301

07/03/02

RE:  Dennis   Stewart

Dear Judge Ferguson:

     My  name is Nerissa Spannos and I have known
Dennis Stewart for over 15 years. I have lived in
the Broward County area for most of my life and I
have been involved with non-profit companies for
the last 10 years.
     I started donating my time to non-profit
organizations as a result of a personal tragedy
in my own life and became very involved as a
result of Hurricane Andrew.
     I first met Mr. Stewart when I attended a
seminar on low income housing and he was one of
the speakers.  The topic of his presentation was
how professionals in the real estate industry
could make a difference by devoting as little as
5 hours a month to assist needy families. The
examples he gave were so inspirational that the
group  I attended the seminar with went back to
our office and met with our office manager
and she agreed to start a special program for
needy families.
     Part of the program was to reduce all of the
closing costs for any low income family
that was buying property. My role in the program
was to sign up lenders in the area that would
participate by reducing the points they charge
the Families. I spoke to Mr. Stewart several
times about our program and he was very helpful
in providing  information to our office.
     One day I was speaking to Mr. Stewart and he
asked me to help him with a special project. He
had read an article in the Sun Sentinal about a
grandmother that was raising 13 grandchildren
because the mother was in jail on drug charges.
I have never seen a more desperate situation. The

family was being evicted , and they had no money
and very little clothes. Mr. Stewart was trying
to find them a house in Pompano Beach which
would be close to schools. We looked for 3 days at
every available 4 bedroom house and finally found
one that had a large yard. Mr. Stewart then
negotiated for the family to move in to the house
and and also arranged  to have their rent,
utilities and food paid for the first year. The
other thing he did was to arrange for the kids to
get school clothes and bicycles to ride to
school.

    I visited with Mr. Stewart and the family on
 several occasions. one time he was at the house
with several workers. I was so amazed to see him
actually help paint the house that I called my
co-workers and asked them to join in. That was
the most enjoyable work that any of us have ever
been involved with.

    The next time I dealt with Mr. Stewart was as
a result of a referral from Legal Aid in Broward
County. A group of condominium owners in
Lauderdale Lakes had asked me to help them with
several problems that they were having. It seemed
that the prior board of directors had stolen
most of their reserves and the city was going to
shut their water off. I went to Legal Aid and
they said that they could not help because they
only represented  individuals and not Homeowners
Associations. One of the Legal Aid Attorneys told
me that he knew an attorney that might be able to
help with the situation, and he suggested that I
call Mr. Stewart. When I called Mr. Stewart he  a
sked me to come to his office the next day and he
would suggest to me what to do. I did go to his
office and explained the dire situation the
Association was in. I am sure that most Attorneys
would have never even considered meeting with me,
especially when I told them that the Association
had absolutely no money, and was behind in its
water bills, electric bills, telephone bills, and
insurance bills. To make things worse, the
Association's elevators were shut down, the lawn
company stopped cutting the grass and the City  h
ad placed a lien on the buildings for over
$100,000 for trash removal.

    I was absolutely shocked when Mr. Stewart agr
eed to help the Condominium Owners for no charge.
In the next 2 months he met with the City of
Lauderdale Lakes and worked out a payment plan
for the dilenquent water  bills and a reduction
of their fine, he met with the Insurance Company
and arranged for the Insurance not to lapse, and
he also worked out payment plans with all of the
Utility companies, the Elevator Company and the
Lawn Company. I believe that everyone was willing

to work with Mr.Stewart because of his sincerity and the fact that he didn't ask anyone to eliminate or reduce their bills, but rather to work with the people and just give them time.

The next thing that Mr. Stewart did was to meet with the Homeowners and explain  what was going on with THEIR community. At first they were very skeptical because here was an attorney doing all these things and not charging them a dime. They were used to getting ripped off by everyone. Even the most skeptical of the group changed their attitude when Mr. Stewart rented lawn equipment one weekend and asked for volunteers to help him cut the grass. This was an association of families that lived from paycheck to paycheck and appreciated someone that treated them with respect.

Mr. Stewart was able to solve the major prob lems for the Owners in the first 6 months. He had to spend well over a hundred hours of his own time.

