UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

Vs.                         Case No. 00-6180-CR-FERGUSON

DENNIS STEWART

        Defendant.
_____/



## ORDER EXTENDING SURRENDER DATE

**THIS MATTER** has come before the Court upon Defendant, DENNIS STEWART's Emergency Unopposed Motion to Postpone Surrender. The Court having reviewed the motion, the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's motion is GRANTED. The Defendant shall have a postponement of the scheduled surrender date until September 5, 2002.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of July, 2002.

                                          WILKIE D. FERGUSON, JR.
                                          UNITED STATES DISTRICT JUDGE

cc:
Roger Stefin, AUSA
Jane Moscowitz, Esq.,
U.S. Marshal (3 certified copies)