UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NUMBER: 00-6180-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

DENNIS STEWART,

    Defendant.
_____/

### ORDER ON STEWART'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATIONS

**THIS CAUSE** came on to be heard before the Court upon Stewart's Motion for Leave to File a Memorandum in Excess of Page Limitations.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that Stewart's Motion for Leave to File a Memorandum in Excess of Page Limitations is **GRANTED**. Stewart shall be allowed to file a Memorandum in Support of the Government's Motion, that is up to and including twenty six (26) pages in length.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this ____ day of July, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

<u>Conformed copies to:</u>
Counsel of Record