UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

AUG 28 2002

S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA                Case No. 00-6180-CR-FERGUSON

    Plaintiff(s)

vs.

DENNIS STEWART

    Defendant(s).
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** on the above-styled cause that has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on September 10, 2002 at 10:00 A.M.** Thirty (30) minutes have been set aside for this hearing.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of August, 2002.

                                                               KAREN GARDNER
                                                               DEPUTY CLERK

copies provided:

Roger Stefin, AUSA
Jane Moscowitz, Esq.,
USPO