UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA           CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

       Defendant.
_____/

### EMERGENCY AGREED MOTION TO POSTPONE SURRENDER

The Defendant, Dennis Stewart, through undersigned counsel, respectfully moves to postpone Mr. Stewart's surrender date, which is now scheduled for September 5, 2002, so that he may have his Rule 35 hearing before he begins his term of incarceration. The motion is filed on an emergency basis due to the fact that the scheduled surrender date is less than one week away, and the Court has just re-scheduled the sentencing hearing for September 10, 2002. As grounds for this Motion, the Defendant states:

    1. On September 11, 2001, Dennis Stewart pleaded guilty to a one count information charging him with making a false statement in a matter within the jurisdiction of the United States, in violation of 18 U.S.C. § 1001.

    2. This Court held a sentencing hearing in this matter on November 30, 2001 at which time the Court sentenced Mr. Stewart to a term of 33 months and set a surrender date of April 1, 2002. Pursuant to a previous motion to delay surrender, the Court agreed to move the date to September 5, 2002.

    3. Mr. Stewart has been cooperating with the government since entering into his plea agreement in June 2000. He has spent many hours assembling information for and being

CASE NO: 00-6180-CR-FERGUSON

debriefed by government counsel and agents. The information and assistance that Mr. Stewart provided resulted in the prosecution and guilty plea of Richard Waters in Case Number 01-6280-CR-GOLD. Mr. Waters pleaded guilty on June 17, 2002 and was sentenced on August 26, 2002.

4. The government has filed a Rule 35 Motion, asking this Court to hold a hearing and to reduce Mr. Stewart's sentence.

5. Mr. Stewart was scheduled to be re-sentenced on September 4, 2002 and to surrender at his designated facility in South Carolina on September 5, 2002.

6. The Court has just moved the sentencing hearing to September 10, 2002, after the current surrender date.

7. If Mr. Stewart is required to surrender before the re-sentencing hearing, it will be an unnecessary expense for the government to transport him to the Court for the hearing and will require him to use the prison transportation system.

8. The AUSA assigned to this case, Roger Stefin, has no objection to this motion.

WHEREFORE, Defendant Dennis Stewart respectfully requests that the Court postpone surrender until September 12, 2002.

Respectfully submitted,

Moscowitz Moscowitz & Magolnick
1111 Brickell Avenue, Suite 2050
Miami, FL 33131
Tel: (305) 379-6700
Fax: (305) 379-4404

By: _____
Jane W. Moscowitz
FL Bar No.: 586498

CASE NO: 00-6180-CR-FERGUSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Emergency Agreed Motion to Postpone Surrender has been served by facsimile this **30** day of August 2002 to:

AUSA Roger Stefin
Office of the United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

Donald Jefferson
U.S. Probation Officer
Federal Courthouse Building
299 East Broward Blvd., Room 409
Ft. Lauderdale, FL 33301-1865

Jane W. Moscowitz, Esq.

1257/postpone surrender2