

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff(s)

vs.

DENNIS CLARKE

Defendant(s).
_____/

Case No. 00-6180-CR-FERGUSON

### RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** on the above-styled cause that has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on September 13, 2002 at 10:30 A.M.** Thirty (30) minutes have been set aside for this hearing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this __3rd__ day of September, 2002.

KAREN GARDNER
DEPUTY CLERK

copies provided:

Roger Stefin, AUSA
Jane Moscowitz, Esq.,

