UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



UNITED STATES OF AMERICA      CASE NO: 00-6180-CR-FERGUSON

v.

DENNIS STEWART

    Defendant.                             **ORDER**
_____/

    **THIS CAUSE** has come before the Court upon Defendant Dennis Stewart's Emergency Motion To Postpone Surrender. The Court having reviewed the motion, the record, and being otherwise duly advised, it is hereby

    **ORDERED AND ADJUDGED** that Defendant Stewart's motion IS **GRANTED**. The Defendant Dennis Stewart shall have a postponement on the scheduled surrender date until September 16, 2002.

    **DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this ___ day of Sept., 2002.

                                                 WILKIE D. FERGUSON, JR.
                                                 UNITED STATES DISTRICT JUDGE

<u>Conformed copies to</u>:
Counsel of Record