FILED by _____ D.C.

SEP 11 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

Vs.                            Case No. 00-6180-CR-FERGUSON

DENNIS STEWART

        Defendant.
_____/

### ORDER EXTENDING SURRENDER DATE

**THIS MATTER** has come before the Court <u>sua sponte</u> to extend the surrender date of defendant, DENNIS STEWART.

**ORDERED AND ADJUDGED** that the Defendant shall have a postponement of the scheduled surrender date until September 19, 2002.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ____11TH____ day of September, 2002.

                                                  WILKIE D. FERGUSON, JR.
                                                UNITED STATES DISTRICT JUDGE

cc:
Roger Stefin, AUSA
Jane Moscowitz, Esq.,
U.S. Marshal (3 certified copies)