UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

SEP 11 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA          Case No. 00-6180-CR-FERGUSON

    Plaintiff(s)

vs.

DENNIS STEWART

    Defendant(s).
_____/

### RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** on the above-styled cause that has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on September 17, 2002 at 2:45 P.M.** Thirty (30) minutes have been set aside for this hearing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _11th_ day of September, 2002.

                                                  KAREN GARDNER
                                                DEPUTY CLERK

copies provided:

Roger Stefin, AUSA
Jane Moscowitz, Esq.,
USPO