CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. ~~01-0608~~ 00-6180-CR-FERGUSON     Date: September 17, 2002

Clerk: Karen Gardner                Reporter: Carleen Horenkamp

USPO: N/A                           Interpreter: N/A

**UNITED STATES OF AMERICA vs.** DENNIS STEWART

AUSA: Roger Stefin

Defendant(s) Counsel: Jane Moscowitz, Esq.,

Defendant(s) Present ✓ Not Present____ In Custody____

Reason for hearing: **RULE 35 HEARING.**

Result of hearing:     Sentence reduced to 12 months and one day. Defense counsel moved for reduction of supervised release denied without prejudice. - motion may be renewed at a later date. All other conditions of the original sentence will remain the same.

Case Continued to:____ Time:_____ P.M. _____

