FILED by _____ D.C.

SEP 18 2002

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.

Case No. 00-6180-CR-FERGUSON

DENNIS STEWART
        Defendant.
_____/

## ORDER GRANTING RULE 35 MOTION

**THIS MATTER** is before the Court on the Government's Rule 35 Motion. After consideration of the motion, it is hereby

**ORDERED AND ADJUDGED** that the motion is **_GRANTED_**. The original sentence of thirty-three (33) months in the Bureau of Prisons is reduced to twelve (12) months and one (1) day. The request for reduction of supervised release made at the time of the hearing is **_DENIED_** without prejudice. All other aspects of the original judgment are unchanged by this order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 18TH day of September, 2002

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Roger Stefin, AUSA,
Jane Moscowitz, Esq.,
U.S. Marshal
U.S. Probation