SEP 18 2002 15:34 FR US MARSHAL FT LAUD 954 356 7089 TO 9785025 P.01
Case 0:00-cr-06180-DMM Document 43 Entered on FLSD Docket 09/25/2002 Page 1 of 1

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case

Page 2 of 6

DEFENDANT: DENNIS STEWART
CASE NUMBER: 00-6180-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Twelve (12) months and one (1) day.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on September 19, 2002.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __9/19/02__ to __FCI Estill__

at __11:32 AM__, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
    Deputy Clerk
Date 9/18/02