PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 68616

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6180-CR-Ferguson</u>

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.

OCT - 8 2003

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

Name of Offender: Dennis Stewart

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr.

Date of Original Sentence: November 30, 2001

Original Offense:   Making false statements on a HUD settlement statement, 18 U.S.C. § 1001

Original Sentence:   33 months imprisonment followed by 3 years supervised release, $50 special assessment and $81,420.66 restitution

Type of Supervision: Supervised Release           Date Supervision Commenced: August 1, 2003

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.  
[X]   To modify the conditions of supervision as follows:

1.   The defendant shall pay restitution in the amount of $81,420.66 to be paid at a rate of o$550 per month. The defendant's financial situation will be reevaluated periodically to determine whether the payments can be increased. The payments are to be made payable to Clerk, United States Courts and addressed to the Clerk of the Court, Attn: Financial Section, Room 150, 301 North Miami Avenue, Miami, FL 33128. These payments are to be made on or before the 5th of each month with a copy of the payment attached to the defendant's written monthly report.

## CAUSE

Respectfully submitted,

by   *[signature]*

Anthony F. Gagliardi  
U.S. Probation Officer  
Phone: 954-769-5510  
Date: September 30, 2003


PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 68616

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

10/8/03  
_____  
Date