ERS:fb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6180-CR-~~FERGUSON~~ DMM

UNITED STATES OF AMERICA,

    Plaintiff,

vs

DENNIS STEWART,

    Defendant,
_____/

### SATISFACTION OF JUDGMENT

The special assessment of **$50.00** and the restitution in the amount of **$81,420.00** having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

Date: October 6, 2004    By: _____
    Elizabeth Ruf Stein
    Assistant U.S. Attorney
    FL. Bar No. 354945
    99 N.E. 4th Street, Suite 313
    Miami, FL 33132-2111
    TEL (305) 961-9313
    FAX (305) 530-7195
    elizabeth.stein@usdoj.gov