Afterwards, he continued to work for FREE for the Owners and for the next 4 years he attended every Condo Meeting and  helped the Ownes get back on their feet by becoming current on all of their bills, and eventually painting the Buildings. Without the help of Mr. Stewart none of this could have been possible. The Owners could never repay Mr. Stewart for the hours and hours of his personal time  that he spent helping these people.  When I would ask him what inspired him to spend his time helping these people that he didn't even know, his response was usually something like "If I don't do it, who will".


When Mr. Stewart advised me that he had plead guilty to a crime, I really did not believe what I was hearing. I was sure that he could not have committed a crime that could have hurt anyone. After speaking with Mr. Stewart, I can tell you that he is very sorry for his actions and could never do anything like this again. This is a guy that helps strangers and asks not to be thanked. On behalf of the people that I have referred to Mr. Stewart , I would ask you to consider the assistance and community service that Mr. Stewart has provided to them. This is the type of service that goes unnoticed to all but those that are helped.

Sincerely Yours,

Nerissa Spannos

# *Palm Beach County Assisted Living Facility*

*534 Datura Street*
*West Palm Beach, Florida 33401*
*ALF# 7617*

June 26, 2002

The Honorable Wilkie D. Ferguson, Jr.
U. S. District Judge
299 East Broward Boulevard
Fort Lauderdale , Florida 33301

RE: Dennis Stewart

Dear Judge Ferguson:

My name is Joseph Glucksman and I am writing this letter on behalf of Mr. Dennis Stewart. I am currently employed as the President of a Non-Profit Housing Provider in Palm Beach County, Florida.

I have known Mr. Stewart for over 12 years and met him while I was employed with Palm Beach County. When I first met Mr. Stewart he was working as a lawyer and doing charitable work by helping low income families find jobs and adequate housing. In my case he was assisting several families that were looking for housing because of Hurricane Andrew. Needless to say these families were low-income and having a very difficult time in obtaining quality housing. I was very much impressed with Mr. Stewart's persistence in finding homes that 5 of these families purchased with very little help from any other agency. Not only did the families find housing, they also were given assistance with furniture, food and clothing through the efforts of Mr. Stewart. I know of at least 75 other low-income families that Mr. Stewart helped find housing in the Palm Beach area. I eventually asked Mr. Stewart if he would mentor me so that I could also assist low-income families in the Palm Beach area. This was a life-long dream of mine and I believed that Mr. Stewart was the ideal person to show me how to achieve my goals.

During the 3 years that followed I worked very closely with Mr. Stewart and attended several seminars that he gave. In 1993 I was meeting with several Palm Beach county Officials, and they were discussing the Homeless Crises that existed. At the time there was no organization in

Page 2

Palm Beach with the experience to help the homeless, and I suggested to Mr. Stewart that he consider a project that would be a Transitional Housing Project. Mr. Stewart researched the area and agreed to help the county.

With the assistance of several other agencies (such as The United Way, The Salvation Army, Adopt-A-Family, and The Homeless Coalition) Mr. Stewart and I developed The Datura Residence in West Palm Beach. Since 1993 The Datura Residence provided housing and supportive services (Emergency housing, transportation, medical services, job training, financial assistance, substance abuse and alcohol treatment, food, clothing and counseling) to approximately 2,000 needy adults over the next few years. The Datura Residence is now known as The Palm Beach Assisted Living Facility and is currently helping 400 disadvantaged adults every year. I still rely on Mr. Stewart's business advice in connection with the running of the facility.

Without Mr. Stewart , this facility would still be a dream. In a 5 year period, Mr. Stewart spent hundreds of hours on behalf of the low income residents as he attended meetings, negotiated for the purchase of the Property, attended site plan meetings, prepared grants, assisted tenants, arranged for financing, supplied donors, and was an integral part of what I believe is the most successful Transitional Housing Center in the State Of Florida. To Mr. Stewart's credit, he has also assisted many of the residents with small legal issues that they have had. Mr. Stewart has never billed any one of the individuals for attorneys fees, and has also paid most of the costs associated with these individuals.

On behalf of the past and present residents of Palm Beach Assisted Living Facility, kindly consider the strong community benefit that Mr. Stewart has provided when considering his future.

Sincerely,

Joseph Glucksman
President

Attached are several photographs of the Datura Residence, which has been renamed to be the Palm Beach Assisted Living Facility.

# Palm Beach Assisted Living Facility
### 534 Datura Street
### West Palm Beach, Florida 33401



**Palm Beach Assisted Living Facility is conveniently located in downtown West Palm Beach at a pivotal corner linking CityPlace and Clematis Street corridor.**



**The 40,000 square foot building was constructed in 1924 as the Alma Hotel that projects a warm atmosphere in a large community home setting.**

## Palm Beach Assisted Living Facility
### 534 Datura Street
### West Palm Beach, Florida 33401



**Inside corridors provide access to 140 residential rooms. Residents take advantage of open space in the lobby area to watch the action.**

The Honorable Wilkie D. Ferguson, Jr.      June 28,2002
United States District Judge
299 East Broward Blvd.
Ft. Laud., Fl. 33301

Re:  Dennis Stewart

Dear Judge Ferguson:

My name is Mike McInerney and I am writing to you on
behalf of Dennis Stewart. I live in North Lauderdale and I
am restricted to a wheel chair due to a serious illness that I
have. Although I have only known Mr. Stewart for 6 years, I
think that I can vouch for the kind of person he is.

The circumstances on how I met Mr. Stewart show what
kind of person he is. The Sun Sentinel wrote a story about
my daughter once and the story was about how kind she
was and how she helps me in my daily life. It was obvious
from the story that my daughter was not able to enjoy some
of the necessities of life because of my illness. Mr. Stewart
read the story and called the reporter and got my phone
number. Mr. Stewart called me and came to my house to
meet with me, my wife and daughter. He explained that he
had a non-profit company that  helps needy children. He
was so sincere that I felt that I had known Mr. Stewart for a
long time.  Since his first visit, Mr. Stewart has done so
many things to help me and my family that I can not do
because of my illness.

The first thing that Mr. Stewart did was to make sure that
my daughter celebrated Christmas and her birthday like all
children her age. The gifts that he bought were so wonderful
and brought so much joy to our home. It was the first real
Christmas that my daughter had in quite some time.

The second thing that he did was to repair a lot of things
around our home and then paint our house so it looks
beautiful. This is something that was needed for years.

The next thing he did was to fix our air conditioner that was broke. This was a major expense that we simply could not afford. I probably could have never fixed the AC on our budget.

The next thing Mr. Stewart did was to arrange for me, my wife and daughter to attend a Florida Panthers Hockey game. I was speaking with him one day and he asked me what I would like to do more than anything else. Well I said that I have always wanted to see the Panthers play and 2 days later he called me and told me that I was going. We felt so special and He also arranged for us to have Panther Jerseys.

Mr. Stewart always calls me when he is in the area and asks me if he can visit. One day when he was visiting he again asked me if there was anything he could do for me or my family. Well I told Mr. Stewart that my daughter needed braces and we did not have insurance. I am now so happy to say that Mr. Stewart has arranged to get her Braces and for her to have her cavities fixed. This is an expense that he has agreed to pay over the next 2 years since we can not afford to pay on our budget.

When Mr. Stewart came to visit our family this year, he was kind enough to buy my daughter some school clothes. The joy that this brought to my daughter cannot be measured. Mr. Stewart has brought his son by our house from time to time and I really believe that he treats other people's children like he treats his own son, and he really loves his son.

When Mr. Stewart told me that he was going to plead guilty to committing a crime , I was shocked. Then Mr. Stewart told me that he was taking steps to insure that his life would continue to be directed to helping others like he has helped my family. Mr. Stewart has expressed to me his sincere regret for letting people down and also told me that he will never let anything like this happen in the future. I was

relieved to hear Mr. Stewart keep his resolve to helping others.

I am so grateful for the things that Mr. Stewart has done for my family. I also feel very lucky when I think that I didn't even Know Mr. Stewart 6 years ago. I only wish that other families that have been burdened with unforeseen health and financial crisis could be fortunate enough to meet someone like Mr. Stewart.

Please Judge Ferguson ,consider the things that Mr. Stewart does for families like mine.

Mike McInerney
6480 SW 9 Pl.
North Lauderdale, Fl. 33068